Amanda A. Catlin  
State Bar No. 24036340  
FIDELITY NATIONAL LAW GROUP  
6900 Dallas Parkway, Suite 610  
Plano, Texas 75024  
(972) 812-6550  
(972) 812-9408  
ATTORNEY FOR STERLING BATES

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § § § | **Chapter 11** |
| § | **Case No. 21-41517-11** |
| **ANSON FINANCIAL, INC.,** § § | |
| Debtor § | |

## AMENDED NOTICE OF HEARING ON MOTION OF STERLING BATES FOR RELIEF FROM THE AUTOMATIC STAY

Please take notice that a hearing on Movant Sterling Bates' Motion for Relief from the Automatic Stay has been moved from February 16, 2022 and reset in the above-styled bankruptcy proceeding for Wednesday, March 9, 2022 at 9:30 a.m. before the Honorable Edward L. Morris, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102, via WebEx means only.

**For WebEx Video Participation/Attendance**:
Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:
Dial-In: 1.650.479.3207
Meeting ID: 473 581 124

Respectfully submitted,

*/s/ Amanda A. Catlin*
**AMANDA A. CATLIN**
Texas Bar No.: 24036340
Email: Amanda.Catlin@fnf.com
**GREGORY T. BREWER**
Texas Bar No.: 00792370
Email: Gregory.Brewer@fnf.com
FIDELITY NATIONAL LAW GROUP
6900 Dallas Parkway, Suite 610
Plano, Texas 75024
Direct: 972-812-6550
Facsimile: 972-812-9408

**ATTORNEYS FOR STERLING BATES**

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, a true and correct copy of the Motion of Sterling Bates for Relief from Automatic Stay was served via electronic means as listed on the Court's ECF noticing system.

*/s/ Amanda A. Catlin*
Amanda A. Catlin