Jeff Carruth (TX SBN:. 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd., Suite 201
Arlington, TX 76015
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

Christopher M. Lee
State Bar No. 24041319
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

PROPOSED ATTORNEYS FOR
ANSON FINANCIAL INC.
DEBTOR AND DEBTOR IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ANSON FINANCIAL, INC.,** | § | **CASE NO. 21-41517** |
| | § | |
| DEBTOR. | § | |

## NOTICE OF HEARING

Please take notice that a hearing has been set for **March 7, 2022, at 1:30 p.m.** (prevailing Central Time), before the Honorable Edward L. Morris at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102 regarding the matters referenced and described below filed by the above-captioned Debtor. The hearing will be in person and also be conducted by the Webex video and audio facilities of the Court.

Webex information is available at the following link.

https://www.txnb.uscourts.gov/sites/txnb/files/hearings/WebEx%20Hearing%20Instructions%20for%20Judge%20Morris_1.pdf

| **Filing Date** | **Docket Text** |
|---|---|
| 02/09/2022 | 238 (17 pgs) Application to employ -- Motion to Employ Sullivan & Cook, LLC as Special Counsel for Debtor in Adversary Proceeding No. 21-04071 as Attorney Filed by Debtor Anson Financial, Inc. (Carruth, Jeffery) |

Dated: February 21, 2022      Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: _____/s/ Jeff Carruth_____
    JEFF CARRUTH (TX SBN:. 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
ANSON FINANCIAL, INC.
DEBTOR AND DEBTOR IN POSSESSION

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on February 21, 2022 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility. *A copy of the service lists was not served with the regular mail service set but is available by contacting the undersigned.*

> **ANY PARTY REQUESTING A FULL SIZED COPY OF THIS PLEADING OR COPIES OF ANY EXHIBITS SHOULD CONTACT THE UNDERSIGNED.**

_____/s/ Jeff Carruth_____
JEFF CARRUTH

**ECF SERVICE LIST**

**21-41517-elm11 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Debtor Anson Financial, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Eboney D. Cobb on behalf of Creditor City of Colleyville
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Eboney D. Cobb on behalf of Creditor Grapevine-Colleyville ISD
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Craig C. Lesok on behalf of Creditor Jentex Financial, Inc.
craig@lesoklaw.com

Laurie A. Spindler on behalf of Creditor Tarrant County
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Lyndel Anne Vargas on behalf of Creditor B. Frazier Management, Inc.
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

## REGULAR MAIL LIST / MATRIX

| SERVICE LIST | Case No. 21-41517 | In re: Anson Financial Inc. | | | | |
|---|---|---|---|---|---|---|
| Creditor list dowload date: | Feb. 9, 2022 | | | | | |
| Address1 | Address2 | Address3 | Address4 | Address5 | Comment on matrix | Method of Service |
| Ghrist Law Firm PLLC | 4016 Gateway Drive Suite 110 | Colleyville, TX 76034-5958 | | | | NOA-ECF |
| JPMORGAN CHASE BANK, N.A. | | | | | undeliverable | none |
| JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank | 14841 Dallas Parkway, Suite 425 | Dallas, TX 75254-8067 | | | | Regular mail |
| Leroy J. York Family Limited Partnership | | | | | undeliverable | none |
| Magan Law, PLLC | | | | | undeliverable | NOA-ECF |
| Wells Fargo Bank, National Association | c/o Larry Chek | Campbell Centre One | 8350 N. Central Expressway, Suite 1111 | Dallas, TX 75206-1625 | | none (claim withdraw) |
| 67th Judicial District Court of Tarrant Coun | 100 N Calhoun Street 4th Floor | Fort Worth, Texas 76196-0207 | | | | Regular mail |
| Anson Financial, Inc. | 62 Main Street, Suite 310 | Colleyville, TX 76034-2931 | | | | Direct email |
| Arvella Godbey | 568 Willowview Dr. | Saginaw, TX 76179-0965 | | | | Regular mail |
| B. Frazier Management, Inc. | | | | | undeliverable | none |
| B. Frazier Management, Inc. | CO Law Office of Caleb Moore | 2205 Martin Dr., Ste 200 | Bedford , TX 76021-6083 | | | Regular mail |
| B. Frazier Management, Inc. and Brian Frazie | c/o Lyndel Anne Vargas | Cavazos Hendricks Poirot, PC | 900 Jackson St., Suite 570 | Dallas, TX 75202-2413 | | NOA-ECF |
| Beall Private Investments, LP - Affirm | 5712 Colleyville Blvd., Suite 200 | Colleyville, TX 76034-6068 | | | | Regular mail |
| Carol Godbey | P.O. Box 136273 | Fort Worth , TX 76136-0273 | | | | Regular mail |
| City of Colleyville | % Perdue Brandon Fielder Et Al | 500 E. Border Street | Suite 640 | Arlington, TX 76010-7457 | | NOA-ECF |
| City of Colleyville | c/o Perdue Brandon Fielder et al | 500 East Border Street, Suite 640 | Arlington, TX 76010-7457 | | | NOA-ECF |
| G. Parker Eldridge | 9420 Capiland Rd. | Desert Hot Springs, CA 90240-1101 | | | | Regular mail |
| Ghrist Law Firm PLLC | CO Ian Ghrist | 4016 Gateway Drive Suite 110 | Colleyville, Texas 76034-5958 | | | NOA-ECF |
| Grapevine-Colleyville ISD | c/o Perdue Brandon Fielder et al | 500 E Border Street, Suite 640 | Arlington, TX 76010-7457 | | | NOA-ECF |
| Grapevine-Colleyville ISD | c/o Perdue Brandon Fielder et al | 500 East Border Street, Suite 640 | Arlington, TX 76010-7457 | | | NOA-ECF |
| Heritage Credit, LLC | 5712 Colleyville Blvd., Suite 200 | Colleyville, TX 76034-6068 | | | | Regular mail |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia, PA 19101-7346 | | | Regular mail |
| JPMORGAN CHASE BANK N A | BANKRUPTCY MAIL INTAKE TEAM | 700 KANSAS LANE FLOOR 01 | MONROE LA 71203-4774 | | preferred | Regular mail |
| JPMorgan Chase Bank, N.A. | s-b-m-t Chase Bank USA, N.A. | CO National Bankruptcy Services, LLC | P.O. Box 9013 | Addison, Texas 75001-9013 | | Regular mail |

| SERVICE LIST | Case No. 21-41517 | In re: Anson Financial Inc. | | | | |
|---|---|---|---|---|---|---|
| Creditor list dowload date: | Feb. 9, 2022 | | | | | |
| Address1 | Address2 | Address3 | Address4 | Address5 | Comment on matrix | Method of Service |
| Jentex Financial, Inc. | c/o: Cashmire Financial Services | 226 Bailey Ave, Ste 104 | Fort Worth, TX 76107-1260 | | | Regular mail |
| Jentex Financial, Inc. | 226 Bailey Ave., Suite 101 | Fort Worth , TX 76107-1260 | | | | Regular mail |
| Joseph Imad Yammine | PO Box 11781 | Fort Worth, TX 76110-0781 | | | | NOA-ECF |
| Larry Starks | 7045 Oakbluff Dr. | Dallas., TX 75254-2754 | | | | Regular mail |
| Leroy J. York Family Limited Partnership | 508 N. Havenwood Lane | Fort Worth, TX 76112-1013 | | | | Regular mail |
| Leroy York | 508 N. Havenwood | Fort Worth , TX 76112-1013 | | | | none (duplicate address) |
| Lorraine (Rainey) York Dukes | 1100 Elizabeth Blvd. | Fort Worth, TX 76110-2619 | | | | Regular mail |
| Simone Barron | PO Box 11781 | Fort Worth, TX 76110-0781 | | | | Regular mail |
| Small Business Administration | SBA Disaster Loan Service Center | 1545 Hawkins Blvd., Ste 202 | El Paso , TX 79925-2654 | | | Regular mail |
| Tarrant County | Linebarger, Goggan, Blair & Sampson, LLP | CO Laurie A. Spindler | 2777 N. Stemmons Fwy Suite 1000 | Dallas, TX 75207-2328 | | NOA-ECF |
| Tarrant County | Linebarger Goggan Blair & Sampson, LLP | c/o Laurie A. Spindler | 2777 N. Stemmons Fwy. Ste. 1000 | Dallas, TX 75207-2328 | | NOA-ECF |
| U.S. Small Business Administration | 200 W. Santa Ana Blvd, Ste 740 | Santa Ana, CA 92701-7534 | | | | Regular mail |
| United States Trustee | 1100 Commerce Street | Room 976 | Dallas, TX 75242-0996 | | | NOA-ECF |
| Wells Fargo Bank, National Association | Attn: Dan Kline, V.P. | 400 W. 15th Street, Suite 430 | Austin, TX 78701-1654 | | | none (claim withdraw) |
| York Family Partnership | 508 N. Havenwood | Fort Worth , TX 76112-1013 | | | | none (duplicate address) |
| Areya Holder Aurzada (SBRA V) | Law Office of Areya Holder, P.C.. | 901 Main Street, Suite 5320 | Dallas, TX 75202-3700 | | | NOA-ECF |
| Brian Frazier | 3345 Western Center Blvd., #160 | Ft. Worth | | | undeliverable | none |
| Christopher Marvin Lee | Lee Law Firm, PLLC | 8701 Bedford Euless Road | Suite 510 | Hurst, TX 76053-3874 | | NOA-ECF |
| Jeffery D. Carruth | Weycer, Kaplan, Pulaski & Zuber, P.C.. | 3030 Matlock Rd., Suite 201 | Arlington, TX 76015-2936 | | | NOA-ECF |
| Joe Michael Ferguson | | | | | undeliverable | none |
| Joseph I Yammine | | | | | undeliverable | none |
| Kathryn Hernandez | Magan Law, PLLC | 62 Main St. | Suite 310 | Colleyville, TX 76034-2931 | | NOA-ECF |
| Simone Barron | | | | | undeliverable | none |
| Sterling Bates | | | | | undeliverable | NOA-ECF |