Jeff Carruth (TX SBN:. 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd., Suite 201
Arlington, TX 76015
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail:  jcarruth@wkpz.com

Christopher M. Lee
State Bar No. 24041319
**LEE LAW FIRM, PLLC**
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

ATTORNEYS FOR
ANSON FINANCIAL INC.
DEBTOR AND DEBTOR IN POSSESSION

Kathryn Hernandez (TX SBN: 24107854)
Magan Law, PLLC
62 Main St., Ste. 310
Colleyville, Texas 76034
Telephone: (817) 209-4298
E-mail: k.magan@maganlawpllc.com

SPECIAL COUNSEL FOR ANSON FINANCIAL INC.
DEBTOR AND DEBTOR IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANSON FINANCIAL, INC., | § | CASE NO. 21-41517 |
| | § | |
| DEBTOR. | § | |
| | § | |

**DEFENDANT'S EXHIBIT AND WITNESS LIST FOR THE JANUARY 24, 2022 HEARINGS**

**TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:**

Anson Financial, Inc., Debtor ("Anson") files this *Exhibit List for the February 28, 2022 Hearings* (the "List") and designates the following:

| EXHIBIT | DESCRIPTION | Offered | Admitted | Excluded |
|---|---|---|---|---|
| ANS101 | Order appointing Ghrist as Receiver emailed October 23, 2014. | | | |
| ANS102 | MBH Certificate of Formation | | | |

| EXHIBIT | DESCRIPTION | Offered | Admitted | Excluded |
|---|---|---|---|---|
| ANS103 | Transfer of interest Coker to Anson, with unanimous consent. | | | |
| ANS104 | Charge of the Court signed April 23, 2018 (Cause No. 017-287611-16). | | | |
| ANS106 | September 11, 2019 Order | | | |
| ANS108 | Docket Report (Cause No. 067-311209-19, 141st/67th District Court in Tarrant County, Texas) | | | |
| ANS112 | May 26, 2020 Order | | | |
| ANS113 | November 19, 2020 Order | | | |
| ANS115 | Motion for Receivership | | | |
| ANS117 | Second Amended Motion for Receivership | | | |
| ANS120 | Release of Lien signed by Ghrist | | | |
| ANS122 | Separation Agreement between Ghrist and Ferguson | | | |
| ANS123 | Ghrist Response to Ferguson Motion for Summary Judgment | | | |
| ANS124 | Ghrist Affidavit | | | |
| ANS125 | Ghrist Appellee's Brief | | | |
| ANS140 | Ghrist Testimony in 17th District Court | | | |

| EXHIBIT | DESCRIPTION | Offered | Admitted | Excluded |
|---|---|---|---|---|
| ANS141 | February 21, 2020 Transcript of Motion to Compel Hearing (Cause No. 067-311209-19, 141st/67th District Court in Tarrant County, Texas) | | | |
| ANS142 | Ghrist Motion for Receivership in 236th Court | | | |
| ANS143 | Ghrist 4th Amended Petition | | | |
| ANS144 | Ferguson 6th Amended Petition | | | |
| ANS145 | Ghrist Motion for Summary Judgment based on Res Judicata and Collateral Estoppel | | | |
| ANS146 | Ferguson Parties Motions for Summary Judgment | | | |
| ANS147 | Orders from the 67th/141st District Court, Cause No. 067-311209-19 | | | |
| ANS148 | 2nd Court of Appeals Opinion for 17th Court case | | | |
| ANS149 | Ghrist Receiver Oath in the 96th Court | | | |
| ANS150 | Ghrist Proposed Order Granting Motion for Injunction Relief | | | |
| ANS153 | Notice of Cash Bond | | | |
| ANS154 | Ghrist Motion to Compel | | | |

| EXHIBIT | DESCRIPTION | Offered | Admitted | Excluded |
|---|---|---|---|---|
| ANS155 | 7th Court of Appeals Opinion for 67th Court case | | | |
| ANS156 | 7th Court of Appeals Mandate | | | |

Debtor reserves the right to amend and/or supplement this designation, and/or to seek additional relief as may be necessary. Copies of any exhibits may be obtained by contacting the undersigned.

Dated:  February 24, 2022

Respectfully submitted:

Magan Law, PLLC

By:___/s/ *Kathryn Hernandez*_____
    Kathryn Hernandez (TX SBN: 24107854)
    62 Main St., Ste. 310
    Colleyville, Texas 76034
    Telephone: (817) 209-4298
    Email: k.magan@maganlawpllc.com

SPECIAL COUNSEL FOR DEBTOR

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:___ /s/ *Jeff Carruth*_____
    JEFF CARRUTH (TX SBN:. 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail:  jcarruth@wkpz.com

ATTORNEY FOR
ANSON FINANCIAL, INC.
DEBTOR AND DEBTOR IN POSSESSION

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the foregoing was served on February 24, 2022 (1) by electronic notice to all ECF users who have appeared in this case to date, as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility as attached below.

          */s/ Kathryn Hernandez*
          KATHRYN HERNANDEZ

## ECF SERVICE LIST

**21-41517-elm11 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Debtor Anson Financial, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Eboney D. Cobb on behalf of Creditor City of Colleyville
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Eboney D. Cobb on behalf of Creditor Grapevine-Colleyville ISD
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Craig C. Lesok on behalf of Creditor Jentex Financial, Inc.
craig@lesoklaw.com

Laurie A. Spindler on behalf of Creditor Tarrant County
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Lyndel Anne Vargas on behalf of Creditor B. Frazier Management, Inc.
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

## REGULAR MAIL LIST / MATRIX

```
Label Matrix for local noticing         Anson Financial, Inc.               City of Colleyville
0539-4                                  62 Main Street, Suite 310           % Perdue Brandon Fielder Et Al
Case 21-41517-elm11                     Colleyville, TX 76034-2931          500 E. Border Street
Northern District of Texas                                                  Suite 640
Ft. Worth                                                                   Arlington, TX 76010-7457
Fri Jul  9 14:28:59 CDT 2021

Grapevine-Colleyville ISD               Jentex Financial, Inc.              Tarrant County
c/o Perdue Brandon Fielder et al        c/o: Cashmire Financial Services    Linebarger, Goggan, Blair & Sampson, LLP
500 E Border Street, Suite 640          226 Bailey Ave, Ste 104             c/o Laurie A. Spindler
Arlington, TX 76010-7457                Fort Worth, TX 76107-1260           2777 N. Stemmons Fwy Suite 1000
                                                                            Dallas, TX 75207-2328

501 W. Tenth Street                     Arvella Godbey                      B. Frazier Management, Inc.
Fort Worth, TX 76102-3637               568 Willowview Dr.                  c/o Law Office of Caleb Moore
                                        Saginaw, TX 76179-0965              2205 Martin Dr., Ste 200
                                                                            Bedford , TX 76021-6083

Beall Private Investments, LP - Affirm  Carol Godbey                        G. Parker Eldridge
5712 Colleyville Blvd., Suite 200       P.O. Box 136273                     9420 Capiland Rd.
Colleyville, TX 76034-6068              Fort Worth , TX 76136-0273          Desert Hot Springs, CA 92240-1101


Ghrist Law Firm                         Heritage Credit, LLC                Internal Revenue Service
c/o Ian Ghrist                          5712 Colleyville Blvd., Suite 200   Centralized Insolvency Operation
2735 Villa Creek Dr., Suite 140         Colleyville, TX 76034-6068          PO Box 7346
Farmers Branch , TX 75234-7419                                              Philadelphia, PA 19101-7346


Jentex Financial, Inc.                  Larry Starks                        Leroy York
226 Bailey Ave., Suite 101              7045 Oakbluff Dr.                   508 N. Havenwood
Fort Worth , TX 76107-1260              Dallas , TX 75254-2754              Fort Worth , TX 76112-1013


Small Business Administration           U.S. Small Business Administration  United States Trustee
SBA Disaster Loan Service Center        200 W. Santa Ana Blvd, Ste 740      1100 Commerce Street
1545 Hawkins Blvd., Ste 202             Santa Ana, CA 92701-7534            Room 976
El Paso , TX 79925-2654                                                     Dallas, TX 75242-0996


York Family Partnership                 Jeffery D. Carruth
508 N. Havenwood                        Weycer, Kaplan, Pulaski & Zuber, P.C.
Fort Worth , TX 76112-1013              3030 Matlock Rd., Suite 201
                                        Arlington, TX 76015-2936



              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)B. Frazier Management, Inc.          End of Label Matrix
                                        Mailable recipients    22
                                        Bypassed recipients     1
                                        Total                  23
```