**EXHIBIT ANS108**

# EXHIBIT 8

# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil Case and Transaction Information                    08/12/2021 3:03 PM

**Court :** 067      **Case :** 311209      Search      New Search      ☐ Show Service Documents ONLY

**Cause Number : 067-311209-19**                    **Date Filed :** 09-16-2019

MBH REAL ESTATE, LLC; ET AL **| VS |** GHRIST LAW FIRM, PLLC, ET AL

**Cause of Action :** REAL PROPERTY, OTHER PROPERTY

**Case Status :** ACTION AFTER JUDGMENT - BANKRUPTCY

**Old Cause Number :** 141-311209-19          **Transfer Reason :** TRANSFER IN COUNTY

**Description :** TRANSFERRED FROM COURT #141

| File Mark | Description | | Assessed Fee | Credit/Paid Fee |
|-----------|-------------|---|--------------|-----------------|
| 09-16-2019 | FILING, CIVIL TRANSFERRED/SEVERED | N | $289.00 | |
| 09-16-2019 | (FILED 09/20/17) PLTFS' ORIG PET & REQ FOR DISCL OR DISCL | | | $0.00 |
| 09-16-2019 | (ATTACHED) CIVIL CASE INFO SHEET | | | $0.00 |
| 09-16-2019 | (ATTACHED) LIST OF PARTIES IES | | | $0.00 |
| 09-16-2019 | (ISSUED 9/26/17) CIT-ISSUED ON IAN GHRIS T-ON 09/26/2017 | Svc | | $0.00 |
| 09-16-2019 | (ISSUED 9/26/17) CIT-ISSUED ON GHRIST LA W FIRM PLLC-ON 09/26/2017 | Svc | | $0.00 |
| 09-16-2019 | (FILED 9/27/17) CIT RETURN-IAN GHRIST | | | $0.00 |
| 09-16-2019 | (ISSUED 9/26/17) CIT RETURN-GHRIST LAW F IRM PLLC | | | $0.00 |
| 09-16-2019 | (ISSUED 9/26/17) CIT TR# 5 RET EXEC(IAN GHRIST) ON 09/26/2017 | | | $0.00 |

| | | | |
|---|---|---|---|
| 09-16-2019 | (FILED 9/27/17) CIT TR# 6 RET EXEC(GHRIST LAW FIRM PLLC) ON 09/26/2017 | | $0.00 |
| 09-16-2019 | (FILED 10/16/17) DEFNS' ORIG ANS (IAN GHRIST; GHRIST LAW FIRM PLLC, SHAWN COKER, NEIGHBORHOOD PARTERN INC, BLUE MOON REALTY GROUP LLC, WIZARD FUNDING LLC) WIZARD FUNDING LLC) | | $0.00 |
| 09-16-2019 | (FILED 10/16/17) GHRIST DEFNS' MTN DISM | | $0.00 |
| 09-16-2019 | (ATTACHED) EXHIBITS (ELEC FORMAT 377 PGS) | | $0.00 |
| 09-16-2019 | (FILED 10/16/17) DEFNS ORIG ANS (SILVER STAR TITLELLC &amp; DBA, E ESPINO, K E MONTES AND LUCH OLIVAS) | | $0.00 |
| 09-16-2019 | (FILED 10/19/17) NOT OF HRG 11/13/17 11:AM-MTN TO DISM | | $0.00 |
| 09-16-2019 | (FILED 11/10/17) DEFNS' 1ST AMD ANS | | $0.00 |
| 09-16-2019 | (FILED 11/10/17) GHRIST ADDTL BRIEF & ARGUMENT ON DEFNS MTN TO DISM | | $0.00 |
| 09-16-2019 | (FILED 11/10/17) (PROPOSED) ORD ON DEFNS MTN TO DISM | | $0.00 |
| 09-16-2019 | (FILED 11/13/17) PLTFS' OBJS TO MTN TO DISM | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD SUSTAINING PLTFS' OBJS TO MTN DISM | | $0.00 |
| 09-16-2019 | (FILED 11/13/17) PLTFS' SPEC/EXEC TO GHRIST DEFNS &amp; COKER DEFNS' MTN TO DISM | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD GRANTING SPEC/EXCEP TO MTN TO DISM | | $0.00 |

| | | | | |
|---|---|---|---|---|
| 09-16-2019 | (FILED 11/13/17) PLTFS' RESP TO DEFNS' ADDTL BRIEFING ON DEFNS MTN TO DISM &amp; PLTFS AFFDT IN SUPPORT OF REASONABLE &amp; NECESSARY ATTY FEES | | | $0.00 |
| 09-16-2019 | (FILED 11/13/17) PLTFS' RESP TO GHRIST & COKER MTN TO DISM (ELEC FORMAT 323 PGS) | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD DENYING GHRIST & COKER MTN TO DISM | | | $0.00 |
| 09-16-2019 | (FILED 11/13/17) GHRISTS ADDL EXHIBITS IN RELATIONTO MTN DISM | | | $0.00 |
| 09-16-2019 | (FILED 11/13/17) (PROPOSED) ORD ON DEFNS MTN TO DISM | | | $0.00 |
| 09-16-2019 | (FILED 11/13/17) (PROPOSED) ORD ON DEFNS MTN TO DISM | | | $0.00 |
| 09-16-2019 | (FILED 11/13/17) LTR/FERGUSON RE: ORD SUSTAINING PLTF OBJ &amp; DENYING DEFNS MTN TO DISM | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD DENYING GHRIST & COKER MTN TO DISM &amp; ORD SUSTAINING PLTF'S OBJS TO DEFN MTN TO DISM | | | $0.00 |
| 09-16-2019 | (SIGNED 11/14/17) ORD DENY GHRIST & COKER DEFNS MTN TO DISM &amp; ORD SUSTAINING PLTFS OBJS TO DEFNS MTN TO DISM | M | | $0.00 |
| 09-16-2019 | (FILED 11/17/17) NOT OF ACCELERATED INTERLOCUTORY APPEAL ($865.00/$432.50) | | | $0.00 |
| 09-16-2019 | (FILED 11/17/17) REQ FOR PREPARATION OF THE REPORTER'S RECORD | | | $0.00 |
| 09-16-2019 | (FILED 11/17/17) REQ FOR PREPARATION OF CLERK'S RECORD | | | $0.00 |
| 09-16-2019 | *** From 141-295012-17 *** *CLERK'S RECORD DUE 11/27/17 | | | $0.00 |

| 09-16-2019 | (FILED 11/17/17) RULE 11 AGRMNT | | | $0.00 |
|---|---|---|---|---|
| 09-16-2019 | (ISSUED 11/17/17 COSTBILL (SHORT) FOR $865.00 IAN GHRIST | | | $0.00 |
| 09-16-2019 | *** From 141-295012-17 *** CLERK'S RECORD | | | $0.00 |
| 09-16-2019 | *** FROM 141-295012-17 *** PAYMENT RECEIVED TRANS #74 | | | $0.00 |
| 09-16-2019 | (DATED 11/21/17) LTR (CT/APPEALS) 02-17-00411-CV | | | $0.00 |
| 09-16-2019 | (DATED 11/22/17) CLERK'S RECORD-EFILED ON 11/27/2017 | | | $0.00 |
| 09-16-2019 | (FILED 11/27/17) PLTF 1ST AMD PET | | | $0.00 |
| 09-16-2019 | (FILED 12/7/17) LTR FROM MEDIATOR-UNSUCCESSFUL | | | $0.00 |
| 09-16-2019 | (FILED 12/19/17) LTR REQ CLERK'S RECORD | | | $0.00 |
| 09-16-2019 | *** From 141-295012-17 *** COPIES - CLERKS RECORD ONLY EMAILED TO ATTY FERGUSON 12/20/17 | | | $0.00 |
| 09-16-2019 | *** FROM 141-295012-17 *** PAYMENT RECEIVED TRANS #81 | | | $0.00 |
| 09-16-2019 | (FILED 01/08/18) VACATION LTR (ATTY GHRIST) | | | $0.00 |
| 09-16-2019 | (FILED 02/07/18) NOT OF CHANGE OF FIRM ADDRESS (GHRIST LAW FIRM) | | | $0.00 |
| 09-16-2019 | (FILED 06/21/18) *JDG & OPIN (CT/APPEALS AFFIRM/REV/REMAND | | | $0.00 |
| 09-16-2019 | (FILED 08/06/18) VACATION LTR (ATTY GHRIST) | | | $0.00 |
| 09-16-2019 | (FILED 09/05/18) *MANDATE (CT/APPEALS) AFFM/ REV/REMAND | | M | $0.00 |

| 09-16-2019 | (FILED 09/05/18) *LTR (CT/APPEALS) EXHIBITS | | | $0.00 |
|---|---|---|---|---|
| 09-16-2019 | (FILED 09/06/18) AGRD MTN TO DISQUALIFY IAN GHRIST&amp; GHRIST LAW FIRM | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED)ORD DISQUALIF Y GHRIST &amp; GHRIST LAW FIRM | | | $0.00 |
| 09-16-2019 | (FILED 09/07/18) DEFNS OBJ TO NON-AGRD MTN TO DISQUALIFY GHRIST &amp; GHRIST LAW FIRM | | | $0.00 |
| 09-16-2019 | (FILED 07/07/18) NOT OF APPEARANCE | | | $0.00 |
| 09-16-2019 | (FILED 09/07/18) NOT APPEARANCE FOR THOMAS A HERALD &amp; DESIG LEAD COUNSEL | | | $0.00 |
| 09-16-2019 | (FILED 09/07/18) PLTFS 2ND AMD PET & REQ FOR DISCL | | | $0.00 |
| 09-16-2019 | (FILED 09/10/18) NOT OF HRG 9/17/18 2:15AM TO 2:25PM PLTF'MTN TO DISQUALIFY | | | $0.00 |
| 09-16-2019 | (FILED 09/11/18) AMD NOT HRG 9/17/18 2:15 PM TO 2:25PM-PLTF MTN DISQUALIFY | | | $0.00 |
| 09-16-2019 | (FILED 09/12/18) AGRD MTN TO SUB COUNSEL | | | $0.00 |
| 09-16-2019 | (FILED 09/12/18) (PROPOSED) ORD ON MTN TO SUB COUNSEL | | | $0.00 |
| 09-16-2019 | (FILED 09/12/18) J.M.FERGUSON & J.M.FERGUSON PC'S MTN TO W/D | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD GRANT MT N TO W/D | | | $0.00 |
| 09-16-2019 | (FILED 09/12/18) (PROPOSED) ORD ON MTN TO DISQUAL IFY | | | $0.00 |

| 09-16-2019 | (FILED 09/12/18) MTN TO ABATE DUE TO LACK OF DOMINANT JURISDICTION PENDING DISM FOR RES JUDICATA OR CALLATERAL ESTOPPEL | | | $0.00 |
|---|---|---|---|---|
| 09-16-2019 | (ATTACHED) EXHIBITS (ELEC FORMAT (974 PGS) | | | $0.00 |
| 09-16-2019 | (FILED 09/12/18) (PROPOSED) ORD ON MTN TO ABATE FOR LACK OF DOMINANT JURISDICTION | | | $0.00 |
| 09-16-2019 | (FILED 09/12/18) LTR TO THE CT RE: RECUSAL | | | $0.00 |
| 09-16-2019 | (SIGNED 09/13/18) ***ORD OF RECUSAL*** | M | | $0.00 |
| 09-16-2019 | (FILED 09/14/18) UNOPPOSED MTN FOR SUB OF COUNSEL FOR SILVER STAR TITLE | | | $0.00 |
| 09-16-2019 | (FILED 09/14/18) (PROPOSED)ORD GRANTING MTN FOR SUB OF COUNSEL | | | $0.00 |
| 09-16-2019 | (FILED 09/14/18) PLTF'OPP TO DEFN'ALLEGED "AGREED"MTN TO SUB COUNSEL | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD DENYING DEFNS' MTN TO SUB COUNSEL | | | $0.00 |
| 09-16-2019 | (FILED 09/19/18) PLTFS MTN FOR ENTRY SCHED ORD D | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) SCHED ORD | | | $0.00 |
| 09-16-2019 | (FILED 09/19/18) PLTFS 1ST AMD MTN FOR ENTRY OF SCHED ORD | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) SCHED ORD | | | $0.00 |
| 09-16-2019 | *** From 141-295012-17 *** TRANSFER COURT# 236 TO COURT# 141 | M | | $0.00 |

| Date | Description | PDF | | Amount |
|------|-------------|-----|---|--------|
| 09-16-2019 | (SIGNED 09/17/18) **ORD OF TRANSFER DUE TO RECUSAL | M | | $0.00 |
| 09-16-2019 | (FILED 09/19/18) NOT OF HRG 10/4/18 1:30PM TO DISQUALIFY, SCHED ORD | | | $0.00 |
| 09-16-2019 | (FILED 09/20/18) NOT OF SCHED CONFLICTS (GHRISTS) | | | $0.00 |
| 09-16-2019 | (FILED 09/26/18) NOT OF HRG 10/4/18 1:30PM MTN TO ABATE DUE TO LACK OF JURISDICTION PENDING DISM FOR RES JUDICATA OR COLLATERAL ESTOPPEL | | | $0.00 |
| 09-16-2019 | (FILED 09/28/18) (PROPOSED) DEFS' SCHED ORD | | | $0.00 |
| 09-16-2019 | (FILED 09/28/18) AMD NOT OF HRG 10/4/18 1:30PM MTN TO ABATE DUE TO LACK OF DOMINANT JURIS PENDING DISM FOR RES JUDICATA OR COLLATERAL ESTOPPEL | | | $0.00 |
| 09-16-2019 | (FILED 10/02/18) PLTFS' RESP TO MTN TO ABATE DUE TO LACK OF DOMINANT JURIS PENDING DISM FOR RES JUDICATA OR COLLATERAL ESTOPPEL | | | $0.00 |
| 09-16-2019 | (ATTACHED (PROPOSED) ORD DENYING GHRIST'S MTN TO ABATE | | | $0.00 |
| 09-16-2019 | (SIGNED 10/04/18) *ORD ON MTN TO SUB COUNSEL | M | | $0.00 |
| 09-16-2019 | (FILED 09/14/18) *ORD GRANTING MTN FOR SUB OF COUNSEL(SILVER STAR)* | M | | $0.00 |
| 09-16-2019 | (FILED 10/05/18) ORIG ANS (CATHERINE COKER) | | | $0.00 |
| 09-16-2019 | (FILED 10/08/18) COKER DEFNS' SPEC/EXEC | | | $0.00 |
| 09-16-2019 | (FILED 10/11/18) COC ON COKER DEFNS' SPEC/EXEC | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| 09-16-2019 | (FILED 10/11/18) COKER DEFNS' NOT OF HRG 11/1/18 11AM-SPEC EXEC | | | $0.00 |
| 09-16-2019 | (FILED 10/12/18) COKER DEFNS' 1ST SUPPL ANS & ORIGCC | | | $0.00 |
| 09-16-2019 | *** FROM 141-295012-17 *** PAYMENT RECEIVED TRANS #136 | | | $0.00 |
| 09-16-2019 | (FILED 10/29/18) PLTFS' RESP TO COKER DEFNS SPEC/ EXEC | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD DENYING COKER DEFNS' SPEC/EXEC | | | $0.00 |
| 09-16-2019 | (FILED 10/31/18) NOT OF HRG 11/30/18 9AM-MTN TO ABATE | | | $0.00 |
| 09-16-2019 | (FILED 10/31/18) PLTFS' 3RD AMD PET (NO PTY CHANGES) | | | $0.00 |
| 09-16-2019 | (FILED 11/01/18) SWORN APPL FOR TRO, TEMP INJUNCTN&amp; PERMANENT INJUNCTN | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD GRANTING SWORN APPL FOR TRO | | | $0.00 |
| 09-16-2019 | (FILED 11/01/18) NOT OF HRG 11/2/18 11:30AM-PLTFS MTN TO DISQUALIFY SWORN APPL FOR TRO TEMP INJUNCTN &amp; PERMANENT INJUNCTION | | | $0.00 |
| 09-16-2019 | (FILED 11/01/18) NOT OF HRG 11/2/18 11:30AM-SWORN SWORN APPL FOR TRO, TEMP INJ &amp; PERMANENT INJ | | | $0.00 |
| 09-16-2019 | (SIGNED 11/01/18) *ORD DENYING COKER DEFNS SPEC/ EXCEPTIONS | M | | $0.00 |
| 09-16-2019 | (SIGNED 11/02/18) *ORD ON APPL FOR TRO, TEMP INJ &amp; PERM INJ* | M | | $0.00 |
| 09-16-2019 | (FILED 11/20/18) COKER DEFNS' MTN TO ABATE | | | $0.00 |

| 09-16-2019 | (FILED 11/26/18) COKER DEFNS' NOT OF HRG 11/30/18 9AM-MTN TO ABATE | | | $0.00 |
|---|---|---|---|---|
| 09-16-2019 | (FILED 11/26/18) PLTFS' 1ST SUPPL RESP TO GHRIST DEFNS MTN TO ABATE DUE TO LACK OF DOMINANT JURIS PENDING DISM FOR RES JUDICATA OR COLLATERAL ESTOPPEL &amp; PLTFS' RESP TO COKER DEFNS MTN TO ABATE | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD DENYING CHRIST DEFNS' &amp; COKER DEFNS' MTNS TO ABATE | | | $0.00 |
| 09-16-2019 | (SIGNED 11/26/18) *SETTING ORD TRIAL WK OF 09/16/2019* | | M | $0.00 |
| 09-16-2019 | (FILED 11/27/18) VERIFICATION TO COKER DEFNS MTN TO ABATE | | | $0.00 |
| 09-16-2019 | (FILED 11/27/18) DEFNS SILVER STAR,E ESPINO, K ESPINO MONTES &amp; L OLIVAS' MTN TO ABATE | | | $0.00 |
| 09-16-2019 | (FILED 11/27/18) HRG NOT 11/30/18 9:00AM-MTN TO ABATE | | | $0.00 |
| 09-16-2019 | (FILED 11/28/18) PLTFS' RESP TO SENDERA DEFNS' MTN TO ABATE | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD DENYING MTN TO ABATE MTNS TO ABATE | | | $0.00 |
| 09-16-2019 | (FILED 11/28/18) PLTFS' 4TH AMD PET & REQ FOR DISLQ FOR DISCL (ADDED #24) | | | $0.00 |
| 09-16-2019 | (FILED 11/29/18) (PROPOSED) ORD DENYING MTN TO ABATE | | | $0.00 |
| 09-16-2019 | (FILED 11/30/18) NOT OF HRG 12/7/18 9AM-MTN TO ABATE | | | $0.00 |
| 09-16-2019 | (FILED 12/26/18) AFI'S 1ST SUPPL TO PLTFS' 4TH AMD PET &amp; REQ FOR DISCL | | | $0.00 |

| 09-16-2019 | (FILED 12/06/18) J M FERGUSON PC'S MTN FOR NON- SUIT AS TO GHRIST DEFNS ONLY | | | $0.00 |
|---|---|---|---|---|
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD GRANTING MTN TO NON-SUIT AS TO GHRIST DEFNS ONLY | | | $0.00 |
| 09-16-2019 | (FILED 12/06/18) MBH REAL ESTATE'S MTN FOR PARTIALNON-SUIT AS TO GHRIST DEFNS ONLY | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD GRANTING MBH'S MTN FOR PARITAL NON-SUIT AS TO GHRIST DEFNS ONLY | | | $0.00 |
| 09-16-2019 | (FILED 12/07/18) DEFNS' GHRISTS 2ND AMD ANS | | | $0.00 |
| 09-16-2019 | (SIGNED 12/07/18) *ORD GRANTING MBH'S MTN FOR PARTIAL NONSUIT AS TO GHRIST DEFNS ONLY (NOT A PARTY) | M | | $0.00 |
| 09-16-2019 | (SIGNED 12/07/18) *ORD GRANTING FERGUSON PC'S MTN FOR NONSUIT AS TO GHRIST DEFNS ONLY* | M | | $0.00 |
| 09-16-2019 | (FILED 12/18/18) DEPUTY REPORTER STATEMENT | | | $0.00 |
| 09-16-2019 | (FILED 12/12/18) VAC LTR (ATTY IAN GHRIST) | | | $0.00 |
| 09-16-2019 | (FILED 12/21/18) DEFN LAW OFFICE'S OF SALVADOR ESPINO PLLC'S &amp; REQ FOR DISCL | | | $0.00 |
| 09-16-2019 | (FILED 01/16/19) MTN FOR TRAD SUM/JDG ON RES JUDICATA &amp; COLLATERAL ESTOPPEL &amp; MTN TO DISM CLAIMS TO CH 27 | | | $0.00 |
| 09-16-2019 | (ATTACHED) EXS TO MSJ (NOT OF ELEC FORMAT 997 PGS) | | | $0.00 |
| 09-16-2019 | (FILED 01/17/19) 1ST AMD MTN FOR TRAD SUM/JDG ON RES JUDICATA AND COLLATERAL ESTOPPEL AND MTN TO DISM CLAIMS | | | $0.00 |

| 09-16-2019 | (ATTACHED) 1ST AMD EXHITS (ELEC FORMAT 1025 PGS) | | | $0.00 |
|---|---|---|---|---|
| 09-16-2019 | (FILED 12/22/19) NOT OF HRG 2/14/19 9:00AM-MTN ON GRIST'S MSJ &amp; DISM CLAIMS | | | $0.00 |
| 09-16-2019 | (FILED 01/22/19) (PROPOSED) ORD ON GHRISTS' MSJ MTN TO DISM CLAIMS | | | $0.00 |
| 09-16-2019 | (FILED 01/23/19) PLTFS' MTN FOR LEAVE TO CONDUCT DEPOS | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD GRANT PLTFS' MTN FOR MTN FOR LEAVE TO CONDUCT DEPOS | | | $0.00 |
| 09-16-2019 | (FILED 01/23/19) HRG NOT 1/30/19 10:30AM-MTN FOR LEAVE TO CONDUCT DEPOS | | | $0.00 |
| 09-16-2019 | (FILED 01/25/19) 1ST AMD NOT OF HRG 2/6/19 10:3OAMPLTFS' MTN FOR LEAVE TO CONDUCT DEPOS | | | $0.00 |
| 09-16-2019 | (FILED 01/31/19) COKER DEFNS' TRAD MSJ | | | $0.00 |
| 09-16-2019 | (FILED 02/05/19) RESP TO MTN FOR LEAVE TO CONDUCT DEPOS | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD ON MTN FOR LEAVE TO CONDUCT DEPOS | | | $0.00 |
| 09-16-2019 | (SIGNED 02/06/19) *ORD GRANT PLTFS' MTN FOR LEAVE TO CONDUCT DEPOS* | M | | $0.00 |
| 09-16-2019 | (FILED 02/06/19) PLTFS' NO EVID MTN FOR PARTIAL SUM/JDG | | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD ON NO EVID MTN FOR PARTIAL SUM/JDG | | | $0.00 |
| 09-16-2019 | (FILED 02/07/19) NOT OF HRG 3/20/19 10AM-NO EVID MTN FOR SUM/JDG | | | $0.00 |
| 09-16-2019 | (FILED 02/07/19) LTR CONFIRM HRG 3/20/19 10AM- MTN FOR SUM/JDG | | | $0.00 |

| 09-16-2019 | [(FILED 02/12/19) DEPUTY REPORTER STATEMENT NT](#) | | $0.00 |
| 09-16-2019 | [(FILED 02/15/19) DEFN GHRIST'S OBJ TO SUBPOENA DUCES TECUM](#) | | $0.00 |
| 09-16-2019 | [(FILED 02/22/19) VACATION LTR (ATTY JOHNSON) SON)](#) | | $0.00 |
| 09-16-2019 | [(FILED 02/22/19) PLTFS' TRAD MTN FOR PARTIAL SUM/JDG](#) | | $0.00 |
| 09-16-2019 | [(ATTACHED) (PROPOSED) ORD ON MTN FOR PARTIAL SUM/JDG](#) | | $0.00 |
| 09-16-2019 | [(FILED 02/27/19) PLTF'S TRAD MTN FOR PART SJ](#) | | $0.00 |
| 09-16-2019 | [(ATTACHED) (PROPOSED) ORD PLTF'S TRAD MTN FOR PARTIAL SJ](#) | | $0.00 |
| 09-16-2019 | [(FILED 02/27/19) SENDERA DEFNS' 1ST AMD ANS](#) | | $0.00 |
| 09-16-2019 | [(FILED 02/27/19) DEFN'S CERT OF WRITTEN DISC DISC](#) | | $0.00 |
| 09-16-2019 | [(FILED 02/27/19) SENDERA DEFNS' TRAD MSJ](#) | | $0.00 |
| 09-16-2019 | [(FILED 02/27/19) HRG NOT 3/20/19 10:00AM-SENDERA DEFNS' MSJ](#) | | $0.00 |
| 09-16-2019 | [(FILED 02/28/19) HRG NOT 3/20/19 10:00AM-PLTFS' MSJ](#) | | $0.00 |
| 09-16-2019 | [(FILED 03/13/19) GHRIST'S RESP TO PLTFS' NO EVID MTN FOR PART SJ &amp; TRAD MTN FOR SUM/JDG](#) | | $0.00 |
| 09-16-2019 | [(FILED 03/13/19) (PROPOSED) ORD ON PLTFS MTN FOR PARTIAL SUM/JDG &amp; TRAD MSJ](#) | | $0.00 |
| 09-16-2019 | [(FILED 03/13/19) COKER DEFNS' COMBINED RESP TO PLTFS' TRAD &amp; NO EVID MTNS FOR SUM/JDG](#) | | $0.00 |

| 09-16-2019 | (FILED 03/13/19) SENDERA DEFNS' SPEC/EXE TO PLTFS'TRAD &amp; TO PLTFS'TRAD &amp; NO EVID MTNS FOR PARTIAL SUM/JDG | | $0.00 |
|---|---|---|---|
| 09-16-2019 | (FILED 03/13/19) SENDERA DEFNS' RESP TO PLTFS' TRAD &amp; NO EVID MTN FOR PARTIAL SUM/JDG | | $0.00 |
| 09-16-2019 | (FILED 03/13/19) NOT OF HRG 3/20/19 10AM-SENDERA DEFNS SPEC/EXEC TO MTN FOR PARTIAL SUM/JDG | | $0.00 |
| 09-16-2019 | (FILED 03/13/19) PLTFS' 5TH AMD PET & REQ FOR DISCL | | $0.00 |
| 09-16-2019 | (FILED 03/13/19) PLTFS' RESP TO GHRIST DEFNS MTN FOR SUM/JDG | | $0.00 |
| 09-16-2019 | (FILED 03/18/19) PLTF'S SUR REPLY TO DEFNS' RESP TO PLTFS MSJ/OBJS &amp; MTN TO STRIKE DEFNS' AFFDT | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD FOR PLTFS OBJS TO DEFNS'AFFDT | | $0.00 |
| 09-16-2019 | (FILED 03/18/19) DEFNS GHRIST SUR REPLY TO PLTFS RESP TO DEFNS' MTNS FOR SJ | | $0.00 |
| 09-16-2019 | (FILED 03/19/19) PLTFS' OBJS TO GHRIST DEFNS' SUR REPLY AND AFFDT IAN GHRIST | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD FOR PLTFS OBJS TO DEFNS AFFDT ATTACHED TO SUR REPLY | | $0.00 |
| 09-16-2019 | (FILED03/19/19) HRG NOT 3/20/19 10:00AM-1ST AMD MTN FOR TRAD SUM/JDG ON RES JUDICATA &amp; COLLATERAL ESTOPPEL | | $0.00 |
| 09-16-2019 | (FILED 03/20/19) COKER DEFNS' 1ST AMD ANS S | | $0.00 |
| 09-16-2019 | (FILED 03/20/19) (PROPOSED) ORD DENYING GHRIST DEFNS' MSJ | | $0.00 |

| 09-16-2019 | (FILED 03/20/19) (PROPOSED) ORD GRANT COKER DEFNS TRAD MSJ | | | | $0.00 |
|---|---|---|---|---|---|
| 09-16-2019 | (FILED 03/21/19) (PROPOSED) ORD ON GHRISTS 1ST AMDMTN FOR TRAD SUM/JDG ON RES JUDICATA &amp; COLLATERAL ESTOPPEL &amp; MTN TO DISM CLAIMS | | | | $0.00 |
| 09-16-2019 | (SIGNED 03/21/19) *ORD DENYING PLTFS' NO EVID MTN FOR PARTIAL SUM/JDG AS TO ALL DEFNS* | | M | | $0.00 |
| 09-16-2019 | (SIGNED 03/21/19) ORD DENYING PLTFS' TRAD MTN FOR PARTIAL SJ* | | M | | $0.00 |
| 09-16-2019 | (SIGNED 03/21/19) *ORD GRANTING COKER DEFNS' TRAD TRAD MSJ* | | M | | $0.00 |
| 09-16-2019 | (SIGNED 03/21/19) *ORD ON SENDERA DEFNS' TRAD MTN FOR SUM/JDG* | | M | | $0.00 |
| 09-16-2019 | (FILED 03/26/190 (PROPOSED) ORD ON GHRISTS' 1ST AMD MSJ &amp; DISM CLAIMS | | | | $0.00 |
| 09-16-2019 | (FILED 03/26/19) DEFN GHRISTS' 3RD MTN TO DISM CLAIMS PURSUANT CHAP 27 | | | | $0.00 |
| 09-16-2019 | (FILED 04/01/19) NOT OF HRG 5/9/19 9AM-3RD MTN TO DIS CLAIMS | | | | $0.00 |
| 09-16-2019 | (SIGNED 04/01/19) *ORD ON GHRISTS' 1ST AMD MTN FOR TRAD SJ &amp; MTN TO DISM* | | M | | $0.00 |
| 09-16-2019 | (FILED 04/17/19) PLTFS' 6TH AMD PET & REQ FOR DISCL | | | | $0.00 |
| 09-16-2019 | (FILED 04/18/19) *PLTFS' NOT OF APPEAL (JURISDICTION) | | | | $0.00 |
| 09-16-2019 | (FILED 05/03/19) NOT OF PARTIAL NONSUIT | | | | $0.00 |

| 09-16-2019 | (DATED 05/09/19) *LTR (CT/APPEALS) 02-19-139 JURISDICTION | | | $0.00 |
| 09-16-2019 | (FILED 05/15/19) COKER DEFNS' TRAD MSJ ON THEIR CC | | | $0.00 |
| 09-16-2019 | (SIGNED 05/09/19) *ORD ON GHRISTS 3RD MTN TO DISM CLAIMS | | | $0.00 |
| 09-16-2019 | (FILED 05/20/19) SUPPL TO MTNS/PLEADINGS OF GHRISTRECOVERY OF ATTY'S FEES, CRT COSTS, &amp; TX CITIZEN'S SANCTIONS | | | $0.00 |
| 09-16-2019 | (FILED 05/1/19) HRG NOT 5/23/19 9:30AM-REQ FOR ATTY'S FEES AND SANCTIONS | | | $0.00 |
| 09-16-2019 | (FLED 05/21/19) DEFNS' UNOPPOSED MTN TO SEVER | | | $0.00 |
| 09-16-2019 | (FILED 05/22/19) HRG NOT 6/13/19 11AM- COKER DEFNS MSJ ON CC | | | $0.00 |
| 09-16-2019 | (FILED 06/05/19) PLTF/CTR DEFNS FERGUSON & ANSON ORIG ANS TO COKER DEFNS CC | | | $0.00 |
| 09-16-2019 | (FILED 06/05/19) FERGUSON PC & ANSON'S OBJS & RESPTO COKER DEFNS' MTN FOR SUM/JDG ON CC | | | $0.00 |
| 09-16-2019 | (FILED 06/07/19) NOT OF HRG 6/21/19 10:30AM- SENDERA DEFNS' UNOPPOSED MTN TO SEVER | | | $0.00 |
| 09-16-2019 | (FILED 06//12/19) (PROPOSED) ORD FOR COKER DEFNS TRAD MTN FOR PARTIAL SUM/JDG | | | $0.00 |
| 09-16-2019 | (FILED 06/13/19) (PROPOSED) ORD GRANTING COKER DEFNS' MSJ ON THEIR CC | | | $0.00 |
| 09-16-2019 | (SIGNED 06/13/19) *ORD GRANTING SENDERA DEFNS UNOPPOSED MTN TO SEVER* | | M | $0.00 |

| 09-16-2019 | (FILED 06/18/19) MTN FOR REHEARING (PLTF MTN FOR RECOVERY OF ATTYS FEES, CRT COSTS &amp; SANCTIONS) | | $0.00 |
|---|---|---|---|
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD FOR REHEARING ARING | | $0.00 |
| 09-16-2019 | (FILED 06/18/19) NOT OF HRG 6/21/19 10:30AM-GHRISTMTN FOR RECOVERY OF ATTYS FEES, CRT COSTS &amp; SANCTIONS | | $0.00 |
| 09-16-2019 | (FILED 06/18/19) (PROPOSED) ORD ON GHRIST'S DEFNS REQ ATTY FEES, COSTS AND SANCTIONS | | $0.00 |
| 09-16-2019 | (FILED 06/18/19) PLTFS' RESP TO GHRISTS' MTNS OR PLEADINGS FOR RECOVERY OF ATTY'S FEES, COURT COSTS, &amp; SANCTONS | | $0.00 |
| 09-16-2019 | (FILED 06/20/19) AMD NOT OF HRG 6/28/19 10:30AM MTN FOR REHEARING | | $0.00 |
| 09-16-2019 | (FILED 06/20/19) NOT OF CANCELLATION OF HRG- SENDERA DEFNS UNOPPOSED MTN TO SEVER | | $0.00 |
| 09-16-2019 | (FILED 06/27/19) (PROPOSED) ORD ON GHRISTS MTN FORRECOVERY OF ATTY FEES, COURT COSTS &amp; SANCTIONS | | $0.00 |
| 09-16-2019 | (FILED 06/28/19) DEFNS GHRIST'S CVR LTR FOR FEE AFFDT SUPPL BROUGHT CURRENT TO 6/28/19 | | $0.00 |
| 09-16-2019 | (FILED 07/02/19) PLTFS' 1ST AMD RESPO TO GHRISTS' MTNS OR PLEADINGS FOR RECOVERY OF ATTY FEES, COURT COSTS, &amp; SANCTIONS | | $0.00 |
| 09-16-2019 | (SIGNED 06/24/19) *ORD DEFNS GHRISTS' REQ FOR ATTYFEES,COSTS, AND SANCTIONS | M | $0.00 |

| 09-16-2019 | (FILED 07/11/19) PLTFS' MTN VACATE/REHRG ORD GRANTING DEFNS GHRIST'S MTNS OR PLEADINGS FOR RECOVERY OF ATTYS FEES ATTY FEES, CC &amp; SANCTIONS | | $0.00 |
| 09-16-2019 | (ATTACHED) (PROPOSED) ORD ON PLTFS MTN TO VACATE MTN TO VACATE | | $0.00 |
| 09-16-2019 | (FILED 07/16/19) HRG NOT 8/9/19 9:30AM PLTFS MTN TO VACATE | | $0.00 |
| 09-16-2019 | (FILED 07/18/19) VAC LTR (ATTY CUESTA) | | $0.00 |
| 09-16-2019 | (DATED 07/19/19) (CT/APPEALS) JURISDICTION (02-19-139) | | $0.00 |
| 09-16-2019 | (FILED 08/01/19) RESP TO PLTFS MTN TO VACATE &amp; REHRG OF ORD GRANTING GHRISTS MTNS OR PLEADINGS FOR RECOVERY OF ATTYS FEES COURT CORSTS AND SANCTIONS &amp; PLTFS MTN FOR SANCTIONS AND ATTYS FEES AND MTN TO SEVER | | $0.00 |
| 09-16-2019 | (FILED 08/01/19) (PROPOSED) ORD ON PLTFS MTN TO VACATE &amp; REHRG... | | $0.00 |
| 09-16-2019 | (FILED 08/01/19) PROPOSED) ORD ON MTN TO SEVER O SEVER | | $0.00 |
| 09-16-2019 | (FILED 08/05/19) HRG NOT 8/9/19 9:30AM- GHRIST MTN TO SEVER | | $0.00 |
| 09-16-2019 | (FILED 08/05/19) CERT/DEPO- IAN GHRIST- PLTF 723.40 | | $0.00 |
| 09-16-2019 | (FILED 08/09/19) COVER LTR FOR NEW & ADDL CASE LAWCASELAW SUPPORTING ARGUMENT &amp; ADDTNL PROPOSED ORDS RELATED TO THE MTNS HEARD 8/9/19 | | $0.00 |
| 09-16-2019 | (FILED 08/09/19) (PROPOSED) ORD ON GHRISTS REQ FOR ATTY'S FEES, COSTS &amp; SANCTIONS | | $0.00 |

| Date | Description | | | | Amount |
|------|-------------|---|---|---|--------|
| 09-16-2019 | (FILED 09/09/19) (PROPOSED) ORD ON GHRISTS REQ FOR ATTY'S FEES, COSTS &amp; SANCTIONS | | | | $0.00 |
| 09-16-2019 | (DATED 09/06/19) CASE CALLED TO TRIAL WED 9/18/19 9:30AM | | | | $0.00 |
| 09-16-2019 | (DATED 09/10/19) LTR FROM THE CT FINAL DOCS DUE 11/1/19 | | | | $0.00 |
| 09-16-2019 | (SIGNED 09/11/19) *ORD ON GHRISTS' REQS FOR ATTY'SFEES, COSTS,AND SANCTIONS | M | | | $0.00 |
| 09-16-2019 | (FILED 09/13/19) (PROPOSED) ORD ON MTN TO SEVER | | | | $0.00 |
| 09-16-2019 | (SIGNED 09/16/19) *ORD ON MOTION TO SEVER (NEW CASE # 141-311209-19) | M | | | $0.00 |
| 09-16-2019 | Costbill (Short) for $289 IAN GHRIST | | | | $0.00 |
| 09-16-2019 | DOCKET SHEET FROM SEV CASE 141-295012-17 PER ORD | | | | $0.00 |
| 09-16-2019 | ***DISM PER ORD TO SEVER; CC INCURRED BY PLTF'S*** | M | | | $0.00 |
| 09-16-2019 | DOCKET SHEET | | | | $0.00 |
| 09-16-2019 | ******************CASE CLOSED****************** | | | | $0.00 |
| 09-20-2019 | PAYMENT RECEIVED | Y | | | $289.00 |
| 10-17-2019 | PLTFS' MOTION FOR NEW TRIAL | N | | $80.00 | |
| 10-17-2019 | PAYMENT RECEIVED TRANS #237 | Y | | | $80.00 |
| 10-17-2019 | PLTF'S MTN FOR LEAVE FILE MTN FOR NEW TRIAL | | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| 10-17-2019 | (PROPOSED) ORD RE; TIMELY FILING MTN NEW TRIAL | | | $0.00 |
| 11-20-2019 | NOT OF HRG 12/4/19 11AM-MTN FOR NEW TRL | | | $0.00 |
| 11-20-2019 | AMD NOT OF HRG 12/4/19 11AM-MTN FOR NEW TRL & MTN FOR LEAVE | | | $0.00 |
| 12-03-2019 | RESP TO MTN FOR NEW TRL | | | $0.00 |
| 12-03-2019 | (PROPOSED) ORD ON MTN FOR NEW TRL | | | $0.00 |
| 12-03-2019 | *PLTF'S NOT OF APPEAL (3375.00 / 1687.50) | | | $0.00 |
| 12-04-2019 | *CLERK'S REC DUE 1/14/20 | | | $0.00 |
| 12-04-2019 | PLTFS' 1ST SUPPL MTN FOR LEAVE FILE MTN NEW TRIAL | | | $0.00 |
| 12-04-2019 | PLTFS' CVR LTR RE; ORD ON MTN FOR NEW TRIAL | | | $0.00 |
| 12-04-2019 | (PROPOSED) ORD ON PLTF'S MTN NEW TRIAL | | | $0.00 |
| 12-04-2019 | ATTY SUBP-JP MORGAN CHASE BANK NA | | | $0.00 |
| 12-04-2019 | ***ORD MTN NEW TRIAL; DENIED*** | | M | $0.00 |
| 12-04-2019 | ***ORD RE; TIMELY FILING MTN NEW TRIAL W/EXHBTS*** | | M | $0.00 |
| 12-04-2019 | DOCKET SHEET | | | $0.00 |
| 12-05-2019 | CASH BOND --SUPERSEDEAS | | Y | $3,069.00 |

| 12-05-2019 | *PLTFS' NOT OF CASH BOND | | | | $0.00 |
|---|---|---|---|---|---|
| 12-06-2019 | Registry notification from #255 | | | | $0.00 |
| 12-06-2019 | Registry Investment | Y | | | -$3,069.00 |
| 12-09-2019 | *LTR (CT/APPEALS) 02-19-452 | | | | $0.00 |
| 12-13-2019 | ATTY SUBPOENA DUCES TECUM-VERITEX COMM BANK | | | | $0.00 |
| 12-16-2019 | *PLTF'S REQ FOR REPORTS REC | | | | $0.00 |
| 12-16-2019 | *PLTFS' REQ FOR COURT REC | | | | $0.00 |
| 12-16-2019 | PLTF ANSON'S MTN QUASH REQ SUBP VERITEX/MTN PROTECORD | | | | $0.00 |
| 12-16-2019 | PLTFS' MTN QUASH REQ SUBP VERITEX/MTN PROTECT ORD | | | | $0.00 |
| 12-16-2019 | PLTF ANSON'S MTN QUASH REQ SUBP JP MORGAN/MTN FOR PROTECTIVE ORD | | | | $0.00 |
| 12-16-2019 | PLTFS' MTN QUASH REQ SUBP JP MORGAN/MTN FOR PROTECORD | | | | $0.00 |
| 12-16-2019 | PLTFS' MTN QUASH REQ SUBP VERITEX/MTN FOR PROTECTIORD | | | | $0.00 |
| 12-16-2019 | PLTF ANSON'S MTN QUASH REQ SUBP VERITEX/MTN FOR PROTECTIVE ORD | | | | $0.00 |
| 01-10-2020 | CLERK'S RECORD | N | $3,375.00 | | |
| 01-10-2020 | PAYMENT RECEIVED TRANS #268 | Y | | | $3,375.00 |
| 01-13-2020 | CLERK'S RECORD - REMAINING BALANCE | N | $5.00 | | |

| 01-13-2020 | PAYMENT RECEIVED TRANS #271 | Y | | $5.00 |
| 01-13-2020 | *LTR (CT/APPEALS) TRANSFER OUT (7TH COA) | | | $0.00 |
| 01-14-2020 | CLERK'S RECORD-EFILED 1/14/20 TO 7TH/COA | | | $0.00 |
| 01-14-2020 | *GHRIST REQ FOR SUPPL CR (1168.00/584.00) | | | $0.00 |
| 01-14-2020 | *DEFN GHRIST LAW FIRM PLLC'S REQ FOR REPORTER'S RE | | | $0.00 |
| 01-14-2020 | *LTR (7TH COA) TRANSFER IN 07-20-027 | | | $0.00 |
| 01-15-2020 | *LTR (7TH COA) CLERK'S REC RECEIVED | | | $0.00 |
| 01-17-2020 | *1ST AMD REQ FOR SUPPL CR (212.00 / 106.00) REC | | | $0.00 |
| 01-21-2020 | 1ST SUPPL CLERK'S REC-EFILED ON 1/21/20 | | | $0.00 |
| 01-21-2020 | 1ST SUPPL CLERK'S RECORD | N | $212.00 | |
| 01-21-2020 | PAYMENT RECEIVED TRANS #281 | Y | | $212.00 |
| 01-21-2020 | *LTR (7TH COA) SUPPL CR RECEIVED | | | $0.00 |
| 01-27-2020 | CASH BOND - | Y | | $1,035.10 |
| 01-27-2020 | *AMD NOT OF CASH BOND | | | $0.00 |
| 01-27-2020 | DEFNS' MTN TO COMPEL RELATED TO TRANSFER OR DISSIPATION OF ASSETS | | | $0.00 |
| 01-28-2020 | Registry Investment | Y | | -$1,035.10 |

| | | | | |
|---|---|---|---|---|
| 01-29-2020 | Registry notification from #285 | | | $0.00 |
| 02-07-2020 | NOT OF HRG 2/21/20 9:30AM-TRANSFER OR DISSIPATN OF ASSETS | | | $0.00 |
| 02-18-2020 | PLTFS' RESP TO DEFNS' MTN TO COMPEL | | | $0.00 |
| 02-18-2020 | (PROPOSED) ORD ON DEFNS' MTN TO COMPEL | | | $0.00 |
| 02-20-2020 | (PROPOSED) ORD ON DEFNS MTN TO COMPEL RELATED TO TRANSFER OR DISSIPATION OF ASSTS | | | $0.00 |
| 02-20-2020 | DEFNS MTN TO ENJOIN PLTFS FROM TRANSFERRING OR DISSIPATING ASSETS EXCEPT IN THE ORDINAY COURSE OF BUSINESS WHILE THE APPEAL IS PENDING | | | $0.00 |
| 02-24-2020 | (PROPOSED) ORD DENYING DEFNS' MTN TO COMPEL | | | $0.00 |
| 03-11-2020 | COPY OF ORIG CLERK'S REC CD P/U BY HEATHER DYER, ATTY'S OFFICE | N | $1,690.00 | |
| 03-11-2020 | PAYMENT RECEIVED TRANS #295 | Y | | $1,690.00 |
| 03-11-2020 | COPY 1ST SUPPL RECORD ONLY CD P/U BY HEATHER DYER, ATTY'S OFFICE | N | $106.00 | |
| 03-11-2020 | PAYMENT RECEIVED TRANS #297 | Y | | $106.00 |
| 04-20-2020 | DEFN'S 1ST SUPPL TO THE MTN TO COMPEL | | | $0.00 |
| 04-22-2020 | NOT OF HRG- 5/8/20 9:30AM | | | $0.00 |
| 04-23-2020 | AMD NOT OF HRG- 5/8/20 9:30AM | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| 05-26-2020 | *ORD ON DEFNS' MTN TO COMPEL RELATED TO TRANS OF DISSIPATION OF ASSETS (DEFN AWARDED ATTY FEES $500) | M | | $0.00 |
| 06-01-2020 | LTR RE: CERT COPIES OF DOCS | | | $0.00 |
| 06-01-2020 | CERTIFIED COPIES - ELECTRONIC | N | $397.00 | |
| 06-01-2020 | PAYMENT RECEIVED TRANS #304 | Y | | $397.00 |
| 06-12-2020 | *2ND CT/APPEALS (ORIG PROC) PET/MAND FILED | | | $0.00 |
| 06-15-2020 | *CT/APPEALS (ORIG PROC) PET/MAND DENIED | | | $0.00 |
| 06-23-2020 | *POST CARD (SUP CT) PET/MAND FILED | | | $0.00 |
| 07-17-2020 | *POST CARD (SUP CT) PET/MAND & EMER RELIEF DENIED | | | $0.00 |
| 07-20-2020 | (PROPOSED) ORD AS TO SANCTIONS & CONTEMPT | | | $0.00 |
| 07-20-2020 | MTN TO HAVE J M FERGUSON ET AL HELD IN CONTEMPT OFCOURT AND FOR SANCTIONS | N | $80.00 | |
| 07-20-2020 | PAYMENT RECEIVED TRANS #311 | Y | | $80.00 |
| 07-22-2020 | (PROPOSED) ORD ON DEFNS' MTN TO ENJOIN THE PLTFS FROM TRANSFERRING OR DISSIPATING ASSETS | | | $0.00 |
| 08-05-2020 | NOT OF HRG 8/27/20 10:30AM-HOLD ATTY IN CONTEMPT | | | $0.00 |
| 08-24-2020 | PLTFS RESP TO DEFNS MTN TO COMPEL & FOR SANCTIONS | | | $0.00 |
| 08-24-2020 | (PROPOSED) ORD DENYING MTN TO COMPEL & SANCTIONS | | | $0.00 |

| 08-25-2020 | COVER LTR FOR FEE AFFDT IN CONNECTN W/MTN TO HAVE J MICHAEL FERGUSON EL AT HELD IN CONTEMPT OF COURT &amp; FOR SANCTIONS | | | $0.00 |
|---|---|---|---|---|
| 08-28-2020 | *ORD OF RECUSAL* | M | | $0.00 |
| 08-28-2020 | 141ST DOCKET SHEET | | | $0.00 |
| 09-03-2020 | ***ORD OF TRANSFER DUE TO RECUSAL*** | M | | $0.00 |
| 10-21-2020 | NOT OF HRG-11/19/20 @ 2:00PM | | | $0.00 |
| 11-16-2020 | PLTFS' PJX | | | $0.00 |
| 11-16-2020 | (PROPOSED) ORD GRANTING PLTFS' PJX | | | $0.00 |
| 11-19-2020 | (PROPOSED) ORD AS TO SANCTIONS & CONTEMPT | | | $0.00 |
| 11-19-2020 | (PROPOSED) ORD ON DEFN'S MTN TO ENJOIN THE PLTFS FROM TRANSFERRING OR DISSIPATNG ASSETS &amp; MTN FOR CONTEMPT &amp; SANCTIONS | | | $0.00 |
| 11-19-2020 | RELEVANT LAW RELATED TO POST-JDG DISC RELATED TO TRANSFER OR DISSIPATION INJ | | | $0.00 |
| 11-19-2020 | ***ORD AS TO SANCTIONS & CONTEMPT | M | | $0.00 |
| 11-24-2020 | *CT/APPEALS (ORIG PROC) PET/MAND FILED | | | $0.00 |
| 12-01-2020 | *CT/APPEALS (ORIG PROC) PET/MAND DENIED | | | $0.00 |

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 12-21-2020 | *JUDG & OPIN (7TH COA) AFFM | | | | $0.00 |
| 12-22-2020 | APPL FOR ABSTRACT | | | | $0.00 |
| 12-22-2020 | ABSTRACT JUDG-ISSUED ON-On 12/22/2020 | N Svc | | $8.00 | |
| 12-22-2020 | PAYMENT RECEIVED trans #332 | Y | | | $8.00 |
| 01-07-2021 | *CT/APPEALS (ORIG PROC) MTN FOR REHEARING DENIED | | | | $0.00 |
| 01-25-2021 | 2ND MTN TO HAVE J. MICHAEL FERGUSON ET AL HELD IN CONTEMPT OF COURT &amp; FOR SANCTIONS | | | | $0.00 |
| 01-26-2021 | ATTY SUBP-J P MORGAN CHASE BANK N A E BANK, N.A. | | | | $0.00 |
| 02-16-2021 | PLTF'S MTN TO QUASH RECORD REQ SUBP & NOT OF INTENT TO TAKE WRITTEN QUESTIONS TO JP MORGAN CHASE BANK &amp; MTN FOR PROT ORD | | | | $0.00 |
| 02-19-2021 | NOT OF HRG - 3/15/21 @ 10:30 AM | | | | $0.00 |
| 03-12-2021 | (PROPOSED) ORD AS TO SANCTIONS & CONTEMPT | | | | $0.00 |
| 03-15-2021 | PLTFS' RESP TO DEFNS' MTN TO COMPEL | | | | $0.00 |
| 06-01-2021 | (PROPOSED) RECEIVERSHIP ORD | | | | $0.00 |
| 06-01-2021 | MTN TO PLACE PLTFS INTO POST-JDG RECIEVERSHIP | | | | $0.00 |
| 06-02-2021 | NOT OF HRG-7/1/21 @ 10:00AM | | | | $0.00 |
| 06-07-2021 | MTN FOR CONT | | | | $0.00 |

| Date | Description | | | Fee | Amount |
|------|-------------|---|---|-----|--------|
| 06-07-2021 | (PROPOSED) ORD GRANTING PLTFS' MTN FOR CONT | | | | $0.00 |
| 06-08-2021 | 1ST AMD NOT OF HRG-7/8/21 @ 9:00AM | | | | $0.00 |
| 06-10-2021 | *MAND (7TH COA) AFFM | M | | | $0.00 |
| 06-11-2021 | APPL FOR EXECUTION | | | | $0.00 |
| 06-11-2021 | Exec-ISSUED ON ANSON FINANCIAL INC-On 06/11/2021 | N Svc | | $8.00 | |
| 06-11-2021 | PAYMENT RECEIVED trans #349 | Y | | | $8.00 |
| 06-21-2021 | 1ST AMD MTN TO PLACE PLTFS INTO POST-JDG RECEIVERSHIP | | | | $0.00 |
| 06-24-2021 | APPL FOR EXECUTION-MBH REAL ESTATE LLC | | | | $0.00 |
| 06-24-2021 | Exec-ISSUED ON MBH REAL ESTATE LLC-On 06/25/2021 | N Svc | | $8.00 | |
| 06-24-2021 | PAYMENT RECEIVED trans #353 | Y | | | $8.00 |
| 06-24-2021 | SERVICE FEE, SUBSEQUENT - $150.00 W/SVC | N Svc | | $150.00 | |
| 06-24-2021 | PAYMENT RECEIVED trans #355 | Y | | | $150.00 |
| 06-24-2021 | APPL FOR EXECUTION-AFI LOAN SERVICING LLC | | | | $0.00 |
| 06-24-2021 | SERVICE FEE, SUBSEQUENT - $150.00 W/SVC | N Svc | | $150.00 | |
| 06-24-2021 | PAYMENT RECEIVED trans #358 | Y | | | $150.00 |
| 06-24-2021 | Exec-ISSUED ON AFI LOAN SERVICING LLC-On 06/25/2021 | N Svc | | $8.00 | |

| 06-24-2021 | PAYMENT RECEIVED trans #360 | Y | | | $8.00 |
|---|---|---|---|---|---|
| 06-24-2021 | APPL FOR EXECUTION-J. MICHAEL FERGUSON PC | | | | $0.00 |
| 06-24-2021 | SERVICE FEE, SUBSEQUENT - $150.00 W/SVC | N Svc | | $150.00 | |
| 06-24-2021 | PAYMENT RECEIVED trans #363 | Y | | | $150.00 |
| 06-24-2021 | Exec-ISSUED ON J MICHAEL FERGUSON PC-On 06/25/2021 | N Svc | | $8.00 | |
| 06-24-2021 | PAYMENT RECEIVED trans #365 | Y | | | $8.00 |
| 06-25-2021 | SUGGESTION OF BANKRUPTCY | | | | $0.00 |
| 07-08-2021 | NOT OF HRG 8/2/21 @ 9:00 AM ON 1ST AMD MTN-PLACE MBH REAL ESTATE LLC AFI LOAN SERVICING LLC, ANSON FINANCIAL INC., &amp; J. MICHAEL FERGUSON PC INTO POST-JDG RECEIVERSHIP | | | | $0.00 |
| 07-19-2021 | 2ND AMD MTN TO PLACE MBH REAL ESTATE LLC AFI LOAN SERVICING LLC &amp; J MICHAEL FERGUSON PC INTO POST-JDG RECEIVERSHIP &amp; MTN TO COMPEL POST-JDG DISC RESPS | | | | $0.00 |
| 07-19-2021 | (PROP) RECEIVERSHIP & OTHER ORDS | | | | $0.00 |
| 07-19-2021 | NOT OF HRG 8/2/21 @ 9:00AM ON 2ND AMD MTN TO PLACEMBH REAL ESTATE LLC, AFI LOAN SERVICING LLC, &amp; J. MICHAEL FERGUSON PC INTO POST-JDG RECEIVERSHIP &amp; MTN TO COMPEL POST-JDG DISC RESPS | | | | $0.00 |
| 07-20-2021 | 2ND SUGGESTION OF BANKRUPTCY | | | | $0.00 |

| | | | | |
|---|---|---|---|---|
| 07-27-2021 | NOT OF CANCELLATION OF HRG 8/2/21 @ 9:00AM ON 2ND AMD MTN TO PLACE MBH REAL ESTATE LLC AFI LOAN SERVICING LLC &amp; J MICHAEL FERGUSON PC INTO POST-JDG RECEIVERSHIP &amp; MTN TO COMPEL POST-JDG DISC RESPS | PDF | | $0.00 |