EXHIBIT ANS112

# EXHIBIT 12

141-311209-19

Cause No. 141-311209-19

FILED
TARRANT COUNTY
2/20/2020 6:49 PM
THOMAS A. WILDER
DISTRICT CLERK

| MBH REAL ESTATE LLC, | § | IN THE DISTRICT COURT |
| AFI LOAN SERVICING, LLC, | § | |
| ANSON FINANCIAL, INC., | § | |
| J. MICHAEL FERGUSON, P.C. | § | |
|    Plaintiffs | § | |
| | § | |
| V. | § | 141st JUDICIAL DISTRICT |
| | § | |
| GHRIST LAW FIRM, PLLC *ET. AL.* | § | |
|    Defendants | § | TARRANT COUNTY, TEXAS |

### ORDER ON DEFENDANTS' MOTION TO COMPEL
### RELATED TO TRANSFER OR DISSIPATION OF ASSETS

CAME ON TO BE HEARD the above-referenced motion.

The Plaintiffs are ORDERED to comply with the discovery requests served 12/4/2019, being the discovery requests referenced in the motion to compel. As the Plaintiffs failed to timely file objections thereto, such objections, if any, are waived by operation of Tex. R. Civ. P. 193.2(e) as no good cause was shown.

The Plaintiffs' motions to quash the subpoenas on Veritex Community Bank (or affiliates) and on J.P. Morgan Chase Bank, N.A. (or affiliates) are DENIED. J.P. Morgan Chase Bank, N.A. and Veritex Community Bank are ORDERED to comply with any and all subpoenas served upon them in connection with this lawsuit prior to the date of this order. This includes both subpoenas on J.P. Morgan Chase Bank, N.A. issued by the Defendants and both subpoenas on Veritex Community Bank issued by the Defendants.

The Defendants are awarded attorney's fees in the amount of $ _500.00_ .

SIGNED on this the **26** day of **MAY**, 2020.

_____
Judge Presiding

| | |
|---|---|
| **From:** | Victoria G. Olivo |
| **To:** | "tom@taheraldpc.com"; "legal@fnalegal.com"; "ian@ghristlaw.com" |
| **Subject:** | 141-311209-19 Order on Defendants" Motion to Compel Related to Transfer |
| **Date:** | Wednesday, May 27, 2020 12:57:00 PM |
| **Attachments:** | 311209 Order on Defns" Mtn to Compel.pdf<br>image001.png |

Good Afternoon,

Please see the attached order signed by the court and call or email with any questions.

Thank you,

*Victoria Olivo*
141st Associate Clerk
100 N. Calhoun St
Fort Worth, Texas 76196
817-884-1198
vgolivo@tarrantcounty.com

