Tarrant County Clerk
A True and Correct Copy of Original Record Filed in Tarrant County, TEXAS
Verify Certification at https://tcrecordsonline.com
Verify Key: y9t8cukj
Mary Louise Garcia

Page 1 of 2

**Exhibit ANS120**

D217060901   3/20/2017 11:38 AM   PGS 2   Fee: $20.00   Submitter: SIMPLIFILE
Electronically Recorded by Tarrant County Clerk in Official Public Records   Mary Louise Garcia

Sendera Title
GF#

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

### Release of Lien

Date:  February 16th, 2017

Lienholder:  MBH Real Estate LLC

Borrower:  Elmer Yonathan Umana Hernandez and wife, Brenda Arely Garcia De Umana

**Deed with Retained Vendor's Lien:**

Date & Instrument  September 16th, 2015, Instrument Number D215210217

**Deed of Trust:**

Date & Instrument:  September 16th, 2015, Instrument Number D215210218

**Property to be released from lien:**

Lot 23, W.B. MONCRIEF ADDITION, an addition to the City of Fort Worth, Tarrant County, Texas, according to plat recorded in Volume 388-F, Page 471, Plat Records, Tarrant County, Texas (more commonly known as 2420 Purselley, Fort Worth, TX)

The undersigned is the holder of a lien secured by a deed of trust filed in the Tarrant County Real Property records under the above-listed instrument numbers. In consideration of the full and final payment of all indebtedness secured by the lien described above, the receipt of which is hereby acknowledged, the undersigned hereby releases the property described above from all liens held by the undersigned.

A True and Correct Copy of Original Record Filed in Tarrant County, TEXAS
Verify Certification at https://tcrecordsonline.com
Verify Key: y9t8cukj

**Tarrant County Clerk**

Executed on this the 16th day of February, 2017.

             MBH Real Estate LLC

             By: _____
             Ian Ghrist, Member

State of Texas     §
County of Dallas    §

This instrument was acknowledged before me on this the 16th day of February, 2017 by Ian Ghrist.

[Notary stamp: DAISY LORENA REYES, MY COMMISSION EXPIRES AUGUST 14, 2019]

             _____
             Notary Public