**Exhibit ANS122**

## Agreement

10. Mike Ferguson will substitute as lead attorney on
    a. *U.S. Bank v. Emmert*, Cause No. 236-272430-14
    b. *12021 Jacksboro, LLC v. Humphrey*, et. al., Cause No. 067-270399-14,
    c. *Moore v. Peba v. Tipton*, Cause No. 2012-0396M-CV
    d. *Brock v. Tipton*, Cause No. 2009-0000007-M-CV and those cases will stay with J. Michael Ferguson, P.C.

11. 6712 Plantation Rd., Forest Hill, Texas 76140
    Ian Ghrist has a "Net Equity" interest in the property equal to 1/3 less
    a. Anson's Deficiency Judgment including any legal cost to obtain judgment, filing fees, etc.
    b. cost of acquiring the property with interest
    c. cost of incurred in remodeling and marketing the property with interest.

    Ghrist shall receive the Net Equity interest if cash or 1/3 of cashflow from Net Equity in house.

12. *12021 Jacksboro case*, Cause No. 067-270399-14 - None will be paid on this.

13. Any Attorney fees owed by Marta Martinez shall remain with J. Michael Ferguson, PC. Ghrist will no longer have any interest in the case nor shall he pursue any remedies against Marta Martinez or any other party in the lawsuit.

14. The funds due to Ian Ghrist due to his 13.33% stake in MBH Real Estate, LLC and property recovered from Cause Nos. 236-269254-13 and 236-269254-13 will be paid. The Law Office of J. Michael Ferguson, PC shall first collect $15,000 plus any filing fees incurred in obtaining the original judgment plus interest on those funds as the judgment was obtained prior to Ghrist's involvement in the case.

15. Ian Ghrist will keep the following cases and any revenues generated from the following cases will be due to Ghrist Law Firm: *Clifton Barnett v. Steve Glasgow, et. al.*, Cause No. CC-14-05869-D, *Jose Gonzales v. Sammie Kindle*, Cause No. 236-279565-15, *Karmali Holdings, Inc. v. Chesapeake et. al.*, Cause No. 067-277696-15, *Ready Mix Solutions v. Souther Equipment*, DC-14-13869.

16. Ian Ghrist will finish the appeal of Cause No. TX-12-40136, wherein 2012 Properties, LLC is the petitioner for excess proceeds, free of charge.

17. Ian Ghrist will take the following clients:


a. ▪▪
b. ▪▪s
c. ▪▪
d. ▪a▪h
e. ▪l▪
f. ▪▪
g. ▪/▪h
h. ▪▪
i. ▪i▪

18. Ian Ghrist's interest in 1/3rd of the fees due from Lareina Starr less any filing fees or 3rd party fees expended to obtain the Fees. Ian will continue to work with her to get a transaction closed that will settle her account.

19. Any fees paid on behalf of Ghrist Law to form Ghrist Law shall be reimbursed:
    a. Filing Fees with Secretary of State
    b. Website fees
    c. Other filing fees, signage fees, if any.

20. J. Michael Ferguson, PC (JMF) shall be reimbursed by Ghrist for any monthly fees incurred on or after 12/1/2015 on behalf of Ghrist for websites, Lexis, etc. JMF shall cooperate and help Ghrist in transferring the www.ghristlaw.com domain.

21. Any books, work manuals, etc. that were paid for by J. Michael Ferguson, PC shall remain with J. Michael Ferguson, PC.

22. Ghrist shall return the Company Credit Card and his office key.

This agreement closes any and all matters between Ian Ghrist and/or Ghrist Law and J. Michael Ferguson, PC. If any issue was not addressed in this agreement, it will not be raised at any time in the future.

Signed the 4th day of December, 2015.

J. Michael Ferguson, PC

By: _____
J. Michael Ferguson, President

Ian Douglas Ghrist, PLLC dba Ghrist Law

By: _____
Ian Ghrist, Managing Member
And Ian Ghrist, Individually