```
                         REPORTER'S RECORD

                       VOLUME 7 OF 23 VOLUMES

                 TRIAL COURT CAUSE NO. 017-287611-16

                 COURT OF APPEALS NO. 02-18-00332-CV


   GHRIST LAW FIRM,              )  IN THE DISTRICT COURT
   P.L.L.C., ET AL,              )
                                 )
        Plaintiffs,              )
                                 )
   VS.                           )  TARRANT COUNTY, TEXAS
                                 )
   J. MICHAEL FERGUSON,          )
   P.C., ET AL,                  )
                                 )
        Defendants.              )  17TH JUDICIAL DISTRICT



                     * * * * * * * * * * * * * * * * * * * * * *

                         TRIAL ON THE MERITS

                     * * * * * * * * * * * * * * * * * * * * * *



      On the 17th day of April, 2018, the following

   proceedings came on to be heard in the above-entitled

   and numbered cause before the Honorable Melody

   Wilkinson, Judge presiding, held in Fort Worth, Tarrant

   County, Texas:

        Proceedings reported by machine shorthand.
```

08:45AM

*Deana F. Scobee, CSR, CRR, RMR*
*Official Court Reporter, 17th District Court*
dfscobee@tarrantcounty.com

|   |   |
|---|---|
| 1 | A P P E A R A N C E S |

3  *Mr. Caleb I. Moore*
   State Bar No. 24067779
4  LAW FIRM OF CALEB MOORE, PLLC
   2205 Martin Drive
5  Suite 200
   Bedford, Texas 76021
6  PHONE:  817-953-2420
   FAX:  817-581-2540
7
   -- and --
8
   *Mr. Ian D. Ghrist*
9  State Bar No. 24073449
   GHRIST LAW FIRM, PLLC
10 2735 Villa Creek Drive
   Suite 140
11 Farmers Branch, Texas 75234
   PHONE:  817-778-4136
12 FAX:  817-900-2863
   ATTORNEYS FOR PLAINTIFFS
13

14 *Mr. Thomas A. Herald*
   State Bar No. 09499520
15 *James Nathan Richards*
   State Bar No. 24091810
16 *Mr. J. Michael Ferguson*
   State Bar No. 24000644
17 J. MICHAEL FERGUSON, PC
   62 Main Street
18 Suite 310
   Colleyville Texas 76034
19 PHONE:  817-267-1008
   FAX:  817-485-1117
20 ATTORNEYS FOR DEFENDANTS

CHRONOLOGICAL INDEX
VOLUME 7 OF 23
TRIAL ON THE MERITS

|  | PAGE | VOL. |
|---|---|---|
| APRIL 17, 2018 | | |
| Appearances............................... | 2 | 7 |
| Proceedings............................... | 5 | 7 |

PLAINTIFFS' WITNESSES

|  | DIRECT | CROSS | VOIR DIRE | VOL. |
|---|---|---|---|---|
| Ian Ghrist | 6 | 155 | | 7 |
| Proceedings Adjourned for the Day......... | | | 254 | 7 |
| Court Reporter's Certificate............. | | | 255 | 7 |

ALPHABETICAL WITNESS INDEX

|  | DIRECT | CROSS | VOIR DIRE | VOL. |
|---|---|---|---|---|
| Ian Ghrist | 6 | 155 | | 7 |

PLAINTIFFS' EXHIBIT INDEX

| NO. | DESCRIPTION | OFRD/ADM | VOL. |
|---|---|---|---|
| 9E | E-mail from Michael Ferguson to Ian Ghrist | 79/79 | 7 |
| 37 | Order Appointing Successor Trustee | 46/46 | 7 |

| | DEFENDANTS' EXHIBIT INDEX | | |
|---|---|---|---|
| NO. | DESCRIPTION | OFRD/ADM | VOL. |
| 75 | Motion for Turnover Order and for Appointment of Turnover Receiver, 9/16/14 | 174/174 | 7 |
| 76 | Order Granting Turnover and Appointing Ghrist as Receiver, 10/23/14 | 208/208 | 7 |
| 78 | Mineral Deed Dated 7/6/15 | 231/231 | 7 |
| 100 | Receivership Accounting - Final | 215/215 | 7 |
| 108 | 9/13/15 Statement in the Amount Of $8,130.53 for Ian Ghrist Billing As Receiver and $790.70 for Teisha Boles | 184/184 | 7 |
| 109 | Copy of 10/21/15 Check to Ian Ghrist | 186/186 | 7 |
| 184 | Affidavit of Ian Ghrist, 2/21/18 | 213/214 | 7 |

**P R O C E E D I N G S**

08:45AM 1

09:02AM 2 (The jury entered the courtroom.)

09:02AM 3 THE COURT: Please be seated.

09:02AM 4 Well, good morning, ladies and gentlemen of
09:02AM 5 the jury, and welcome back to your fifth day of jury
09:02AM 6 service in the 17th District Court. Hopefully everyone
09:02AM 7 enjoyed having a little jingle in your pocket this
09:03AM 8 weekend. Hopefully you didn't spend it all in one
09:03AM 9 place. Again, it's not nearly enough for all of the
09:03AM 10 work that you are doing for us, so please know how much
09:03AM 11 everything is appreciated. But we're glad that
09:03AM 12 everybody made it back here on time on this Tuesday
09:03AM 13 morning, and as you know, we are still in the middle of
09:03AM 14 Plaintiffs' case in chief.

09:03AM 15 And, therefore, Mr. Moore, on behalf of the
09:03AM 16 Plaintiffs, you may call your next witness.

09:03AM 17 MR. MOORE: We call Mr. Ghrist, Your Honor.

09:03AM 18 THE COURT: And, Mr. Ghrist, if you would,
09:03AM 19 please watch the incline as you walk up to the witness
09:03AM 20 stand.

09:03AM 21 (The witness was duly sworn.)

09:03AM 22 THE COURT: And you may be seated.

09:03AM 23 And, Mr. Moore, you may proceed.

09:03AM 24 IAN GHRIST,
09:03AM 25 having been first duly sworn, testified as follows:

```
10:26AM   1        A.   I talked to him about the -- about MBH Real
10:26AM   2   Estate, L.L.C. and how he was going to draft an
10:26AM   3   operating agreement that would protect Mr. Coker's
10:26AM   4   interest and my interest.  And then that was not like a
10:26AM   5   very long conversation, and after that, I was just
10:26AM   6   waiting for that to get done, that operating agreement
10:27AM   7   to get done.
10:27AM   8        Q.   Did you ever see the Secretary of State
10:27AM   9   paperwork creating a company?
10:27AM  10        A.   Yes.
10:27AM  11        Q.   Were you listed on there as a managing member?
10:27AM  12        A.   No.
10:27AM  13        Q.   Were you okay with that?
10:27AM  14        A.   Yes.
10:27AM  15        Q.   Why?
10:27AM  16        A.   Because I only had a 13.33 percent minority
10:27AM  17   membership, so I was okay with Shawn Coker and Ferguson,
10:27AM  18   P.C., being the managing members.  And I didn't have --
10:27AM  19   think that I needed to be a managing member if I only
10:27AM  20   had a 13.33 percent membership interest, at least until
10:27AM  21   the buyout happened, because there was a balance between
10:27AM  22   Coker and Ferguson with them both being managing
10:27AM  23   members, and I didn't have a problem with that until
10:27AM  24   that balance was gone.
10:27AM  25        Q.   Okay.  And so how did MBH operate without an
```

```
 1                  C E R T I F I C A T E

 2   THE STATE OF TEXAS   )

 3   COUNTY OF TARRANT    )

 4

 5        I, DEANA F. SCOBEE, Official Court Reporter in and
     for the 17th District Court of Tarrant County, State of
 6   Texas, do hereby certify that the above and foregoing
     contains a true and correct transcription of all
 7   portions of evidence and other proceedings requested in
     writing by counsel for the parties to be included in
 8   this volume of the electronic reporter's record, in the
     aforementioned cause, all of which occurred in open
 9   court or in chambers and were reported by me.

10        I FURTHER CERTIFY that this electronic reporter's
     record of the proceedings truly and correctly reflects
11   the exhibits, if any, offered and/or admitted by the
     respective parties, if requested.
12
          WITNESS MY OFFICIAL HAND this the 11th day of
13   January, 2019.

14

15
                         /s/ Deana F. Scobee_____
16                       DEANA F. SCOBEE, CSR, RMR, CRR
                         Texas CSR 5509
17                       Expiration:  10/31/2021
                         Official Court Reporter
18                       17th District Court
                         100 North Calhoun Street, 3rd Floor
19                       Tarrant County, Texas
                         Fort Worth, Texas 76196
20                       (817) 884-1459 - Direct
                         dfscobee@tarrantcounty.com
21

22

23

24

25
```