```
 1                    REPORTER'S RECORD

 2                   VOLUME 1 OF 1 VOLUMES

 3                  CAUSE NO. 141-311209-19

 4
   MBH REAL ESTATE, LLC,       X  IN THE DISTRICT COURT
 5 AFI LOAN SERVICING, LLC,    X
   ANSON FINANCIAL, INC.       X
 6 J. MICHAEL FERGUSON,        X
   P.C.                        X
 7          Plaintiff,         X
                               X
 8 VS.                         X  141ST JUDICIAL DISTRICT
                               X
 9 IAN GHRIST AND GHRIST       X
   LAW FIRM, PLLC              X
10                             X
            Defendants.        X  TARRANT COUNTY, TEXAS
11

12

13           *-*-*-*-*-*-*-*-*-*-*-*-*-*

14                        HEARING

15           *-*-*-*-*-*-*-*-*-*-*-*-*-*

16

17

18

19      BE IT REMEMBERED that on the 21st day of

20 February, 2020, the following proceedings came on to

21 be heard in the above-entitled and -numbered cause

22 before the Honorable John P. Chupp, judge presiding,

23 held in Fort Worth, Tarrant County, Texas.

24      The proceedings were reported by machine

25 shorthand.
```

*Tina Fett, CSR*
*Official Court Reporter 141st District Court*

```
 1                 A P P E A R A N C E S

 2  APPEARING FOR PLAINTIFF:

 3  Mr. Michael A. Ferguson
    State Bar No. 24000644
 4  FERGUSON & ASSOCIATES, LLC
    62 Main Street
 5  Suite 310
    Colleyville, Texas  76034
 6  Telephone:  (817) 267-1008
    Facsimile:  (817) 485-1117
 7  mike@fnalegal.com

 8  APPEARING PRO SE:

 9  Mr. Ian Ghrist
    State Bar No. 24073449
10  Ghrist Law Firm
    2735 Villa Creek Drive
11  Suite 140
    Farmers Branch, Texas  75234
12  Telephone:  (817) 778-4136
    ian@ghristlaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Tina Fett, CSR*
*Official Court Reporter 141st District Court*

```
 1                     CHRONOLOGICAL INDEX

 2                    VOLUME 1 OF 1 VOLUME

 3  FRIDAY, FEBRUARY 21, 2020                      PAGE    VOL.

 4  Caption ...................................      1      1

 5  Appearances ...............................      2      1

 6  Proceedings ...............................      4      1

 7  Adjournment ...............................     19      1

 8  Reporter's Certificate ....................     20      1
```

*Tina Fett, CSR*
*Official Court Reporter 141st District Court*

```
 1                 MR. GHRIST:  Yes.  I saw that the
 2  response said, well, you didn't have a motion, so I
 3  went ahead and filed a motion, and I don't know that
 4  that's really important, but --
 5                 THE COURT:  There is no affidavit or
 6  anything.
 7                 MR. GHRIST:  -- but I went ahead and
 8  filed it so that it's on file, but there's no details
 9  in it because I don't have any of the discovery yet,
10  but it is on file.
11                 THE COURT:  There is a motion now on
12  file, but there's not much to it.
13                 MR. FERGUSON:  It does not meet the
14  requirements for an injunctive hearing.
15                 THE COURT:  No, it doesn't.  There's no
16  doubt about that.
17                 MR. GHRIST:  I hope -- well, two
18  things.  One is that the standard is not the standard
19  for an injunction.  It's the standard in the Rules of
20  Procedure for a postjudgment injunction for them to
21  transfer dissipation of assets, which is whether the
22  Court finds that it's necessary or not.
23                 Under 621a, Appellate Rule 24, and to
24  the official comments, discovery is allowed on the
25  issue of whether the injunction should issue,
```

1  regardless of whether the bond is posted.  Those are
2  treated like two separate issues.
3              THE COURT:  And this judgment has been
4  suspended by a supersedeas bond, correct?
5              MR. GHRIST:  Yes.
6              THE COURT:  And this says any time
7  after rendition of the judgment and so long as said
8  judgment has not been suspended by the supersedeas
9  bond.  And it has been.
10             MR. GHRIST:  Which rule are you
11 reading?
12             THE COURT:  621a.
13             MR. GHRIST:  Oh, yes, yes, that's
14 correct.  And then it says also at any time after
15 rendition of judgment, either party may, for the
16 purpose of obtaining information relevant to motions
17 allowed by Texas Rules of Appellate Procedure 47 and
18 49, footnote two, initiate and maintain discovery
19 proceedings.  So that is the exception there, the rule
20 and then the exception right under --
21             THE COURT:  Which part of 24 are we
22 looking at?
23             MR. GHRIST:  24.1 -- sorry, 24.2(d).
24             MR. FERGUSON:  Your Honor, if you also
25 look at 24.4, because the only motions that are

```
 1  Have a good day.
 2                  THE COURT:  You, too.
 3                  (End of proceedings)
 4                  *-*-*-*-*-*-*-*
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

*Tina Fett, CSR*
*Official Court Reporter 141st District Court*

```
 1                C E R T I F I C A T E

 2  THE STATE OF TEXAS   X

 3  COUNTY OF TARRANT    X

 4           I, Christina Fett, Official Court Reporter in
    and for the 141st District Court, State of Texas,
 5  County of Tarrant, do hereby certify that the above
    and foregoing contains a true and correct
 6  transcription of all portions of evidence and other
    proceedings requested in writing by counsel for the
 7  parties to be included in this volume of the
    reporter's record in the aforementioned cause, all of
 8  which occurred in open court or in chambers and were
    reported by me.
 9
             I FURTHER CERTIFY that this reporter's record
10  of the proceedings truly and correctly reflects the
    exhibits, if any, admitted by the respective parties.
11
             I FURTHER CERTIFY that I have no financial
12  interest in the matters shown herein, and that I am
    not related to any of the parties or their counsel.
13
             I FURTHER CERTIFY that the total cost for the
14  preparation of this reporter's record of the
    proceedings is $210.00 and was paid by the Plaintiff.
15
             WITNESS MY OFFICIAL HAND this the 6th day of
16  May, 2020.

17

18           /s/Christina Fett
             Christina Fett, Texas CSR 4590
19           CSR Expires 7-31-22
             Official Court Reporter, 141st District Court
20           Tom Vandergriff Civil Courts Building
             100 N. Calhoun, 3rd Floor
21           Fort Worth, Texas  76196-0402
             Telephone 817-884-1423
22           Facsimile 817-850-2944

23

24

25
```