141-295012-17

Cause No. 141-295012-17



| | | |
|---|---|---|
| MBH REAL ESTATE LLC, <br> AFI LOAN SERVICING, LLC, <br> ANSON FINANCIAL, INC., <br> J. MICHAEL FERGUSON, P.C. <br>   Plaintiffs <br> <br> V. <br> <br> IAN GHRIST, GHRIST LAW FIRM, PLLC, <br> SHAWN COKER, NEIGHBORHOOD PARTNER, <br> INC., BLUE MOON REALTY GROUP, LLC, <br> WIZARD FUNDING, LLC, SILVER STAR TITLE <br> , LLC DBA SENDERA TITLE, ELIZABETH <br> ESPINO, KATHY E. MONTES, AND LUCY <br> OLIVAS <br>   Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT <br> <br> <br> <br> <br> <br> 141st JUDICIAL DISTRICT <br> <br> <br> <br> <br> <br> <br> <br> TARRANT COUNTY, TEXAS |

ORDER ON IAN GHRIST'S AND GHRIST LAW FIRM PLLC'S

FIRST AMENDED MOTION FOR TRADITIONAL SUMMARY JUDGMENT ON *RES JUDICATA* AND COLLATERAL ESTOPPEL AND

MOTION TO DISMISS CLAIMS PURSUANT TO CHAPTER 27 OF THE TEXAS CIVIL PRACTICE AND REMEDIES CODE (THE TEXAS CITIZENS PARTICIPATION ACT (TCPA)) FILED 1/17/2019

CAME ON TO BE HEARD, the above-referenced motions. Upon consideration of the pleadings, arguments, evidence, and filings, the Court GRANTS the motions to the extent ordered herein.

IT IS THEREFORE ORDERED that the Plaintiffs' claims against Ian Ghrist and Ghrist Law Firm PLLC for "Fraudulent Record Filing Against Real Property, Conversion, and Conspiracy to Commit Fraud" are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Plaintiffs' "Fraud by Non-Disclosure" and "Fraud by Misrepresentation" against Ian Ghrist and Ghrist Law Firm PLLC are DISMISSED WITH PREJUDICE.

Page 1 of 2



IT IS FURTHER ORDERED that the Plaintiffs' claims entitled "The Ghrist Defendants' Breaches of Fiduciary Duties & Tortious Interference to Anson Financial, Inc. Related to the $129,000 Yammine Tax Loan" are DISMISSED WITH PREJUDICE.

All claims against Ian Ghrist and Ghrist Law Firm PLLC are DISMISSED WITH PREJUDICE except for the claim in Plaintiff's Fifth Amended Petition and Request for Disclosure entitled "The Ghrist Defendants' Breaches of Fiduciary Duties and Tortious Interference to Anson Financial, Inc. Related to the Alvord 287 Joint Venture."

Ian Ghrist's and Ghrist Law Firm PLLC's requests for attorney's fees, court costs, and Texas Citizens Participation Act (TCPA) sanctions are under advisement.

This judgment is partial and interlocutory in nature and is not final because the claim in Plaintiff's Fifth Amended Petition and Request for Disclosure entitled "The Ghrist Defendants' Breaches of Fiduciary Duties and Tortious Interference to Anson Financial, Inc. Related to the Alvord 287 Joint Venture" remains pending at this time and the Court has taken the amount of attorney's fees, court costs, and Texas Citizens Participation Act (TCPA) sanctions to award under advisement at this time.

SIGNED on this the __1__ day of __April__, 2019.

_____
Judge Presiding

| | |
|---|---|
| From: | Stacci L. Reynolds |
| To: | "tom@taheraldpc.com"; "mike@jmichaelferguson.com"; "nate@fnalegal.com"; "ian@ghristlaw.com"; "acuesta@deckerjones.com" |
| Subject: | 141-295012-17; Order On Defendant Ghrists" 1st Amended MSJ & Motion To Dismiss |
| Date: | Monday, April 01, 2019 12:30:00 PM |
| Attachments: | 14129501217000237.pdf |

Please find attached signed order from the court.

Stacci L. Reynolds

141st Associate Court Clerk

Tarrant County District Clerk

100 N. Calhoun ST, 2nd Floor

Fort Worth, TX 76196

817-884-1198

slreynolds@tarrantcounty.com



CAUSE NO. 141-295012-17

| | | |
|---|---|---|
| MBH REAL ESTATE LLC, <br> AFI LOAN SERVICING, LLC, <br> ANSON FINANCIAL, INC., <br> J. MICHAEL FERGUSON, P.C., <br><br> Plaintiffs <br><br> v. <br><br> IAN GHRIST, GHRIST LAW FIRM, <br> PLLC, SHAWN COKER, <br> NEIGHBORHOOD PARTNER, INC., <br> BLUE MOON REALTY GROUP, LLC, <br> WIZARD FUNDING, LLC, <br> CATHERINE COKER, SILVER STAR <br> TITLE LLC DBA SENDERA TITLE, <br> ELIZABETH ESPINO, KATHY E. <br> MONTES, LUCY OLIVAS, AND LAW <br> OFFICE OF SALVADOR ESPINO, <br> PLLC, <br><br> Defendants | § § § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT <br><br><br><br><br><br><br> 141ST JUDICIAL DISTRICT <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> TARRANT COUNTY, TEXAS |

FILED
TARRANT COUNTY
2019 MAR 21 PM 12:34
THOMAS A. WILDER
DISTRICT CLERK

## ORDER ON PLAINTIFFS' TRADITIONAL MOTION FOR PARTIAL SUMMARY JUDGMENT

On this day, the Court considered MBH Real Estate, LLC, AFI Loan Servicing, LLC, Anson Financial, Inc., and J. Michael Ferguson, P.C.'s (collectively, "Plaintiffs") Traditional Motions for Partial Summary Judgment filed February 22, 2019 and February 27, 2019 (collectively, the "Motions") in the above-entitled and numbered cause.

Having considered the Motions, Defendants' responses, Plaintiffs' Sur-Reply, Ian Ghrist and Ghrist Law Firm's Sur-Reply, the pleadings and evidence on file, and the argument of counsel, the Court is of the opinion that the Motions should be **DENIED** as to all Defendants.


E-MAILED
3/21/19 ug

1

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Traditional Motions for Partial Summary Judgment filed February 22, 2019 and February 27, 2019 are **DENIED** as to all Defendants.

Signed this 21 day of March, 2019.

_____
Judge Presiding

670441.1

2

## Yolanda E. Garza

| | |
|---|---|
| From: | Yolanda E. Garza |
| Sent: | Thursday, March 21, 2019 4:36 PM |
| To: | 'tom@taheraldpc.com'; 'mike@jmichaelferguson.com'; 'nate@fnalegal.com'; 'ian@ghristlaw.com'; 'ccyrier@hfblaw.com'; 'acuesta@deckerjones.com'; 'rolandjohnson@hfblaw.com'; 'sal_fw@yahoo.com' |
| Subject: | 141-295012-17 4 separate orders |
| Attachments: | 141-295012-17 Order on plaintiffs no evidence motion for partial summary judgment.pdf; 141-295012-17 Order denying plaintiffs traditional motion for partial summary judgment.pdf; 141-295012-17 Order granting Coker defendants traditional motion for sumary judgment.pdf; 141-295012-17 Order granting Sendera defendants traditional motion for summary judgment.pdf |

RE: 141-295012-17

Please find attached 4 signed orders for the cause number shown above.

Thank you

**YOLANDA E. GARZA**
**141st Lead Clerk**
**Tarrant County District Clerk**
100 N Calhoun St, 2nd Floor
Fort Worth, TX 76196
(817)884-1588
yegarza@tarrantcounty.com

1

CAUSE NO. 141-295012-17

| | | |
|---|---|---|
| MBH REAL ESTATE LLC,<br>AFI LOAN SERVICING, LLC,<br>ANSON FINANCIAL, INC.,<br>J. MICHAEL FERGUSON, P.C.,<br><br>Plaintiffs<br><br>v.<br><br>IAN GHRIST, GHRIST LAW FIRM,<br>PLLC, SHAWN COKER,<br>NEIGHBORHOOD PARTNER, INC.,<br>BLUE MOON REALTY GROUP, LLC,<br>WIZARD FUNDING, LLC,<br>CATHERINE COKER, SILVER STAR<br>TITLE LLC DBA SENDERA TITLE,<br>ELIZABETH ESPINO, KATHY E.<br>MONTES, LUCY OLIVAS, AND LAW<br>OFFICE OF SALVADOR ESPINO,<br>PLLC,<br><br>Defendants | § § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br><br><br><br><br><br>141ST JUDICIAL DISTRICT<br><br><br><br><br><br><br><br><br><br><br><br>TARRANT COUNTY, TEXAS |

FILED
TARRANT COUNTY
2019 MAR 21 PM 12:34
THOMAS A. WILDER
DISTRICT CLERK

## ORDER ON PLAINTIFFS' NO-EVIDENCE MOTION FOR PARTIAL SUMMARY JUDGMENT

On this day, the Court considered MBH Real Estate, LLC, AFI Loan Servicing, LLC, Anson Financial, Inc., and J. Michael Ferguson, P.C.'s (collectively, "Plaintiffs") No-Evidence Motion for Partial Summary Judgment (the "Motion") in the above-entitled and numbered cause.

Having considered the Motion, Defendants' responses, Plaintiffs' Sur-Reply, Ian Ghrist and Ghrist Law Firm's Sur-Reply, the pleadings and evidence on file, and the argument of counsel, the Court is of the opinion that the Motion should be **DENIED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' No-Evidence Motion for Partial Summary Judgment is **DENIED** as to all Defendants.

Signed this 21 day of March, 2019.

E-MAILED
3/21/19

_____
Judge

1

# Yolanda E. Garza

| | |
|---|---|
| **From:** | Yolanda E. Garza |
| **Sent:** | Thursday, March 21, 2019 4:36 PM |
| **To:** | 'tom@taheraldpc.com'; 'mike@jmichaelferguson.com'; 'nate@fnalegal.com'; 'ian@ghristlaw.com'; 'ccyrier@hfblaw.com'; 'acuesta@deckerjones.com'; 'rolandjohnson@hfblaw.com'; 'sal_fw@yahoo.com' |
| **Subject:** | 141-295012-17 4 separate orders |
| **Attachments:** | 141-295012-17 Order on plaintiffs no evidence motion for partial summary judgment.pdf; 141-295012-17 Order denying plaintiffs traditional motion for partial summary judgment.pdf; 141-295012-17 Order granting Coker defendants traditional motion for sumary judgment.pdf; 141-295012-17 Order granting Sendera defendants traditional motion for summary judgment.pdf |

RE: 141-295012-17

Please find attached 4 signed orders for the cause number shown above.

Thank you

**YOLANDA E. GARZA**
**141st Lead Clerk**
**Tarrant County District Clerk**
100 N Calhoun St, 2nd Floor
Fort Worth, TX 76196
(817)884-1588
yegarza@tarrantcounty.com

1