096-316160-20

FILED
TARRANT COUNTY
7/9/2021 1:08 PM
THOMAS A. WILDER
DISTRICT CLERK

## Cause Number 096-316160-20

| | | |
|---|---|---|
| LAMA ESTATE, LLC<br>　Plaintiff | § §　§ | IN THE DISTRICT COURT |
| V. | § §　 | 96ᵀᴴ JUDICIAL DISTRICT |
| NORTEX CAPITAL, INC., KARIM KALYAN,<br>AND RAHIM RASHID<br>　Defendants | § § §　 | TARRANT COUNTY, TEXAS |

## OATH OF RECEIVER

I solemnly swear that I will faithfully perform and discharge the duties of receiver in this cause and will obey the orders of the Court. I further swear that I am a qualified voter of the State of Texas and am in fact registered to vote. My actual residence is within the State of Texas. I further swear that I am not a party, attorney or other person interested in the action for appointment of receiver.

_____
Ian Ghrist, Receiver

State of Texas　§
County of Dallas　§

I certify under my seal of office this 9ᵗʰ day of July, 2021, that Ian Ghrist personally appeared before me, the undersigned Notary Public and signed the foregoing statement in writing before me and swore before me that the facts therein stated are true and correct.

[Notary Seal: ADRIANA VASQUEZ DIAZ, Notary Public, State of Texas, Comm. Expires 06-11-2025, Notary ID 133151435]

_____
Notary Public in and for the State of Texas