141-311209-19

FILED
TARRANT COUNTY
12/5/2019 12:27 PM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 141-311209-19

| | | |
|---|---|---|
| MBH REAL ESTATE, LLC, § | | IN THE DISTRICT COURT |
| AFI LOAN SERVICING, LLC, § | | |
| ANSON FINANCIAL, INC. § | | |
| J. MICHAEL FERGUSON, P.C. § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | | 141ST DISTRICT COURT |
| § | | |
| IAN GHRIST AND GHRIST LAW § | | |
| FIRM, PLLC § | | |
| § | | |
| *Defendants* § | | TARRANT COUNTY, TEXAS |

### NOTICE OF CASH BOND

### NOTICE OF FILING DEPOSIT IN LIEU OF SUPERSEDEAS BOND

J. Michael Ferguson, PC, Anson Financial, Inc. and MBH Real Estate, LLC and AFI Loan Servicing, LLC, the defendants, jointly file this notice filing of deposit in lieu of supersedeas bond as follows:

On 9/13/2019, judgment was signed in this case in favor of Ian Ghrist and Ghrist Law Firm, PLLC, the defendants, and against J. Michael Ferguson, PC, Anson Financial, Inc. and MBH Real Estate, LLC and AFI Loan Servicing, LLC, the plaintiffs for:

### TOTAL COMPENSABLE DAMAGE CALCULATIONS WITH COST & INTEREST

| Description of Compensable Damages Awarded | Amount |
|---|---:|
| Taxable Court Costs – Appeal from 236th District | $865.00 |
| Taxable Court Cost | $125.00 |
| Mediation Fee | $1,800.00 |
| Compensatory Damages | $0.00 |
| | |
| **Total Compensable Damages with Cost & Interest** | **$2,790.00** |

1 | P a g e

**CALCULATIONS FOR SUPERSEDEAS BOND**

| Method of Calculating Supersedeas Bond | Amounts/Rates |
|---|---|
| | |
| Interest Rate on Judgment | 5% per annum |
| Post Judgment Interest which would accrue in Year 1 | $139.50 |
| Post Judgment Interest which would accrue in Year 2 | $139.50 |
| Total Supersedeas Bond | $3,069.00 |
| | |

On this day, J. Michael Ferguson, PC, Anson Financial, Inc., MBH Real Estate, LLC and AFI Loan Servicing, LLC, pursuant to **Texas Rule of Appellate Procedure 24.1(a)(3)**, have jointly and severally deposited with the clerk of the court $3,069.00, that being the amount of compensatory damages awarded in the judgment plus costs as prescribed in the judgment plus 2 year's interest at the rate of 5% per annum computed as simple interest. This deposit is made in lieu of filing a supersedeas bond and for the specific purpose of suspending enforcement of said judgment and for securing a writ of supersedeas, if necessary, to prevent or stop any attempt by the Plaintiff to collect or enforce the judgment.

This deposit was made in the form of cashier's checks, a cashier's check drawn on Chase Bank for $3,069.00 which is a federally insured institution chartered under the laws of the United States *or* State of Texas.

*J. Michael Ferguson, PC*

By:　/s/ J. Michael Ferguson
　　　J. Michael Ferguson
　　　State Bar No. 24000644
　　　62 Main Street, Suite 310
　　　Colleyville, Texas 76034
　　　Email: legal@fnalegal.com
　　　Phone: 817-267-1008
　　　Fax: 817-485-1117
　　　*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

       This is to certify that on the 5th day of December 2019 a true and correct copy of the above and foregoing document was delivered as indicated below to the following party:

**VIA E-FILE**
Ian Ghrist
Ghrist Law Firm
2735 Villa Creek Drive, Suite 250A
Farmer's Branch, TX  75234
ian@ghristlaw.com

                                                                       /s/ *J. Michael Ferguson*
                                                          **J. Michael Ferguson**