

# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

### MANDATE

THE STATE OF TEXAS

To the 141st District Court of Tarrant County, Greetings:

BEFORE our Court of Appeals for the Seventh District of Texas, on December 21, 2020, the cause upon appeal to revise or reverse your judgment between:

**J. Michael Ferguson, PC, Anson Financial, Inc., AFI Loan Servicing, LLC, and MBH Real Estate, LLC v. Ian Ghrist and Ghrist Law Firm, PLLC**

**Case Number: 07-20-00027-CV; Trial Court Number: 141-311209-19**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated December 21, 2020, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on June 10, 2021.



*Bobby Ramirez*
Bobby Ramirez, CLERK

# BILL OF COSTS

TEXAS COURT OF APPEALS, SEVENTH DISTRICT, AT AMARILLO

No. 07-20-00027-CV

**J. Michael Ferguson, PC, Anson Financial, Inc., AFI Loan Servicing, LLC, and MBH Real Estate, LLC**

v.

**Ian Ghrist and Ghrist Law Firm, PLLC**

(NO. 141-311209-19 IN 141ST DISTRICT COURT OF TARRANT COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| MT FEE | $10.00 | E-PAID | Appellee |
| MT FEE | $10.00 | E-PAID | Appellant |
| MT FEE | $15.00 | E-PAID | Appellant |
| MT FEE | $15.00 | E-PAID | Appellant |
| MT FEE | $10.00 | E-PAID | Appellant |
| MT FEE | $15.00 | E-PAID | Appellant |
| MT FEE | $10.00 | E-PAID | Appellant |
| MT FEE | $10.00 | E-PAID | Appellant |
| MT FEE | $10.00 | E-PAID | Appellant |
| MT FEE | $10.00 | E-PAID | Appellant |
| SUPP RPT RECORD | $592.00 | UNKNOWN | Unknown |
| MT FEE | $10.00 | E-PAID | Appellee |
| MT FEE | $10.00 | E-PAID | Appellee |
| SUPP CLK RECORD | $212.00 | UNKNOWN | Trial court clerk |
| RPT RECORD | $1,275.00 | UNKNOWN | Court reporter |
| CLK RECORD | $3,380.00 | UNKNOWN | Trial court clerk |
| INDIGENT | $25.00 | TRANSFER | Appellant |
| FILING | $100.00 | TRANSFER | Appellant |
| STATEWIDE EFILING | $30.00 | TRANSFER | Appellant |
| CHAPTER 51 | $50.00 | TRANSFER | Appellant |

| |
|---|
| Balance of costs owing to the Seventh Court of Appeals, Amarillo, Texas: $0.00 |
| Court costs in this cause shall be paid as per the Judgment issued by this Court. |

I, **Bobby Ramirez**, CLERK OF THE SEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF**, witness my hand and the Seal of the **COURT OF APPEALS** for the Seventh District of Texas on June 10, 2021.

*Bobby Ramirez*
Bobby Ramirez, CLERK