Jeff Carruth (TX SBN:. 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd., Suite 201
Arlington, TX 76015
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
ANSON FINANCIAL INC.
DEBTOR AND DEBTOR IN POSSESSION

Christopher M. Lee
State Bar No. 24041319
**LEE LAW FIRM, PLLC**
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

Kathryn Hernandez (TX SBN: 24107854)
Magan Law, PLLC
62 Main St., Ste. 310
Colleyville, Texas 76034
Telephone: (817) 209-4298
E-mail: k.magan@maganlawpllc.com

SPECIAL COUNSEL FOR ANSON FINANCIAL INC.
DEBTOR AND DEBTOR IN POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ANSON FINANCIAL, INC.,** | § | **CASE NO. 21-41517** |
| | § | |
| **DEBTOR.** | § | |
| | § | |
| | § | |

## DEFENDANT'S EXHIBIT AND WITNESS LIST FOR THE FEBRUARY 28, 2022 HEARINGS

**TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:**

Anson Financial, Inc., Debtor ("Anson") files this *Exhibit List for the February 28, 2022*

*Hearings* (the "List") and designates the following:

| EXHIBIT | DESCRIPTION | Offered | Admitted | Excluded |
|---|---|---|---|---|
| ANS101 | Order appointing Ghrist as Receiver emailed October 23, 2014. | | | |
| ANS102 | MBH Certificate of Formation | | | |

| EXHIBIT | DESCRIPTION | Offered | Admitted | Excluded |
|---|---|---|---|---|
| ANS103 | Transfer of interest Coker to Anson, with unanimous consent. | | | |
| ANS104 | Charge of the Court signed April 23, 2018 (Cause No. 017-287611-16). | | | |
| ANS106 | September 11, 2019 Order | | | |
| ANS108 | Docket Report (Cause No. 067-311209-19, 141st/67th District Court in Tarrant County, Texas) | | | |
| ANS112 | May 26, 2020 Order | | | |
| ANS113 | November 19, 2020 Order | | | |
| ANS115 | Motion for Receivership | | | |
| ANS117 | Second Amended Motion for Receivership | | | |
| ANS120 | Release of Lien signed by Ghrist | | | |
| ANS122 | Separation Agreement between Ghrist and Ferguson | | | |
| ANS123 | Ghrist Response to Ferguson Motion for Summary Judgment | | | |
| ANS124 | Ghrist Affidavit | | | |
| ANS125 | Ghrist Appellee's Brief | | | |
| ANS140 | Ghrist Testimony in 17th District Court | | | |

| EXHIBIT | DESCRIPTION | Offered | Admitted | Excluded |
|---|---|---|---|---|
| ANS141 | February 21, 2020 Transcript of Motion to Compel Hearing (Cause No. 067-311209-19, 141st/67th District Court in Tarrant County, Texas) | | | |
| ANS142 | Ghrist Motion for Receivership in 236th Court | | | |
| ANS143 | Ghrist 4th Amended Petition | | | |
| ANS144 | Ferguson 6th Amended Petition | | | |
| ANS145 | Ghrist Motion for Summary Judgment based on Res Judicata and Collateral Estoppel | | | |
| ANS146 | Ferguson Parties Motions for Summary Judgment | | | |
| ANS147 | Orders from the 67th/141st District Court, Cause No. 067-311209-19 | | | |
| ANS148 | 2nd Court of Appeals Opinion for 17th Court case | | | |
| ANS149 | Ghrist Receiver Oath in the 96th Court | | | |
| ANS150 | Ghrist Proposed Order Granting Motion for Injunction Relief | | | |
| ANS153 | Notice of Cash Bond | | | |
| ANS154 | Ghrist Motion to Compel | | | |

| EXHIBIT | DESCRIPTION | Offered | Admitted | Excluded |
|---------|-------------|---------|----------|----------|
| ANS155 | 7th Court of Appeals Opinion for 67th Court case | | | |
| ANS156 | 7th Court of Appeals Mandate | | | |

Debtor reserves the right to amend and/or supplement this designation, and/or to seek additional relief as may be necessary. Copies of any exhibits may be obtained by contacting the undersigned.

Dated: February 24, 2022       Respectfully submitted:

Magan Law, PLLC

By:___/s/ *Kathryn Hernandez*_____
    Kathryn Hernandez (TX SBN: 24107854)
    62 Main St., Ste. 310
    Colleyville, Texas 76034
    Telephone: (817) 209-4298
    Email: k.magan@maganlawpllc.com

SPECIAL COUNSEL FOR DEBTOR

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:___/s/ *Jeff Carruth*_____
    JEFF CARRUTH (TX SBN:. 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail: jcarruth@wkpz.com

ATTORNEY FOR
ANSON FINANCIAL, INC.
DEBTOR AND DEBTOR IN POSSESSION

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served on February 24, 2022 (1) by electronic notice to all ECF users who have appeared in this case to date, as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility as attached below.

*/s/ Kathryn Hernandez*
KATHRYN HERNANDEZ

## ECF SERVICE LIST

**21-41517-elm11 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Debtor Anson Financial, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Eboney D. Cobb on behalf of Creditor City of Colleyville
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Eboney D. Cobb on behalf of Creditor Grapevine-Colleyville ISD
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Craig C. Lesok on behalf of Creditor Jentex Financial, Inc.
craig@lesoklaw.com

Laurie A. Spindler on behalf of Creditor Tarrant County
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Lyndel Anne Vargas on behalf of Creditor B. Frazier Management, Inc.
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

## REGULAR MAIL LIST / MATRIX

Label Matrix for local noticing
0539-4
Case 21-41517-elm11
Northern District of Texas
Ft. Worth
Fri Jul  9 14:28:59 CDT 2021

Anson Financial, Inc.
62 Main Street, Suite 310
Colleyville, TX 76034-2931

City of Colleyville
% Perdue Brandon Fielder Et Al
500 E. Border Street
Suite 640
Arlington, TX 76010-7457

Grapevine-Colleyville ISD
c/o Perdue Brandon Fielder et al
500 E Border Street, Suite 640
Arlington, TX 76010-7457

Jentex Financial, Inc.
c/o: Cashmire Financial Services
226 Bailey Ave, Ste 104
Fort Worth, TX 76107-1260

Tarrant County
Linebarger, Goggan, Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Fwy Suite 1000
Dallas, TX 75207-2328

501 W. Tenth Street
Fort Worth, TX 76102-3637

Arvella Godbey
568 Willowview Dr.
Saginaw, TX 76179-0965

B. Frazier Management, Inc.
c/o Law Office of Caleb Moore
2205 Martin Dr., Ste 200
Bedford , TX 76021-6083

Beall Private Investments, LP - Affirm
5712 Colleyville Blvd., Suite 200
Colleyville, TX 76034-6068

Carol Godbey
P.O. Box 136273
Fort Worth , TX 76136-0273

G. Parker Eldridge
9420 Capiland Rd.
Desert Hot Springs, CA 92240-1101

Ghrist Law Firm
c/o Ian Ghrist
2735 Villa Creek Dr., Suite 140
Farmers Branch , TX 75234-7419

Heritage Credit, LLC
5712 Colleyville Blvd., Suite 200
Colleyville, TX 76034-6068

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Jentex Financial, Inc.
226 Bailey Ave., Suite 101
Fort Worth , TX 76107-1260

Larry Starks
7045 Oakbluff Dr.
Dallas , TX 75254-2754

Leroy York
508 N. Havenwood
Fort Worth , TX 76112-1013

Small Business Administration
SBA Disaster Loan Service Center
1545 Hawkins Blvd., Ste 202
El Paso , TX 79925-2654

U.S. Small Business Administration
200 W. Santa Ana Blvd, Ste 740
Santa Ana, CA 92701-7534

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

York Family Partnership
508 N. Havenwood
Fort Worth , TX 76112-1013

Jeffery D. Carruth
Weycer, Kaplan, Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX 76015-2936

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)B. Frazier Management, Inc.

End of Label Matrix
Mailable recipients     22
Bypassed recipients      1
Total                   23