EXHIBIT ANS102

# EXHIBIT 2

| | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br>**Certificate of Formation**<br>**Limited Liability Company** | **Filed in the Office of the**<br>**Secretary of State of Texas**<br>**Filing #: 802245655 07/01/2015**<br>**Document #: 613719460002**<br>**Image Generated Electronically**<br>**for Web Filing** |

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## MBH Real Estate, LLC

### Article 2 – Registered Agent and Registered Office

☑ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**J. Michael Ferguson, PC**

**OR**

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**1210 Hall Johnson Rd.**
**Ste 100  Colleyville  TX  76034**

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐ A. The limited liability company is to be managed by managers.

**OR**

☑ B. The limited liability company will not have managers. Management of the company is reserved to the members.
The names and addresses of the governing persons are set forth below:

Managing Member 1: **Shawn    Coker**          Title: **Managing Member**

Address: **2510 Greenbough Lane    Southlake  TX, USA  76092**

Managing Member 2: (Business Name) **J. Michael Ferguson, PC**

Address: **1210 Hall Johnson Rd.   Ste 100  Colleyville  TX, USA  76034**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

### Supplemental Provisions / Information

**NOTICE REQUIRED BY BUSINESS ORGANIZATION CODE, TITLE 3, CHAPTER 101,**

**SUBCHAPTER M. SERIES LIMITED LIABILITY COMPANY Sec. 101.601. SERIES OF MEMBERS,**
**MANAGERS, MEMBERSHIP INTERESTS, OR ASSETS.**

**(a) A company agreement may establish or provide for the establishment of one or more designated series of members, managers, membership interests, or assets that:**

**(1) has separate rights, powers, or duties with respect to specified property or obligations of the limited liability company or profits and losses associated with specified property or obligations; or**

**(2) has a separate business purpose or investment objective.**

**(b) A series established in accordance with Subsection (a) may carry on any business, purpose, or activity, whether or not for profit, that is not prohibited by Section 2.003.**

**Sec. 101.602. ENFORCEABILITY OF OBLIGATIONS AND EXPENSES OF SERIES AGAINST ASSETS.**

**(a) Notwithstanding any other provision of this chapter or any other law, but subject to Subsection (b) and any other provision of this subchapter:**

**(1) the debts, liabilities, obligations, and expenses incurred, contracted for, or otherwise existing with respect to a particular series shall be enforceable against the assets of that series only, and shall not be enforceable against the assets of the limited liability company generally or any other series; and**

**(2) none of the debts, liabilities, obligations, and expenses incurred, contracted for, or otherwise existing with respect to the limited liability company generally or any other series shall be enforceable against the assets of a particular series.**

**(b) Subsection (a) applies only if:**

**(1) the records maintained for that particular series account for the assets associated with that series separately from the other assets of the company or any other series;**

**(2) the company agreement contains a statement to the effect of the limitations provided in Subsection (a); and**

**(3) the company's certificate of formation contains a notice of the limitations provided in**

**Subsection (a).**

**Sec. 101.603. ASSETS OF SERIES.**

**(a) Assets associated with a series may be held directly or indirectly, including being held in the name of the series, in the name of the limited liability company, through a nominee, or otherwise.**

**(b) If the records of a series are maintained in a manner so that the assets of the series can be reasonably identified by specific listing, category, type, quantity, or computational or allocational formula or procedure, including a percentage or share of any assets, or by any other method in which the identity of the assets can be objectively determined, the records are considered to satisfy the requirements of Section 101.602(b)(1).**

**Sec. 101.604. NOTICE OF LIMITATION ON LIABILITIES OF SERIES.**

**Notice of the limitation on liabilities of a series required by Section 101.602 that is contained in a certificate of formation filed with the secretary of state satisfies the requirements of Section 101.602(b)(3), regardless of whether:**

**(1) the limited liability company has established any series under this subchapter when the notice is contained in the certificate of formation; and (2) the notice makes a reference to a specific series of the limited liability company.**

**[The attached addendum, if any, is incorporated herein by reference.]**

[The attached addendum, if any, is incorporated herein by reference.]

| Organizer |
|---|
| The name and address of the organizer are set forth below. |
| **J Michael Ferguson**       __1210 Hall Johnson Rd, Ste 100, Colleyville, Texas 76034__ |

| **Effectiveness of Filing** |
|---|
| ☑A. This document becomes effective when the document is filed by the secretary of state. |
| **OR** |
| ☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is: |

| **Execution** |
|---|
| The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument. |
| **J. Michael Ferguson** |
| Signature of Organizer |

**FILING OFFICE COPY**