A True and Correct Copy of Original Record Filed in Tarrant County, TEXAS
*Verify Certification at https://tcrecordsonline.com*
*Verify Key: y9t8cukj*

**Tarrant County Clerk**

*Mary Louise Garcia*

**Page 1 of 2**

D217060901   3/20/2017 11:38 AM  PGS 2      Fee: $20.00      Submitter: SIMPLIFILE

Senders Title D110020

GF#

Electronically Recorded by Tarrant County Clerk in Official Public Records  *Mary Louise Garcia* **Mary Louise Garcia**

**Exhibit ANS120**

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON,
YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING
INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN
REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS:
YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

### Release of Lien

**Date:**        February 16th, 2017

**Lienholder:**        MBH Real Estate LLC

**Borrower:**        Elmer Yonathan Umana Hernandez and wife, Brenda Arely Garcia De
Umana

**Deed with Retained Vendor's Lien:**

    **Date & Instrument**        September 16th, 2015, Instrument Number D215210217

**Deed of Trust:**

    **Date & Instrument:**        September 16th, 2015, Instrument Number D215210218

**Property to be released from lien**:

Lot 23, W.B. MONCRIEF ADDITION, an addition to the City of Fort Worth, Tarrant County,
Texas, according to plat recorded in Volume 388-F, Page 471, Plat Records, Tarrant County,
Texas (more commonly known as 2420 Purselley, Fort Worth, TX)

The undersigned is the holder of a lien secured by a deed of trust filed in the Tarrant County Real
Property records under the above-listed instrument numbers. In consideration of the full and final
payment of all indebtedness secured by the lien described above, the receipt of which is hereby
acknowledged, the undersigned hereby releases the property described above from all liens held
by the undersigned.

Exhibit 6                    Page 1 of 2

**Page 2 of 2**

Executed on this the 16th day of February, 2017.

MBH Real Estate LLC

By: _____
Ian Ghrist, Member

State of Texas        §
County of Dallas      §

This instrument was acknowledged before me on this the _____day of _____, 2017 by
Ian Ghrist.

_____
Notary Public

DAISY LORENA REYES
MY COMMISSION EXPIRES
AUGUST 14, 2019