08:45AM

REPORTER'S RECORD

VOLUME 7 OF 23 VOLUMES

TRIAL COURT CAUSE NO. 017-287611-16

COURT OF APPEALS NO. 02-18-00332-CV

| | | |
|---|---|---|
| GHRIST LAW FIRM, P.L.L.C., ET AL, | ) | IN THE DISTRICT COURT |
| *Plaintiffs*, | ) | |
| VS. | ) | TARRANT COUNTY, TEXAS |
| J. MICHAEL FERGUSON, P.C., ET AL, | ) | |
| *Defendants*. | ) | 17TH JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRIAL ON THE MERITS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On the 17th day of April, 2018, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Melody Wilkinson, Judge presiding, held in Fort Worth, Tarrant County, Texas:

Proceedings reported by machine shorthand.

*Deana F. Scobee, CSR, CRR, RMR*
*Official Court Reporter, 17th District Court*
dfscobee@tarrantcounty.com

|    |                                           |
|----|-------------------------------------------|
| 1  | A P P E A R A N C E S                     |
| 2  |                                           |
| 3  | *Mr. Caleb I. Moore*                      |
|    | State Bar No. 24067779                    |
| 4  | LAW FIRM OF CALEB MOORE, PLLC             |
|    | 2205 Martin Drive                         |
| 5  | Suite 200                                 |
|    | Bedford, Texas 76021                      |
| 6  | PHONE: 817-953-2420                       |
|    | FAX: 817-581-2540                         |
| 7  |                                           |
|    | -- and --                                 |
| 8  |                                           |
|    | *Mr. Ian D. Ghrist*                       |
| 9  | State Bar No. 24073449                    |
|    | GHRIST LAW FIRM, PLLC                     |
| 10 | 2735 Villa Creek Drive                    |
|    | Suite 140                                 |
| 11 | Farmers Branch, Texas 75234               |
|    | PHONE: 817-778-4136                       |
| 12 | FAX: 817-900-2863                         |
|    | ATTORNEYS FOR PLAINTIFFS                  |
| 13 |                                           |
| 14 | *Mr. Thomas A. Herald*                    |
|    | State Bar No. 09499520                    |
| 15 | *James Nathan Richards*                   |
|    | State Bar No. 24091810                    |
| 16 | *Mr. J. Michael Ferguson*                 |
|    | State Bar No. 24000644                    |
| 17 | J. MICHAEL FERGUSON, PC                   |
|    | 62 Main Street                            |
| 18 | Suite 310                                 |
|    | Colleyville Texas 76034                   |
| 19 | PHONE: 817-267-1008                       |
|    | FAX: 817-485-1117                         |
| 20 | ATTORNEYS FOR DEFENDANTS                  |
| 21 |                                           |
| 22 |                                           |
| 23 |                                           |
| 24 |                                           |
| 25 |                                           |

```
 1                    CHRONOLOGICAL INDEX
                        VOLUME 7 OF 23
 2                    TRIAL ON THE MERITS

 3

 4                                             PAGE    VOL.
     APRIL 17, 2018
 5
     Appearances...............................   2      7
 6
     Proceedings...............................   5      7
 7
     PLAINTIFFS' WITNESSES
 8                           DIRECT   CROSS  VOIR DIRE  VOL.

 9   Ian Ghrist                 6      155               7

10   Proceedings Adjourned for the Day.........  254     7

11   Court Reporter's Certificate..............  255     7

12

13               ALPHABETICAL WITNESS INDEX

14                           DIRECT   CROSS  VOIR DIRE  VOL.

15   Ian Ghrist                 6      155               7

16

17
                    PLAINTIFFS' EXHIBIT INDEX
18
     NO.   DESCRIPTION                          OFRD/ADM  VOL.
19
     9E    E-mail from Michael Ferguson to       79/79    7
20         Ian Ghrist

21   37    Order Appointing Successor Trustee    46/46    7

22

23

24

25
```

Deana F. Scobee, CSR, CRR, RMR
Official Court Reporter, 17th District Court
dfscobee@tarrantcounty.com

|  | DEFENDANTS' EXHIBIT INDEX | | |
|---|---|---|---|
| NO. | DESCRIPTION | OFRD/ADM | VOL. |
| 75 | Motion for Turnover Order and for Appointment of Turnover Receiver, 9/16/14 | 174/174 | 7 |
| 76 | Order Granting Turnover and Appointing Ghrist as Receiver, 10/23/14 | 208/208 | 7 |
| 78 | Mineral Deed Dated 7/6/15 | 231/231 | 7 |
| 100 | Receivership Accounting - Final | 215/215 | 7 |
| 108 | 9/13/15 Statement in the Amount Of $8,130.53 for Ian Ghrist Billing As Receiver and $790.70 for Teisha Boles | 184/184 | 7 |
| 109 | Copy of 10/21/15 Check to Ian Ghrist | 186/186 | 7 |
| 184 | Affidavit of Ian Ghrist, 2/21/18 | 213/214 | 7 |

**P R O C E E D I N G S**

08:45AM 1
09:02AM 2 (The jury entered the courtroom.)
09:02AM 3 THE COURT: Please be seated.
09:02AM 4 Well, good morning, ladies and gentlemen of
09:02AM 5 the jury, and welcome back to your fifth day of jury
09:02AM 6 service in the 17th District Court. Hopefully everyone
09:02AM 7 enjoyed having a little jingle in your pocket this
09:03AM 8 weekend. Hopefully you didn't spend it all in one
09:03AM 9 place. Again, it's not nearly enough for all of the
09:03AM 10 work that you are doing for us, so please know how much
09:03AM 11 everything is appreciated. But we're glad that
09:03AM 12 everybody made it back here on time on this Tuesday
09:03AM 13 morning, and as you know, we are still in the middle of
09:03AM 14 Plaintiffs' case in chief.
09:03AM 15 And, therefore, Mr. Moore, on behalf of the
09:03AM 16 Plaintiffs, you may call your next witness.
09:03AM 17 MR. MOORE: We call Mr. Ghrist, Your Honor.
09:03AM 18 THE COURT: And, Mr. Ghrist, if you would,
09:03AM 19 please watch the incline as you walk up to the witness
09:03AM 20 stand.
09:03AM 21 (The witness was duly sworn.)
09:03AM 22 THE COURT: And you may be seated.
09:03AM 23 And, Mr. Moore, you may proceed.
09:03AM 24 IAN GHRIST,
09:03AM 25 having been first duly sworn, testified as follows:

```
10:26AM   1        A.  I talked to him about the -- about MBH Real
10:26AM   2   Estate, L.L.C. and how he was going to draft an
10:26AM   3   operating agreement that would protect Mr. Coker's
10:26AM   4   interest and my interest.  And then that was not like a
10:26AM   5   very long conversation, and after that, I was just
10:26AM   6   waiting for that to get done, that operating agreement
10:27AM   7   to get done.
10:27AM   8        Q.  Did you ever see the Secretary of State
10:27AM   9   paperwork creating a company?
10:27AM  10        A.  Yes.
10:27AM  11        Q.  Were you listed on there as a managing member?
10:27AM  12        A.  No.
10:27AM  13        Q.  Were you okay with that?
10:27AM  14        A.  Yes.
10:27AM  15        Q.  Why?
10:27AM  16        A.  Because I only had a 13.33 percent minority
10:27AM  17   membership, so I was okay with Shawn Coker and Ferguson,
10:27AM  18   P.C., being the managing members.  And I didn't have --
10:27AM  19   think that I needed to be a managing member if I only
10:27AM  20   had a 13.33 percent membership interest, at least until
10:27AM  21   the buyout happened, because there was a balance between
10:27AM  22   Coker and Ferguson with them both being managing
10:27AM  23   members, and I didn't have a problem with that until
10:27AM  24   that balance was gone.
10:27AM  25        Q.  Okay.  And so how did MBH operate without an
```

1                C E R T I F I C A T E

2   THE STATE OF TEXAS   )

3   COUNTY OF TARRANT    )

4

5        I, DEANA F. SCOBEE, Official Court Reporter in and
    for the 17th District Court of Tarrant County, State of
6   Texas, do hereby certify that the above and foregoing
    contains a true and correct transcription of all
7   portions of evidence and other proceedings requested in
    writing by counsel for the parties to be included in
8   this volume of the electronic reporter's record, in the
    aforementioned cause, all of which occurred in open
9   court or in chambers and were reported by me.

10       I FURTHER CERTIFY that this electronic reporter's
    record of the proceedings truly and correctly reflects
11  the exhibits, if any, offered and/or admitted by the
    respective parties, if requested.
12
         WITNESS MY OFFICIAL HAND this the 11th day of
13  January, 2019.

14

15
                         /s/ Deana F. Scobee_____
16                       DEANA F. SCOBEE, CSR, RMR, CRR
                         Texas CSR 5509
17                       Expiration:  10/31/2021
                         Official Court Reporter
18                       17th District Court
                         100 North Calhoun Street, 3rd Floor
19                       Tarrant County, Texas
                         Fort Worth, Texas 76196
20                       (817) 884-1459 - Direct
                         dfscobee@tarrantcounty.com
21

22

23

24

25