Ian Ghrist, SBOT No. 24073449
GHRIST LAW FIRM, PLLC
4016 Gateway Drive Suite 130
Colleyville, Texas 76034
Phone: 817.778.4136
Fax: 817.900.2863

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **IIN RE** | § | |
| **ANSON FINANCIAL INC.** | § | **Case No. 21-41517-11** |
| | § | **Chapter 11 Case** |
| **Debtor** | § | |

### EXHIBIT LIST FOR MOTION FOR SUMMARY JUDGMENT HEARING ON 2-28-2022

The movant's exhibits for the hearing are those exhibits that were attached to the Appendix to the Motion for Summary Judgment and Brief in Support on Doc. 150.

**Exhibit 1:**   Abstract of Judgment

**Exhibit 2:**   Original Judgment

**Exhibit 3:**   First Discovery Sanction and Order Overruling Motion to Quash

**Exhibit 4:**   Second Discovery Sanction

**Exhibit 5:**   Appellate Opinion and Judgment

**Exhibit 6:**   Mandate

**Exhibit 7:**   Ian Ghrist Affidavit

**Exhibit 8:**   Transcripts Related to the State Court Procedural Issues Related to Discovery Sanctions

**Exhibit 9:**   Anson Financial Inc. Real Estate

The exhibits are available here for download: https://ghristlaw-my.sharepoint.com/:f:/p/ian/EpBqSSMfiRdFpwWl4nl0RbsByzec7RuCtN3w090h3-VY-w?e=hzOG6J

Respectfully submitted:

GHRIST LAW FIRM PLLC

By: /s/ Ian Ghrist
February 24, 2022
Ian Ghrist
SBOT No. 24073449
4016 Gateway Drive Ste 130
Colleyville, Texas 76034
Ph. 817-778-4136
Fax 817-900-2863
ian@ghristlaw.com
Attorney for Ian Ghrist and Ghrist Law Firm PLLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically.  Service was accomplished electronically and/or by first class mail to the parties as indicated below.

| | |
|---|---|
| Debtor<br>c/o Attorney Jeff Carruth<br>3030 Matlock Rd. #201<br>Arlington, Texas 76015<br>214-552-7242<br>jcarruth@wkpz.com | Via ECF |
| Parties having filed NOA and<br>Erin Schmidt and<br>Areya Holder | Via ECF or email |

                                                  /s/ Ian Ghrist<br>
                                                  Ian Ghrist