141-311209-19

Cause No. 141-311209-19



FILED
TARRANT COUNTY
2/20/2020 6:49 PM
THOMAS A. WILDER
DISTRICT CLERK

| | | |
|---|---|---|
| MBH REAL ESTATE LLC, | § | IN THE DISTRICT COURT |
| AFI LOAN SERVICING, LLC, | § | |
| ANSON FINANCIAL, INC., | § | |
| J. MICHAEL FERGUSON, P.C. | § | |
|    Plaintiffs | § | |
| | § | |
| V. | § | 141st JUDICIAL DISTRICT |
| | § | |
| GHRIST LAW FIRM, PLLC *ET. AL.* | § | |
|    Defendants | § | TARRANT COUNTY, TEXAS |

### ORDER ON DEFENDANTS' MOTION TO COMPEL RELATED TO TRANSFER OR DISSIPATION OF ASSETS

CAME ON TO BE HEARD the above-referenced motion.

The Plaintiffs are ORDERED to comply with the discovery requests served 12/4/2019, being the discovery requests referenced in the motion to compel. As the Plaintiffs failed to timely file objections thereto, such objections, if any, are waived by operation of Tex. R. Civ. P. 193.2(e) as no good cause was shown.

The Plaintiffs' motions to quash the subpoenas on Veritex Community Bank (or affiliates) and on J.P. Morgan Chase Bank, N.A. (or affiliates) are DENIED. J.P. Morgan Chase Bank, N.A. and Veritex Community Bank are ORDERED to comply with any and all subpoenas served upon them in connection with this lawsuit prior to the date of this order. This includes both subpoenas on J.P. Morgan Chase Bank, N.A. issued by the Defendants and both subpoenas on Veritex Community Bank issued by the Defendants.

The Defendants are awarded attorney's fees in the amount of $ 500. w  .

ORDER ON MOTION TO COMPEL AND DENIAL OF MOTIONS TO QUASH     Page 1 of 2

E-MAILED
5-27-20 vo

SIGNED on this the 26 day of MAY, 2020.

_____
Judge Presiding

ORDER ON MOTION TO COMPEL AND DENIAL OF MOTIONS TO QUASH    Page 2 of 2