**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS - FT. WORTH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 21-41517-ELM11 |
| **ANSON FINANCIAL, INC.,** Debtor(s). | CHAPTER 11 |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM (CLAIM # 17-1)

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that the Proof of Claim, filed by JPMorgan Chase Bank, N.A., on October 8, 2021, which appears as claim number 17-1 on the Court's Official Claims Register, is hereby withdrawn, without prejudice.

Dated: February 25, 2022                                       Respectfully Submitted,

By:/s/ Alonzo Z. Casas
ALONZO Z. CASAS (SBN 24097469)
**ALDRIDGE PITE, LLP**
701 N. Post Oak Rd., Suite 205
Houston, Texas 77024
Telephone: (713) 293-3619
Facsimile:  (858) 412-2792
ATTORNEY FOR CREDITOR

*Mailing Address*
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim has been served upon the following parties via electronic means through the Court's CM/ECF system or by pre-paid regular first class U.S. Mail on February 25, 2022.

By: /s/ Alonzo Z. Casas
Alonzo Z. Casas

**DEBTORS' ATTORNEY**
**(via electronic notice)**

Christopher Marvin Lee
8701 Bedford Euless Road
Suite 510
Hurst, TX 76053
ecf@leebankruptcy.com

Jeffery D. Carruth
3030 Matlock Rd., Suite 201
Arlington, TX 76015
jcarruth@wkpz.com

**DEBTORS**

Anson Financial, Inc.
62 Main Street, Suite 310
Colleyville, TX 76034

**TRUSTEE**
**(via electronic notice)**

Areya Holder Aurzada
Law Office of Areya Holder, P.C.
901 Main Street, Suite 5320
Dallas, TX 75202
trustee@holderlawpc.com

**U.S. TRUSTEE**
**(via electronic notice)**

1100 Commerce Street
Room 976
Dallas, TX 75242
ustpregion06.da.ecf@usdoj.gov