

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 1, 2022**

_____
**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANSON FINANCIAL, INC., | § | CASE NO. 21-41517 |
| | § | |
| DEBTOR. | § | |

### ORDER DENYING AMENDED MOTION FOR SUMMARY JUDGMENT AGAINST DEBTOR'S OBJECTIONS TO PROOF OF CLAIM #5 (RE: DOCKET NO. 149 & 159)

On February 28, 2022, the Court conducted a hearing regarding the *Amended Motion for Summary Judgment Against Debtor's Objections to Proof of Claim #5* (the "Motion") filed on October 25, 2021 by Ian Ghrist and Ghrist Law Firm, PLLC ("Ghrist") in the above-styled and numbered case(s), seeking summary judgment on Debtor's Objections to Proof of Claim #5 entitling Ghrist to its claim as a matter of law. In light of the record before the Court, and for the reasons stated on the record during the hearing, the Court is of the opinion that the following Order should be entered.

IT IS THEREFORE ORDERED that the Motion is denied without prejudice.

### END OF ORDER ###