IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANSON FINANCIAL, INC., | § | CASE NO. 21-41517 |
| | § | |
| DEBTOR. | § | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF DEBTOR TO EMPLOY SULLIVAN & COOK, LLC AS SPECIAL COUNSEL FOR DEBTOR IN ADVERSARY PROCEEDING NO. 21-04071 (RE: DOCKET NO. 238)**

The undersigned certifies that as of the filing of this certificate that no responses, objections, and/or requests for hearing with respect to the *Motion of Debtor to Employ Sullivan & Cook, LLC as Special Counsel for Debtor in Adversary Proceeding No. 21-04071* (Docket No. 238) filed herein by Anson Financial, Inc., debtor and debtor in possession ("Anson" or the "Debtor") on February 9, 2022, have been filed on the docket of this case or otherwise received by the undersigned. The response deadline was March 3, 2s022.

Dated: March 4, 2022   Respectfully submitted:

        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

        By:   */s/ Jeff Carruth*
           JEFF CARRUTH (TX SBN:. 24001846)
           3030 Matlock Rd., Suite 201
           Arlington, TX 76015
           Telephone: (713) 341-1158
           Fax: (866) 666-5322
           E-mail: jcarruth@wkpz.com

        ATTORNEYS FOR
        ANSON FINANCIAL, INC.
        DEBTOR AND DEBTOR IN POSSESSION