

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 4, 2022** _____
**United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANSON FINANCIAL, INC., | § | CASE NO. 21-41517 |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING MOTION TO EMPLOY SULLIVAN & COOK, LLC AS SPECIAL COUNSEL FOR DEBTOR IN ADVERSARY PROCEEDING NO. 21-04071 (RE: DOCKET NO. 238)**

On this day came on for consideration the *Motion to Employ Sullivan & Cook, LLC as Special Counsel for Debtor in Adversary Proceeding No. 21-04071* (Docket No. 238) (the "Motion to Employ") of Anson Financial Inc., debtor and debtor in possession (the "Debtor"), filed on February 9, 2022 in the above-styled and numbered case(s), seeking approval of the employment of Jason Ankele at Sullivan & Cook, LLC as its special counsel as more particularly set forth in the Motion to Employ and the accompanying Declaration. The Court finds that the Motion to Employ contained the appropriate notice and was served upon the parties entitled to notice. No objections to the Motion were filed. Upon review of the Motion, it appears to the Court that the proposed professional neither represents nor holds any interest adverse to the Debtor or the estate with respect to the matter on which the professional is to be employed.

      IT IS THEREFORE ORDERED that the Motion to Employ Sullivan & Cook, LLC is GRANTED and the Debtor is authorized to employ Sullivan & Cook, LLC as special counsel to the Debtor and the related Chapter 11 estate(s) pursuant to 11 U.S.C. § 327(e), effective as of February 9, 2022, as set forth in the Motion to Employ Sullivan & Cook, LLC.

###ENDOFORDER###