Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7316
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for B. Frazier Management, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: <br><br> ANSON FINANCIAL, INC. <br><br> Debtor. | § § § § § § § § | Case No. 21-41517-elm11 |
| B. FRAZIER ASSET MANAGEMENT, INC. F/K/A FRAZIER ASSET MANAGEMENT, INC., AND BRIAN H. FRAZIER INDIVIDUALLY <br><br> Plaintiffs <br> v. <br> ANSON FINANCIAL, INC. <br><br> Defendant. | § § § § § § § § § § § § § § § | Adv. No. 21-04071 <br><br> Removed From: <br> Cause No. 342-288776-16; <br> 342nd Judicial District Court <br> Tarrant County, Texas |

# B. FRAZIER MANAGEMENT, INC. AND BRIAN FRAZIER'S RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 21-1

COMES NOW B. Frazier Management, Inc. and Brian Frazier (hereinafter "Plaintiffs/claimants"), Plaintiffs/claimants in the above-referenced case and files this, its **Response to Debtor's Objection to Proof of Claim 21-1** (herein "the Objection"). Debtor's Objection was filed in the main case; however, an unopposed motion to consolidate the Objection

into these proceedings is pending, essentially making the Objection akin to a counterclaim. Plaintiff/Claimant is therefore filing this Response in the Adversary as well as the main case and referencing each numbered section of the Objection herein.

1. Plaintiffs/Claimants admit that a portion of the basis for their claim was quoted in paragraph 1 of the Objection.

2. Plaintiffs/Claimants acknowledge that paragraphs 3 and 4 state basic propositions of law.

3. Plaintiffs/Claimants admit the allegations of paragraphs 6, 10 and the case number and date of suit referenced in paragraph 11.

4. Plaintiffs/Claimants deny the allegations in paragraph 2 and 5.

5. Paragraphs 12 and 13 seek judicial notice of various Texas Statutes which does not require a response. Such a request should be brought separately from the Objection.

6. Paragraphs 14 through 34 are legal argument and opinion statements, not requiring a response; however, to the extent that a response is required, Plaintiffs/Claimants specifically deny the allegations in paragraphs 19 through 26, 28 through 29, and 32 through 34.

WHEREFORE, B Frazier Asset Management and Brian Frazier request that this Court Award them their portion of the partnership assets of The Alvord 287 Joint Venture and liquidate the remaining direct claims against the Debtor arising from Debtor's breach of the Joint Venture Agreement, breaches of fiduciary duties, defalcation and conversion to Plaintiff/Claimants. Executed: March 7, 2022

Respectfully submitted,

/s/ Lyndel Anne Vargas
Lyndel Anne Vargas

        State Bar No. 24058913
        CAVAZOS HENDRICKS POIROT, P.C.
        Suite 570, Founders Square
        900 Jackson Street
        Dallas, TX 75202
        Phone: (214) 573-7344
        Fax: (214) 573-7399
        Email: LVargas@chfirm.com

        Attorneys for Plaintiffs/Claimants- B. Frazier Management, Inc. and Brian Frazier

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the forgoing document was served on March 7, 2022 by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas, Fort Worth Division, on all parties-in-interest submitting to service of papers in this case by said means.

        /s/ Lyndel Anne Vargas
        Lyndel Anne Vargas