Joyce W. Lindauer
State Bar No. 21555700
Sydney A. Ollar
State Bar No. 24125932
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Joseph Yammine

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| **ANSON FINANCIAL INC.,** § | **CASE NO. 21-41517** |
| § | **Chapter 11** |
| **Debtor.** § | |

## NOTICE OF DEATH

Please take notice that a copy of the Death Certificate for Simona Barron, a creditor in the above styled and numbered case, is attached hereto as **Exhibit "A."** Please ensure that all notices given or required to be given in this case to Ms. Barron, and all papers served or required to be served in this case, be given to and served upon her heirs, and in particular, her spouse, Johnny Mateo Barron as follows:

> Johnny Mateo Barron
> 3718 Tulsa Way
> Fort Worth, Texas 76107
> Telephone: (214) 200-5526

Dated:  March 8, 2022.

> Respectfully submitted,
>
>  /s/ *Joyce W. Lindauer*
> Joyce W. Lindauer
> State Bar No. 21555700
> Sydney A. Ollar
> State Bar No. 24125932

Joyce W. Lindauer Attorney, PLLC  
1412 Main St., Suite 500  
Dallas, Texas 75202  
Telephone: (972) 503-4033  
Facsimile: (972) 503-4034  
Email: joyce@joycelindauer.com  
sydney@joycelindauer.com  
ATTORNEYS FOR JOSEPH YAMMINE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 8, 2022, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Jeffery D. Carruth  
jcarruth@wkpz.com,  
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Alonzo Zachary Casas  
ecftxnb@aldridgepite.com, acasas@ecf.inforuptcy.com

Amanda Allison Catlin  
Amanda.Catlin@fnf.com

Lawrence Chek  
lchek@pamlaw.com, mislas@pamlaw.com

Eboney D. Cobb  
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Ian D. Ghrist  
ian@ghristlaw.com, christian@ghristlaw.com;idghrist@gmail.com;sarah@ghristlaw.com

Kathryn Hernandez  
k.magan@maganlawpllc.com

Areya Holder Aurzada (SBRA V)  
trustee@holderlawpc.com, aha@trustesolutions.net;caha11@trustesolutions.net

Christopher Marvin Lee  
ecf@leebankruptcy.com, clerk@leebankruptcy.com;LeeLawFirmPLLC@jubileebk.net

Craig C. Lesok  
craig@lesoklaw.com

Joyce W. Lindauer
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Mark Joseph Petrocchi
mpetrocchi@lawgjm.com, mkidd@lawgjm.com;mpetrocchi@yahoo.com

Laurie A. Spindler
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Matthew Tillma
Matthew.Tillma@BonialPC.com, Notices.Bonial@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Lyndel Anne Vargas
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com


    */s/ Joyce W. Lindauer*
Joyce W. Lindauer

# CERTIFICATION OF VITAL RECORD

**DEPARTMENT OF STATE HEALTH SERVICES**
**VITAL STATISTICS**

**EXHIBIT "A"**

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Sep 29 2021

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-21-192573

1. LEGAL NAME OF DECEASED: SIMONA JOSEPH YAMMINE BARRON (Before Marriage): YAMMINE
2. DATE OF DEATH: SEPTEMBER 5, 2021
3. SEX: FEMALE
4. DATE OF BIRTH: JUNE 2, 1951
5. AGE: 70
6. BIRTHPLACE: LEBANON
7. SOCIAL SECURITY NUMBER: XXX-XX-X846
8. MARITAL STATUS: Married
9. SURVIVING SPOUSE'S NAME: JOHNNY BARRON
10a. RESIDENCE STREET ADDRESS: 3820 VALENTINE ST.
10c. CITY OR TOWN: FORT WORTH
10d. COUNTY: TARRANT
10e. STATE: TEXAS
10f. ZIP: 76107
10g. INSIDE CITY LIMITS: Yes
11. FATHER/PARENT 2 NAME: JOSEPH YAMMINE
12. MOTHER/PARENT 1 NAME: GENEVIEVE ABOU-JAOUDE
13. PLACE OF DEATH: Inpatient
14. COUNTY OF DEATH: TARRANT
15. CITY/TOWN, ZIP: FORT WORTH, 76244
16. FACILITY NAME: TEXAS HEALTH HARRIS METHODIST HOSPITAL - ALLIANCE
17. INFORMANT'S NAME: TIANO BARRON - SON
18. MAILING ADDRESS: 105 LEON RIVER LOOP, HUTTO, TX 78634
19. METHOD OF DISPOSITION: Burial
20. SIGNATURE OF FUNERAL DIRECTOR: J M TURKINGTON, BY ELECTRONIC SIGNATURE - 9789
21. Section: OAKLAWN; Lot: 275; Space: 3
22. PLACE OF DISPOSITION: GREENWOOD MEMORIAL PARK
23. LOCATION: FORT WORTH, TX
24. NAME OF FUNERAL FACILITY: GREENWOOD F H CREMATION - GREENWOOD CHAPEL
25. ADDRESS: 3100 WHITE SETTLEMENT ROAD, FORT WORTH, TX 76107
26. CERTIFIER: Certifying physician
27. SIGNATURE OF CERTIFIER: RICHARD HAZEN, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: SEPTEMBER 13, 2021
29. LICENSE NUMBER: H6281
30. TIME OF DEATH: 10:28 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: RICHARD HAZEN, 10864 TEXAS HEALTH TRAIL, FORT WORTH, TX 78244
32. TITLE OF CERTIFIER: MD

33. CAUSE OF DEATH:
a. IMMEDIATE CAUSE: METABOLIC ACIDOSIS — HOURS
b. ACUTE RENAL FAILURE — DAYS
c. ACUTE RESPIRATORY DISTRESS SYNDROME — DAYS
d. COVID-19 PNEUMONIA — WEEKS

PART 2. OTHER SIGNIFICANT CONDITIONS: PROTEIN CALORIE MALNUTRITION

34. WAS AN AUTOPSY PERFORMED? No
36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? No
38. IF FEMALE: Not pregnant within past year

42a. REGISTRAR FILE NO: 06011318
42b. DATE RECEIVED BY LOCAL REGISTRAR: SEPTEMBER 29, 2021

EDR NUMBER: 000044445130797

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED Oct 06 2021

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

