IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ANSON FINANCIAL, INC., | § § | CASE NO. 21-41517 |
| DEBTOR. | § § | |

## NOTICE OF SATISFACTION OF PROOF OF CLAIM 5

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 11 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that Ian Ghrist and Ghrist Law Firm, PLLC (hereinafter "Ghrist"), has reached a settlement and satisfaction of the debt related to the Proof of Claim 5 filed on July 17, 2021 and amended on January 7, 2022 and assigned as Claim number 5-3 and considers the Proof of Claim as satisfied as of the date of this Notice. Accordingly, Ghrist withdrawals the Proof of Claim.

Dated: March 8, 2022

Respectfully Submitted,
/s/ Ian Ghrist
Ian Ghrist
SBOT No. 24073449
4016 Gateway Drive, Ste. 130
Colleyville, Texas 76034
Ph. 817-778-4136
Fax 817-900-2863
ian@ghristlaw.com
Attorney for Ghrist and Ghrist Law, PLLC