IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANSON FINANCIAL, INC., | § | CASE NO. 21-41517 |
| | § | |
| DEBTOR. | § | |

## NOTICE OF SATISFACTION OF PROOF OF CLAIM 6

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 11 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that Ian Ghrist and Ghrist Law Firm, PLLC (hereinafter "Ghrist"), has reached a settlement and satisfaction of the debt related to the Proof of Claim 6 filed on July 17, 2021 and assigned as Claim number 6-1 and considers the Proof of Claim as satisfied as of the date of this Notice. Accordingly, Ghrist withdrawals the Proof of Claim.

Dated: March 8, 2022

                                              Respectfully Submitted,
                                              /s/ Ian Ghrist
                                              Ian Ghrist
                                              SBOT No. 24073449
                                              4016 Gateway Drive, Ste. 130
                                              Colleyville, Texas 76034
                                              Ph. 817-778-4136
                                              Fax 817-900-2863
                                              ian@ghristlaw.com
                                              Attorney for Ghrist and Ghrist Law, PLLC