**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ANSON FINANCIAL INC.,** | § | **CASE NO. 21-41517-elm-11** |
| | § | |
| **DEBTOR.** | § | |

**SECOND AMENDED SUBCHAPTER V PLAN OF REORGANIZATION OF ANSON FINANCIAL INC. DATED March 15, 2022**

## 1. INTRODUCTION AND BACKGROUND INFORMATION.

1.1.  This *Second Amended Subchapter V Plan of Reorganization of Anson Financial Inc. Dated March 15, 2022* (the "*Plan*") under Subchapter V of Chapter 11 of the Bankruptcy Code, 11 U.S.C. § 1101 et seq. (the "*Code*") proposes to pay creditors of Anson Financial Inc. (the "*Debtor*" or "*Anson*") from cash flow from future operations.

1.2.  Anson filed this case on June 25, 2021 as a conventional Chapter 11 small business case. On July 27, 2021 Anson amended its voluntary petition (Docket No. 19) to proceed under Subchapter V of Chapter 11. Areya Holder Aurzada is the Subchapter V Trustee.

1.3.  For convenience, this plan is based upon the official small business form, Form B25B. *Controlling definitions and rules of construction appear in Section 9 below.*

1.4.  The proposed distributions under the Plan and the material terms of the Plan, including the estimated distribution to unsecured creditors is set forth in TABLE 1—Key Plan Terms, Section 2 of the accompanying Plan ("*TABLE 1*"). As provided throughout herein, the Plan generally provides for (1) the full payment and/or continued servicing of the Investor Notes (as defined below) and (2) full payment of all general unsecured claims from earnings and/or the net disposable income of the Debtor over the sixty (60) months from the Effective Date (the "*Plan Term*").

1.5.  All creditors and equity security holders should refer to Section 3 through Section 6 of this Plan for information regarding the precise treatment of their claim. *You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)*

1.6.  **Description and History of the Debtor's Business.** Anson is a Texas corporation that has been in business for thirty-five (35) years primarily focused on the real estate lending field. At the core of its business, Anson originated or purchased debt instruments secured by real property (e.g. promissory notes and deeds of trust) (collectively, the "*Investor Notes*") and then assigns interests in the Investor Notes to investors (the "*Investors*") through collateral assignments. Anson generates its revenues by maintaining ownership of a points spread between the underlying obligation and the amount promised to Investors (the "*Notes Income*").

Until December 31, 2020, Anson also received revenue as the servicer of the Investor Notes. On or about December 31, 2020, AFI Capital, Inc. d/b/a AFI Management Group, LLC. ("*AFI*") commenced its role as servicer of the Investor Notes and holder and conduit of the payments received form the underlying obligors of the Investor Notes. Anson pays a monthly fee to AFI in the amount of $35.00 per loan. (By way of example, for the month of August, 2021, Anson paid AFI the amount of $3,430 for the servicing of 98 loans in the Investor Notes portfolio.) Accordingly, Anson ceased its function as holder and conduit of the note payments and then the funds disbursed to the Investors. Anson's own interest in the Investor Notes was unaltered by the transitioning of the servicing function to AFI.

The transition with respect to the servicing aspects of Anson's business was necessitated by the threat to Anson's assets by various parties pursuing litigation against Anson (as described in Plan §1.8 below) and the enormous potential threat to the interruption of the payment stream from the underlying obligors of the Investor Notes to the Investors from the litigation.

AFI is owned 100% by Lonesome Dove Holdings, Inc. J. Michael Ferguson is the President sole Director of AFI.

1.7.   **Insiders and Management of Anson.** J. Michael Ferguson founded Anson 35 years ago and has served as President and Sole Director of Anson since 2003, and he will continue to serve as President and Sole Director following confirmation of this Plan.

1.8.   **Significant events before and during the Chapter 11 case.**

1.8.1.   *Events Leading to Chapter 11 Filing.* This Chapter 11 case was commenced in terms of timing due the threat from Ian Ghrist and Ghrist Law Firm P.C. (together "*Ghrist*") of Anson being placed into a receivership. Overall, the purpose of this Chapter 11 has been to bring to a conclusion a long series of lawsuits primarily prosecuted by Ghrist (who was once Anson's own attorney) and otherwise involving Frazier Management, Inc. ("*Frazier*") and the collaboration between Frazier's attorney, Caleb Moore, and Ghrist. The style and caption of the subject lawsuits is listed below (the "*Lawsuits List*").

| Case ## and Court | Plaintiffs / Appellants / Petitioners | Defendants / Appellees / Respondents |
|---|---|---|
| **The following pending actions involving Ian Ghrist and Ghrist Law Firm P.C., whether in the district court, Court of Appeals, or Texas Supreme Court, are referred to hereinafter as the "_Ghrist Lawsuits._"** | | |
| 017-287611-16; 17th District Court, Tarrant County, Texas; 02-18-00332-CV, 2nd Court of Appeals; No. 21-0565; Supreme Ct. of Texas. | Ghrist Law Firm, PLLC and Ian Ghrist | J. Michael Ferguson, PC, J. Michael Ferguson, Inc. and MBH Real Estate, LLC |
| 02-18-00332-CV, 2nd Court of Appeals, Fort Worth, Texas. | J. Michael Ferguson, PC, J. Michael Ferguson, Anson Financial, Inc. and MBH Real Estate, LLC | Ghrist Law Firm, PLLC and Ian Ghrist |

| Case ## and Court | Plaintiffs / Appellants / Petitioners | Defendants / Appellees / Respondents |
|---|---|---|
| No. 21-0565; Supreme Ct. of Texas. | J. Michael Ferguson, PC and J. Michael Ferguson | Ghrist Law Firm, PLLC and Ian Ghrist |
| 067-311209-19, 67th District Court, Tarrant County, Texas. **alleged post judgment discovery sanctions are interlocutory orders. | MBH Real Estate, LLC, AFI Loan Servicing, LLC, Anson Financial, Inc. and J. Michael Ferguson, PC | Ghrist Law Firm, PLLC and Ian Ghrist |
| 07-20-00027-CV, 7th Ct of Appeals, Amarillo, Texas.  **Mandate issued on 12/21/2020 | MBH Real Estate, LLC, AFI Loan Servicing, LLC, Anson Financial, Inc. and J. Michael Ferguson, PC | Ghrist Law Firm, PLLC and Ian Ghrist |
| DC-18-09192, 192nd Judicial District Court, Dallas County, Texas. | J. Michael Ferguson, PC and AFI Loan Servicing, LLC | Gasget, LLC (Ian Ghrist owns Gasget, LLC) |
| **Other Lawsuits (Non-Ghrist Lawsuits)** | | |
| 236-269254-13, 236th District Ct., Tarrant County, Texas. (Receivership in this case is what the dispute has been about) | Shawn Coker, et al | Metro Buys Homes, LLC, et. al. |
| 342-288776-16, 342nd District Court, Tarrant County, Texas. | B. Frazier Management, Inc. fka Frazier Asset Management, Inc. and Brian Frazier | Anson Financial, Inc. |
| 2019-001471-3, County Court at Law No. 3, Tarrant County, Texas. | Anson Financial, Inc. | Caleb Moore and The Law Firm of Caleb Moore, PLLC |
| 02-19-00201-CV, 2nd Court of Appeals, Fort Worth, Texas. | Anson Financial, Inc. | Caleb Moore and The Law Firm of Caleb Moore, PLLC |

*Due to the volume of litigation, the Debtor reserves the right amend the Lawsuit List by one or more supplements to the Plan filed prior to the Confirmation Hearing.*

On September 23, 2021, Anson removed Case No. 067-311209-19 and Case No. 342-288776-16 to this Court, which actions is now assigned Adversary No. 21-04058-elm. On or about February 16, 2022, the Court remanded Adversary No. 21-04058 back to the state court (the "*Ghrist Adversary Proceeding*").

Following the remand of the Christ Adversary Proceeding, on February 22, 2022, a bill of review was filed in an action styled as Cause No. 067-332086-22; *MBH Real Estate, LLC; AFI Loan Servicing, LLC; Anson Financial, Inc., and J. Michael Ferguson, P.C., Petitioners vs. Ian Ghrist and Ghrist Law Firm, PLLC, Respondents*, in the 67th District Court in and for Tarrant County, Texas (the "Bill of Review").

A discussion relating to a global resolution of all disputes between Anson and Christ appears below.

On November 1, 2021, Anson removed Case No. 342-288776-16 to this Court, which action is now assigned Adversary No. 21-04071-elm (the "*Frazier Adversary Proceeding*").

1.8.2.  *Events during and information relating to this Bankruptcy Case:*  The entirety of the events that have occurred during this Chapter 11 case may be found on docket sheet of this case available at the Court or through the PACER website of the Court, *https://ecf.txwb.uscourts.gov/*.  Any of the documents on file in this case may be obtained by contacting the undersigned law firm or are available at the following shared folder link shown in the footnote below and selecting the folder for this case.[1]

The post-petition activity related to the Frazier Adversary Proceeding and the Ghrist Adversary Proceeding are referenced and described above.

The Debtor has objected to Proof of Claim No. 5 and Proof of Claim No. 6 filed by Ghrist.

The Debtor also has objected to Proof of Claim No. 20 filed by Frazier, which claim objection is consolidated with the Frazier Adversary Proceeding.  Trial docket call in the Frazier Adversary Proceeding is scheduled to occur on April 4, 2022 as of the filing of this Plan.

After the Petition Date, two additional actions were commenced against the Debtor as referenced and described below.  As of the filing of this Plan, approval of a settlement regarding the Sterling Bates matter is pending before the Court (*see* Docket No. 259).  The Debtor will defend the Joseph Yammine adversary proceeding, and the Debtor does not believe that Yammine is entitled to any recovery and thus has objected to the underlying proofs of claim and otherwise constructed this Plan accordingly.[2]

---

[1] https://drive.google.com/drive/folders/1XPWkG_8WZApJLcj7Z-uzsELUbw1SB2hn?usp=sharing
[2] The docket items from these two adversary proceedings are included in the shared folder link above.

| Case No. | Plaintiff(s) | Defendant(s) |
|---|---|---|
| Cause No. 048-330187-21, 48th District Court, Tarrant Co. Texas[3] | Sterling Bates | Anson Financial Inc. |
| Adv. No. 22-04008 | Joseph Yammine dba JW Construction | Anson Financial, Inc., S & F Funding, LLC, and Chany Development, Inc. |

On March 7, 2022, Anson, J. Michael Ferguson, and Ian Ghrist, and all pertinent affiliates and subsidiaries related thereto, entered into a global settlement agreement to finally resolve all disputes among the parties and to release any and all claims. The Anson bankruptcy estate did not provide any funds towards this settlement. As a result of the global settlement, Anson has or will dismiss the Bill of Review with prejudice, Ghrist has or will withdraw Proof of Claim No. 5 and Proof of Claim NO. 6, and any and all other pending actions will be dismissed with prejudice.

1.8.3. _Retention of avoidable transfers and other claims and causes of action of the estate._ Anson shall **RETAIN** as an asset after the Effective Date for the benefit of the estate and/or the reorganized debtor (i) all avoidance actions and/or any other claims, causes of action, and/or any and all other lawsuits under Code §§544, 547, 548, 549, and/or 550, including any objections to claims and any related set offs, and any and all facts, claims, issues, rights, remedies, and/or defenses related thereto, including the claims and causes of action set forth in **Exhibit ANS305.01**, (ii) any other claims, causes of action, and/or any and all other lawsuits, civil actions, contested matters, and/or adversary proceedings which are referenced and described elsewhere in this Plan and/or otherwise which are pending as of the confirmation of the Plan in or outside of this bankruptcy case, or which could have been brought or asserted before the confirmation of the Plan, and any and all facts, claims, issues, rights, remedies, and/or defenses related thereto, and (iii) further including the right to amend pleadings and assert revised and/or new claims as provided in any applicable scheduling order, rule of procedure, or other applicable law.

However, Anson is proposing a 100% payment plan to general unsecured creditors and thus does not believe that it will be necessary to pursue any avoidance actions in order to fully fund the Plan.[4]

**_Otherwise, Anson may provide notice of additional claims and/or causes of action by a supplement to the Plan to be filed within seven (7) days of the Confirmation Hearing._**

1.8.4. _Objections to Claims._ Except to the extent that a claim is already allowed pursuant to a final non-appealable order, Anson reserves the right to object to all claims (including scheduled claims) through and until and even after the Effective Date. Therefore, even if your claim is allowed for voting purposes, you may not be entitled to a distribution if an

---

[3] _See also_ Docket No. 221, motion to lift stay filed by Sterling Bates, and Rule 9019 motion, Docket No. 259.
[4] _See also_ Plan §13.2 regarding retained causes of action.

objection to your claim is later upheld.  Any objection to a proof of claim shall be deemed to be an amendment to the Schedules previously filed by Anson.

1.9.    **Current And Historical Financial Conditions.**

1.9.1.    The assets and liabilities of Anson are described in the Schedules (Docket No. 16), as may be amended,[5] and Statement of Financial Affairs (Docket No. 17) filed by Anson in this case.    A summary of the assets of and claims against Anson appears in **Exhibit ANS301.01**[6] and **Exhibit ANS302.01** attached hereto.  The deadline for filing proofs of claim occurred on November 9, 2021 and February 7, 2022 for governmental entities.

1.9.2.    A liquidation analysis appears in **Exhibit ANS303.01**.

1.9.3.    Projections in support of the Plan appear in **Exhibit ANS304.01**.

1.9.4.    Anson reserves the right to amend any of the schedules, the Statement of Financial Affairs, and/or schedules and other information in support of the Plan prior to the Confirmation Hearing.

1.9.5.    The most recent operating report of the Debtor is available on PACER, the Google drive link described above, and/or or by contacting the undersigned.

---

**NO CLAIM SHOULD BE DEEMED TO BE ALLOWED IN ANY PARTICULAR AMOUNT BASED UPON A DESCRIPTION OR REFERENCE TO ANY SUCH CLAIM OR TO ANY CLASS OF CLAIMS IN THE EXHIBITS.**

**THE DEBTOR DOES NOT WAIVE ANY FACT, CLAIM, ISSUES, RIGHT, REMEDY, AND/OR DEFENSE WITH RESPECT TO A DESCRIPTION OR REFERENCE TO ANY CLAIM IN THE EXHIBITS.**

---

[5] The Debtor is amending the Schedules concurrently with the filing of this Plan to address the Marata Martinez note and deed of trust and the encumbrance of that asset by Southern Financial Group Mortgage LLC.  *See also* Docket Nos. 221, 258.

[6] The Debtor is consecutively numbering all exhibits throughout this case.  The exhibits related to the plan and disclosure statement will begin with the number 301.

**2. SUMMARY OF THE PLAN, TABLE 1 — KEY PLAN TERMS**.  The key terms of this Plan are set forth in TABLE 1 below.

| TABLE 1  KEY PLAN TERMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **TREATMENT OF CLAIMS** | | | | | | | | |
| **Class** | **Creditor** | **Impaired** | **Projected Allowed Claim** | **Interest Rate Per Year** | **# Payments** | **Payment Per Month** | **Total Payments** | **Note** |
| **Non-classified Claims** | | | | | | | | |
| | WKPZ Fees (estimated) | n/a | 50,000 | n/a | 1 to 3 | n/a | 50,000 | |
| | SubV Trustee (estimated) | n/a | 10,000 | n/a | 1 | n/a | 10,000 | |
| | Priority (BPP) taxes | n/a | 102 | n/a | 1 | n/a | 136 | |
| **Secured Claims** | | | | | | | | |
| 1 | Investor Notes | No | 5,538,186 | varies | | | TDB | 1 |
| 2 | SBA | No | 154,733 | 3.75% | 60 | 635 | 38,074 | |
| **Priority Unsecured Claims** | | | | | | | | |
| | None. | | n/a | n/a | n/a | n/a | n/a | |
| **General Unsecured Claims** | | | | | | | | |
| 3 | General unsecured claims | No | 309,472 | 0 | 60 | 5,158 | 309,472 | 2 |
| **Equity Interests** | | | | | | | | |
| 4 | Equity interests - see below | | | | | | | |
| **EQUITY IN REORGANIZED DEBTOR** | | | | | | | | |
| | **Holder** | | **% Interest** | **Pre-Bk Interest** | | **Disposition** | | |
| | J. Michael Ferguson | | 95.37% | 95.37% | | Retain. | | |
| | Chandler Ferguson Trust | | 1.42% | 1.42% | | Retain. | | |
| | Pat Ferguson | | 1.19% | 1.19% | | Retain. | | |
| | Jay Lesok | | 52.00% | 52.00% | | Retain. | | |
| | Leroy York | | 1.50% | 1.50% | | Retain. | | |
| **MANAGEMENT AFTER REORGANIZATION** | | | | | | | | |
| | **Name** | | **Position** | | | **Comp. Per Month** | **Comp. Per Year** | |
| | J. Michael Ferguson | | President | | | 0 | 0 | |
| | *Note: Compensation dependent upon payment of claims and-or funds available.* | | | | | | | |
| **EXECUTORY CONTRACTS AND/OR LEASES  TO BE ASSUMED** | | | | | | | | |
| | **Counter Party** | | **Description of Contract** | | | **Cure Amount** | **Payments Per Month** | |
| | AFI Management Group Inc. | | Servicer of Investor Notes | | | 0 | 3,430 | |
| | AFI Loan Servicing, LLC | | Service of mortgages | | | 0 | 0 | |
| | Investor Notes | | Any and all service obligations | | | 0 | 0 | |
| | Any insurance policies | | Any insurance policies | | | 0 | 50 | |
| **EXECUTORY CONTRACTS AND/OR LEASES  TO BE REJECTED** | | | | | | | | |
| | **Counter Party** | | **Description of Contract** | | | | | |
| | Any and all other contracts | | | | | | | |
| **NOTE** | 1 - Debtor is a conduit. Payments vary over time. | | | | | | | |
| **NOTE** | 2 - See Section 5.3 of the Plan regarding potential variables for the class. | | | | | | | |

3. **CLASSIFICATION OF CLAIMS**

The classification of claims and interests and the impairment of claims and interests is set forth in TABLE 1 and /or the Exhibits attached to the Plan.

4. **TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS, U.S. TRUSTEES FEES, AND PRIORITY TAX CLAIMS**

4.1.    **Unclassified Claims.** Certain types of claims are automatically entitled to specific treatment under the Code. Under Code §1123(a)(1), administrative expense claims, and priority tax claims are not in classes. They are not considered impaired, and holders of such claims do not vote on the Plan. They may, however, object if, in their view, their treatment under the Plan does not comply with that required by the Code. As such, pursuant to Code §1129(a)(1), the Debtor has *not* placed such claims in any class.

4.2.    **Administrative Expenses.** Administrative expenses are costs or expenses of administering the Debtor's Chapter 11 case which are allowed under Code §507(a)(2). Administrative expenses also include the value of any goods sold to the Debtor in the ordinary course of business and received within 20 days before the date of the bankruptcy petition. The Code requires that all administrative expenses be paid on the Effective Date of the Plan, unless a particular claimant agrees to a different treatment.

As of the filing of this Plan, the Debtor has received no notice of any administrative expense, other than attorneys' fees and expenses of Weycer Kaplan Pulaski & Zuber P.C. ("*WKPZ*") and Lee Law Firm, PLLC ("*LLF*") incurred for Anson and the fees of the Subchapter V Trustee.

As a condition of and prior to the Effective Date, Anson shall reserve sufficient funds to satisfy the anticipated final allowed administrative claim of each of WKPZ, LLF, and the Subchapter V Trustee, unless otherwise paid or otherwise agreed.

4.3.    **Priority Tax Claims.** Priority tax claims are unsecured income, employment, and other taxes described by Code §507(a)(8). Unless the holder of such a §507(a)(8) priority tax claim agrees otherwise, it must receive the present value of such claim, in regular installments paid over a period not exceeding five (5) years from the order of relief.[7]

5. **TREATMENT OF CLAIMS AND INTERESTS.** The following are the classes set forth in the Plan, and the proposed treatment that they will receive under the Plan:

5.1.    **Class 1 — Investor Notes.**

5.1.1.    Identity of Claims in Class:  Class 1 consists of each of the holders of the various Investor Notes owned by Anson. The Investor Notes are grouped together according by holder or beneficiary of the collateral pledge and are identified in the table below.

---

[7] Anson owes de minimis business personal property taxes of less than $150.00 for tax year 2021, which claims are addressed in the Plan support documents as priority claims rather than create a separate class for such a small amount. No statutory tax liens are altered by the Plan.

| Holder | Due as of Petition Date |
|---|---|
| Arvella Godbey | 15,835 |
| Heritage Credit, LLC | 252,575 |
| Jentex Financial, Inc. | 1,682,584 |
| S&F Funding, LLC | 823,299 |
| York Family Partnership | 2,763,893 |
| **TOTAL** | 5,538,186 |

5.1.2.  <u>Treatment:</u>  Each claim in this class, as identified above, shall be deemed to be an allowed claim.  The Investor Notes shall remain in full force and effect and payments shall continue to flow through to the Investors.  None of the Investor Notes instruments shall be altered by this Plan and shall continue as written or as otherwise agreed between Anson and an Investor.  Anson will continue to oversee management and servicing of the Investor Notes.  Anson also will retain ownership of its interest in the Investor Notes, and the Note Income will be the primary source of funding the Plan.

5.1.3.  <u>**Voting**</u>.  Class 1 is unimpaired (and if and when applicable, according the modifications agreed to by Anson and an Investor) and deemed to accept the Plan.

5.2.  <u>**Class 2 — Small Business Administration ("SBA").**</u>

5.2.1.  <u>Identity of Claims in Class:</u>  Class 2 consists of the SBA facility referenced and described in Proof of Claim No. 1.

5.2.2.  <u>Treatment:</u>  Anson shall resume payment of and/or continue to pay the SBA note according to its terms.

5.2.3.  <u>**Voting**</u>.  Class 2 is unimpaired and deemed to accept the Plan.

5.3.  <u>**Class 3 — General Unsecured Claims.**</u>

5.3.1.  <u>Identity of Claims in Class:</u>  Class 3 consists of the allowed claims of general unsecured creditors whose claims are filed and/or scheduled and the current status of each is listed in Exhibit ANS302.01.

5.3.2.  <u>Treatment:</u>  The Debtor shall pay the allowed general unsecured claims in Class 3 in full and over a maximum period of sixty (60) months from the Effective Date of the Plan by paying (i) the net disposable income of the Debtor pro rata to the holders of claims in this Class, and (ii) if necessary, a lump sum balloon payment for the 60th payment for any remaining balance due to any Class 3 creditor at the end of the 59th month.  For the avoidance of doubt, the Debtor will pay only those holders of Class 3 claims which are allowed claims and, as of the filing of this Plan, the claims of Frazier are disputed and not allowed.

The payments to the Class 3 allowed general unsecured claims shall be made on the 15th day of each month commencing with the first full calendar month following the Effective Date, and shall occur on the 15th day of each succeeding month throughout the 60-month period.

The Debtor projects the payments to the Class 3 unsecured creditors according to two potential scenarios as demonstrated in **Exhibit ANS302.01** and **Exhibit ANS304.01**, both of which scenarios depict different potential treatment based prmarily upon the outcome of the Frazier Adverary Proceeding.

*Scenario 1* projects the impact of Proof of Claim No. 20 filed by Frazier being allowed after adjudication of the Frazier Adverasry Proceeding in the mamximum amount of $28,715 (which was the redemption interest as of the Petition Date of Frazier in the Alvord 287 Partnership, but subject to setoffs, defenses, and/or reductions in the view of the Debtor).

*Scenario 2* projects the impact of Proof of Claim No. 20 filed by Frazier being allowed after adjudication of the Frazier Adverasry Proceeding in the mamximum amount of $674,516 as filed.

In any event, the ultimate total amount of the allowed claims in Class 3 depends upon the final adjudication of Proof of Claim No. 20 in the Frazier Adverary Proceeding which contested matters adversary proceedings and/or contested matters with respect to Frazier remain pending as of the filing of this Plan.

In additon, and following the final adjudication of the Frazier Adverasry Proceeding (including the allowance and/or disallowance of Proof of Claim No. 20), the Debtor believes that any allowed claim of Frazier is entitled to be paid from only the assests of the Alvod 287 Partnership, and/or the assets of the Alvod 287 Partnership may be used to pay any allowed claim of Frazier (thus reducing the funds which the Debtor must contibute to Class 3).

5.3.3. **Voting**. Class 3 is **IMPAIRED** and may vote to accept or reject the Plan.

5.4. **Class 4 — Class of Equity Interest Holders.**

As of the Petition Date, the following constitute the equity structure of Anson as set forth below.

| Holder | % Ownership |
|---|---|
| J. Michael Ferguson | 95.37% |
| Chandler Ferguson Trust | 1.42% |
| Pat Ferguson | 1.19% |
| Jay Lesok | 0.52% |
| Leroy York | 1.50% |

Each equity interest holder shall retain its interest following confirmation of the Plan.

Class 4 is unimpaired and is deemed to accept the Plan.

6. **ALLOWANCE AND DISALLOWANCE OF CLAIMS**

6.1. Disputed Claim. A disputed claim is a claim that has not been allowed or disallowed by a final non-appealable order, and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection or otherwise which is the subject of a pending contested matter, adversary proceeding and/or other contested matter; or (ii) no proof of

claim has been filed, and/or (iii) the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

6.2. ***Without limiting future potential claim objections, the Debtor currently disputes certain claims identified in Section 5.3.1 above and/or Exhibit ANS302.01, including specifically and without limitation Proof of Claim No. 20 filed by Frazier.***

6.3. <u>Delay of Distribution on a Disputed Claim.</u>  No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order.

6.4. <u>Settlement of Disputed Claims.</u>  After the Effective Date, the Debtor will have the power and authority to settle and compromise a disputed claim without court approval and without compliance with Bankruptcy Rule 9019.

**7. <u>PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>**

7.1. The Debtor ***<u>ASSUMES</u>*** the executory contracts and/or unexpired leases referenced and described in TABLE 1 upon the date of the entry of the order confirming this Plan.

7.2. Specifically the Debtor assumes the contract between the Debtor and AFI for the servicing of the Investor Notes.

7.3. Otherwise, the Debtor will assume any executory contract for which a motion to assume is granted or pending prior to the Effective Date.

7.4. The Debtor will be conclusively deemed to have ***<u>REJECTED</u>*** all executory contracts and/or unexpired leases not expressly assumed above, or before the Effective Date or as otherwise specified in TABLE 1.

7.5. **<u>PROOF OF CLAIM FOLLOWING REJECTION:</u>  A proof of a claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than <u>fourteen (14) days</u> after the date of the order confirming this Plan.**  Any such claim will be treated, if allowed general unsecured claim and the general unsecured creditor class will be adjusted accordingly.

**8. <u>MEANS OF IMPLEMENTING THE PLAN.</u>**

8.1. **<u>Source of Payments.</u>**  Payments and distributions under the Plan will be funded by the income from the normal operations of the Debtor, and consisting primarily of the Note Income.

8.2. **<u>Distribution of Payments.</u>**  The reorganized Anson shall be the disbursing agent for payments under the Plan, or in the event of a confirmation under Code §1191(b), then the Subchapter V Trustee shall act as the disbursing agent, unless the Court orders otherwise.

8.3. **<u>Post-confirmation Management.</u>**  The post-confirmation management of the Debtor, and the compensation for each such person is set forth in the in TABLE 1.

8.4. **<u>Risk Factors.</u>**  The proposed Plan has the following risks:  A sufficient number of the underlying obligors of the Investor Notes default in their obligations and/or pay off the Investor Notes early thus reducing the Note Income to Anson to a point that Anson does not possess sufficient resources to fund the payments required under the Plan.

## 9.   GENERAL PROVISIONS

9.1.   **Definitions and Rules of Construction.** The definitions and rules of construction set forth in Code §§101 and 102 shall apply when terms defined or construed in the Code. Other terms are defined throughout the Plan, and terms may be defined in the and then used in the Plan and vice versa. Any reference to the Debtor that applies to any period of time after the Effective Date shall refer to the Debtor as the Reorganized Debtor. In addition, the following terms used in the Plan are defined below.

9.1.1.   "***Confirmation Hearing***" shall mean and refer to the hearing conducted by the Court to consider this Plan.

9.1.2.   "***Confirmation Order***" shall mean and refer to the order confirming this Plan.

9.2.   **Severability.** If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

9.3.   **Captions**. The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

9.4.   **Primacy of the Plan and Confirmation Order.** To the extent of any conflict or inconsistency between the provisions of the Plan on the one hand, and the Confirmation Order on the other hand, the provisions of the Confirmation Order shall govern and control. ***Unless directed by the Court to so earlier, the Debtor will file notice of a proposed Confirmation Order seven (7) days prior to the Confirmation Hearing.***

9.5.   **Binding Effect.** The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

9.6.   **Controlling Effect.** Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Texas govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.

9.7.   **Corporate Governance.** After the Effective Date of the order confirming the Plan, the management of the Debtor will consist of the following: J. Michael Ferguson, President and Director, who will receive no salary.

9.8.   **Corporate Authority.** All actions and transactions contemplated under the Plan shall be authorized upon confirmation of the Plan without the need of further approval, notice or meetings, that might otherwise be required under applicable state law or otherwise, other than the notice provided by serving this Plan on all known creditors of Anson, all interest holders, and all current directors or managers of Anson.

9.9.   **Fixing of Claims.** To the extent that the modification and/or fixing of any claim occurs under the Plan, the Plan also constitutes an objection to any filed proof of claim and/or scheduled claim under Code §502 and/or Bankruptcy Rules 3007 and 9014, and any applicable Local Rules.

9.10.   **Settlement of Claims and Disputes.** The Plan also constitutes a motion under Bankruptcy Rule 9019 to the extent necessary to confirm the Plan.

9.11.   **Debtor name change.**  The Debtor may change its name and/or adopt one or more business aliases after the Effective Date.

## 10. EFFECT OF CONFIRMATION OF PLAN — DISCHARGE

On the effective date of the Plan, the Debtor shall be discharged from any debt that arose before confirmation of the Plan, subject to the occurrence of the effective date, to the extent specified in Code §1141(d)(1)(A) except that the Debtor shall not be discharged of any debt (i) imposed by the Plan, (ii) of a kind specified in Code §1141(d)(6)(A) if a timely complaint was filed in accordance with Bankruptcy Rule 4007(c), or (iii) of a kind specified in Code §1141(d)(6)(B).  After the effective date of the Plan your claims against the Debtor will be limited to the debts described in clauses (i) through (iii) of the preceding sentence.

## 11. EFFECTIVE DATE OF PLAN.

The effective date of the Plan (the "*Effective Date*") shall be the first business day following the date that is fourteen (14) days after the entry of the order of confirmation.  If, however, a stay of the Confirmation Order is in effect on that date, the Effective Date will be the first business day after the date on which the stay of the Confirmation Order expires or is otherwise terminated.  ***The Effective Date may occur without further notice by the Debtor***.

## 12. FINAL DECREE

Once the estate has been fully administered, as provided in Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Debtor, or such other party as the Court shall designate in the Confirmation Order, shall file a motion with the Court to obtain a final decree to close the case.  Alternatively, the Court may enter such a final decree on its own motion.

## 13. OTHER PLAN PROVISIONS

13.1.   **Scope and Retention of Jurisdiction.** The Bankruptcy Court shall retain jurisdiction to: *(i)* hear and determine pending applications for the assumption or rejection of contracts or leases and the allowance of Claims resulting therefrom; *(ii)* hear and determine any and all adversary proceedings, applications, and contested matters, including any remands of appeals, and including any Estate Actions; provided, however, that the Reorganized Debtor shall not be required to seek or obtain approval of the Bankruptcy Court under Bankruptcy Rule 9019 or otherwise as to the settlement or compromise of any Estate Actions post-Effective Date; *(iii)* ensure that distributions to holders of Allowed Claims are accomplished as provided herein; *(iv)* hear and determine any timely objections to or applications concerning Claims or the allowance, classification, priority, estimation, or payment of any Claim or Interest, and to enter Estimation Orders; *(v)* hear and determine all Fee Applications and Fee Claims; provided, however, that the Reorganized Debtor shall not be required to seek or obtain approval of the Bankruptcy Court under section Code §330 or otherwise as to the allowance or payment of professional fees post-Effective Date; *(vi)* enter and implement such orders as may be appropriate in the event the Confirmation Order is for any reason stayed, revoked, modified, reversed, or vacated; *(vii)* hear and determine disputes arising in connection with the execution, interpretation, implementation, consummation, or enforcement of the Plan; *(viii)* enter and implement such orders as may be necessary or appropriate to execute, interpret, implement, consummate, or enforce the Plan and the transactions contemplated thereunder; *(ix)* consider any modification of the Plan pursuant to Code § 1127, to cure any defect or omission or to reconcile any inconsistency in any order of the Bankruptcy Court, including, without limitation, the Confirmation Order; *(x)* enter and implement orders or take such other actions as may be necessary or appropriate to restrain interference by any entity with the consummation or implementation of

the Plan, including, without limitation, to issue, administer and enforce injunctions provided for in the Plan and the Confirmation Order; *(xi)* recover all assets of the Debtor and property of the estate, wherever located; *(xii)* hear and determine matters concerning state, local, and federal taxes in accordance with Code §§ 346, 505, and 1146; and *(xiii)* hear and determine any other matter not inconsistent with the Code and title 28 of the United States Code that may arise in connection with or related to the Plan; and enter a final decree closing the Bankruptcy Case. For the avoidance of doubt, the Bankruptcy Court shall retain jurisdiction over and complete the adjudication of the Frazier Adversary Proceeding (including the objection to Proof of Claim No. 20 which is consolidated therewith).

13.2.  **Litigation and retained causes of action.** Anson expressly retains for the benefit of the estate and the reorganized debtor after the Effective Date the claims and causes of action referenced and described in **Exhibit ANS305.01**.

> *Otherwise, Anson may provide notice of additional claims and/or causes of action by a supplement to the Plan to be filed within seven (7) days of the Confirmation Hearing.*

**ANSON FINANCIAL INC., DEBTOR AND DEBTOR-IN-POSSESSION**

**By:**

/s/ J. Michael Ferguson

**By:  J. Michael Ferguson, President**

**Counsel to the Debtor and Debtor in Possession:**

**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
Jeff Carruth (SBT #24001846)
3030 Matlock Rd., Suite 201
Arlington, TX 76015
(713) 341-1158
(866) 666-5322 (fax)
E-mail:  jcarruth@wkpz.com

- and -

Christopher M. Lee
State Bar No. 24041319
**LEE LAW FIRM, PLLC**
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

**EXHIBIT ANS301.01**

# EXHIBIT ANS301.01

**Assets as of Petition Date**

**No Admission of Liability**

| Asset Description | | | Value on Schedule A-B | |
|---|---|---|---|---|
| Cash | | | 31,491.00 | |
| Cash Bond - 67th Court | | | 4,104.10 | |
| Cash Bond - 17th Court | | | 243,258.68 | |
| Notes Receivable | | | 4,000,105.97 | |
| Claims vs. Third Parties | | | 208,310.33 | |
| Tax NOL 2019 | | | 9,167.00 | |
| Tax NOL 2020 (ESTIMATED) | | | 573,208.80 | |
| Interests in other entities | | | 2,073,489.41 | |
| Marta Martinez note+DOT (collateral pledge to Southern Financial - see Dkt. #259) | | | 46,423.73 | |
| **TOTAL** | | | **7,189,559.02** | |

**EXHIBIT ANS302.01**

### EXHIBIT ANS302.01 - SCENARIO 1
**Scheduled Claims and Proofs of Claim Analysis**
**NO ADMISSION OF LIABILITY**

| ClaimNo | Class | Claimant | Secured | Priority | Unsecured | Total | Potential Allowed | ClassTotal | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Schedule D | 1 | Godbey, Arvella | 15,835 | | | 15,835 | 15,835 | | |
| Schedule D | 1 | Heritage Credit, LLC | 252,575 | | | 252,575 | 252,575 | | |
| 19 | 1 | Jentex Financial, Inc. | 1,682,584 | | | 1,682,584 | 1,682,584 | | |
| Schedule D | 1 | S&F Funding, LLC | 823,299 | | | 823,299 | 823,299 | | |
| Schedule D | 1 | York Family Partnership | 2,763,893 | | | 2,763,893 | 2,763,893 | | |
| | Class total | | | | | | | 5,538,186 | |
| 1 | 2 | Small Business Administration | 154,733 | | | 154,733 | 154,733 | | |
| | Class total | | | | | | | 154,733 | |
| 20 | 3 | B. Frazier Management, Inc. | | | 674,516 | 674,516 | 28,715 | | Disputed / objection-adversary pending |
| 5 | 3 | Ghrist Law Firm PLLC | | | 0 | 0 | 0 | | Settled c. 3/7/2022, claim withdrawn. |
| 8 | 3 | Barron, Simone | | | 38,000 | 38,000 | 0 | | Disputed / objection-adversary pending |
| 9 | 3 | Barron, Simone | | | 418,000 | 418,000 | 0 | | Disputed / objection-adversary pending |
| 10 | 3 | Barron, Simone | | | 42,000 | 42,000 | 0 | | Disputed / objection-adversary pending |
| 11 | 3 | Yammine, Joseph Imad | | | 147,000 | 147,000 | 0 | | Disputed / objection-adversary pending |
| 12 | 3 | Yammine, Joseph Imad | | | 16,490 | 16,490 | 0 | | Disputed / objection-adversary pending |
| 13 | 3 | Yammine, Joseph Imad | | | 129,000 | 129,000 | 0 | | Disputed / objection-adversary pending |
| 14 | 3 | Yammine, Joseph Imad | | | 38,000 | 38,000 | 0 | | Disputed / objection-adversary pending |
| 15 | 3 | Yammine, Joseph Imad | | | 11,000 | 11,000 | 0 | | Disputed / objection-adversary pending |
| 16 | 3 | Yammine, Joseph Imad | | | 78,944 | 78,944 | 0 | | Disputed / objection-adversary pending |
| 17 | 3 | JPMorgan Chase | | | 51,360 | 51,360 | 51,360 | | Disputed - debtor believes amount is $0.00. |
| Schedule F | 3 | Eldridge, G. Parker | | | 18,412 | 18,412 | 18,412 | | |
| Schedule F | 3 | Godbey, Carol | | | 17,047 | 17,047 | 17,047 | | |
| Schedule F | 3 | York, Leroy | | | 47,079 | 47,079 | 47,079 | | |
| | Class total | | | | | | | 133,898 | |
| 2 | n/a | JPMorgan Chase | | | | 0 | | | CLAIM WITHDRAWN |
| 6 | n/a | 67th Judicial District Court (Ghrist) | | | | 0 | | | Settled c. 3/7/2022, claim withdrawn. |
| 18 | n/a | Wells Fargo | | | | 0 | | | CLAIM WITHDRAWN |
| Schedule F | n/a | IRS | | | | 0 | | | Notice only. |
| 3 | n/a - tax | City of Colleyville | 19 | | | 19 | | | |
| 4 | n/a - tax | Grapevine/Colleyville ISD | 83 | | | 83 | | | |
| 7 | n/a - tax | Tarrant County | 34 | | | 34 | | | |
| n/a | n/a | Southern Financial Group Mortgage | 46,423.73 | | | 46,423.73 | | 46,423.73 | 0.00 plan distrib. see Bates 9019 motion Dkt. #259 |

**EXHIBIT ANS302.01**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | **EXHIBIT ANS302.01 - SCENARIO 2** | | | | | | | | |
| | Scheduled Claims and Proofs of Claim Analysis | | | | | | | | |
| | NO ADMISSION OF LIABILITY | | | | | | | | |
| ClaimNo | Class | Claimant | Secured | Priority | Unsecured | Total | Potential Allowed | ClassTotal | Notes |
| Schedule D | 1 | Godbey, Arvella | 15,835 | | | 15,835 | 15,835 | | |
| Schedule D | 1 | Heritage Credit, LLC | 252,575 | | | 252,575 | 252,575 | | |
| 19 | 1 | Jentex Financial, Inc. | 1,682,584 | | | 1,682,584 | 1,682,584 | | |
| Schedule D | 1 | S&F Funding, LLC | 823,299 | | | 823,299 | 823,299 | | |
| Schedule D | 1 | York Family Partnership | 2,763,893 | | | 2,763,893 | 2,763,893 | | |
| | Class total | | | | | | | 5,538,186 | |
| 1 | 2 | Small Business Administration | 154,733 | | | 154,733 | 154,733 | | |
| | Class total | | | | | | | 154,733 | |
| 3 | | [None] | | | | 0 | | | Disputed / objection-adversary pending |
| | Class total | | | | | | | | |
| 20 | 4 | B. Frazier Management, Inc. | | | 674,516 | 674,516 | 674,516 | | Disputed / objection-adversary pending |
| 5 | 4 | Ghrist Law Firm PLLC | | | 0 | 0 | 0 | | Settled c. 3/7/2022, claim withdrawn |
| 8 | 4 | Barron, Simone | | | 38,000 | 38,000 | 0 | | Disputed / objection-adversary pending |
| 9 | 4 | Barron, Simone | | | 418,000 | 418,000 | 0 | | Disputed / objection-adversary pending |
| 10 | 4 | Barron, Simone | | | 42,000 | 42,000 | 0 | | Disputed / objection-adversary pending |
| 11 | 4 | Yammine, Joseph Imad | | | 147,000 | 147,000 | 0 | | Disputed / objection-adversary pending |
| 12 | 4 | Yammine, Joseph Imad | | | 16,490 | 16,490 | 0 | | Disputed / objection-adversary pending |
| 13 | 4 | Yammine, Joseph Imad | | | 129,000 | 129,000 | 0 | | Disputed / objection-adversary pending |
| 14 | 4 | Yammine, Joseph Imad | | | 38,000 | 38,000 | 0 | | Disputed / objection-adversary pending |
| 15 | 4 | Yammine, Joseph Imad | | | 11,000 | 11,000 | 0 | | Disputed / objection-adversary pending |
| 16 | 4 | Yammine, Joseph Imad | | | 78,944 | 78,944 | 0 | | Disputed / objection-adversary pending |
| Schedule F | 4 | Eldridge, G. Parker | | | 18,412 | 18,412 | 18,412 | | |
| Schedule F | 4 | Godbey, Carol | | | 17,047 | 17,047 | 17,047 | | |
| Schedule F | 4 | York, Leroy | | | 47,079 | 47,079 | 47,079 | | |
| | Class total | | | | | | | 757,053 | |
| 2 | n/a | JPMorgan Chase | | | | 0 | | | CLAIM WITHDRAWN |
| 6 | n/a | 67th Judicial District Court (Ghrist) | | | | 0 | | | Settled c. 3/7/2022, claim withdrawn |
| 18 | n/a | Wells Fargo | | | | 0 | | | CLAIM WITHDRAWN |
| Schedule F | n/a | IRS | | | | 0 | | | Notice only. |
| 3 | n/a - tax | City of Colleyville | 19 | | | 19 | | | |
| 4 | n/a - tax | Grapevine/Colleyville ISD | 83 | | | 83 | | | |
| 7 | n/a - tax | Tarrant County | 34 | | | 34 | | | |
| n/a | n/a | Southern Financial Group Mortgage | 46,423.73 | | | 46,423.73 | | 46,423.73 | 0.00 plan distrib. see Bates 9019 motion Dkt. #259 |

**EXHIBIT ANS303.01**

| EXHIBIT ANS303.01 | | |
|---|---:|---|
| **Liquidation Analysis** | | |
| **No Admission of Liability** | | |
| | | |
| Cash | $36,509.26 | |
| AFI Management Rec | $16,091.68 | |
| Cash Bonds | $0.00 | |
| Mortgages Receivables | $2,621,054.14 | 70% |
| 62 Main St. | $836,404.78 | |
| AFI Technology | $0.00 | |
| AFM Investments, Inc. | $137,506.58 | |
| AFM Technology, LLC | $67,309.34 | |
| All American Royalties, Inc. | $573,128.96 | |
| Alvord 287 | $293,651.65 | |
| MBH Real Estate, LLC | $0.00 | |
| Marta Martinez note+DOT liquidation value | $0.00 | |
| Total Revenue | $4,581,656.39 | |
| | | |
| Liabilities | $5,701,327.35 | |
| | | |
| Net Value | ($1,119,670.96) | |

# EXHIBIT ANS304.01

## PROJECTIONS

**THE PROJECTED FINANCIAL INFORMATION AND OTHER FORWARD LOOKING STATEMENTS CONTAINED IN THIS DISCLOSURE STATEMENT ARE BASED ON VARIOUS ASSUMPTIONS AND ESTIMATES AND WILL NOT BE UPDATED TO REFLECT EVENTS OCCURRING AFTER THE DATE HEREOF. SUCH INFORMATION AND STATEMENTS ARE SUBJECT TO INHERENT UNCERTAINTIES AND TO A WIDE VARIETY OF SIGNIFICANT BUSINESS, ECONOMIC, AND COMPETITIVE RISKS INCLUDING, AMONG OTHERS, THOSE DESCRIBED HEREIN. CONSEQUENTLY, ACTUAL EVENTS, CIRCUMSTANCES, EFFECTS AND RESULTS MAY VARY SIGNIFICANTLY FROM THOSE INCLUDED IN OR CONTEMPLATED BY SUCH PROJECTED FINANCIAL INFORMATION AND SUCH OTHER FORWARD-LOOKING STATEMENTS.**

**NO CLAIM SHOULD BE DEEMED TO BE ALLOWED IN ANY PARTICULAR AMOUNT BASED UPON A DESCRIPTION OR REFERENCE TO ANY SUCH CLAIM OR TO ANY CLASS IN THE PROJECTIONS.**

DRAFT - NO ADDMISSION OF LIABILITY - SUBJECT TO REVISION

## EXHIBIT ANS304.01 -- PROJECTIONS - SCENARIO 1

**Anson Financial, Inc.  Projections**

| Year | 2022 | | | | | | | | | 2023 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 |
| **Cash Carry Forward** | 38,740.00 | 48,192.00 | 37,644.00 | 39,596.00 | 41,548.00 | 43,500.00 | 45,452.00 | 49,904.00 | 54,356.00 | 63,808.00 | 73,260.00 | 82,712.00 |
| **Income** | | | | | | | | | | | | |
| Notes Receivable Pmts | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 |
| **Gross Income + Cash Forward** | 93,740.00 | 103,192.00 | 92,644.00 | 94,596.00 | 96,548.00 | 98,500.00 | 100,452.00 | 104,904.00 | 109,356.00 | 118,808.00 | 128,260.00 | 137,712.00 |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Management Fees | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 |
| CPA Annual Tax Return | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 |
| Liability Insurance | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Property Taxes | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| **Plan** | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin (WKPZ + SubV Trustee) | | 20,000.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 5,000.00 | 5,000.00 | | | | |
| Class 1 Investor Notes | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 |
| Class 2 SBA | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 |
| Class 3 General unsecured | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 |
| Total Operating Expenses + Plan | 45,548.00 | 65,548.00 | 53,048.00 | 53,048.00 | 53,048.00 | 53,048.00 | 50,548.00 | 50,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 |
| | | | | | | | | | | | | |
| | 48,192.00 | 37,644.00 | 39,596.00 | 41,548.00 | 43,500.00 | 45,452.00 | 49,904.00 | 54,356.00 | 63,808.00 | 73,260.00 | 82,712.00 | 92,164.00 |

DRAFT - NO ADDMISSION OF LIABILITY - SUBJECT TO REVISION

**EXHIBIT ANS304.01 -- PROJECTIONS - SCENARIO 1**

Anson Financial, Inc. Projections

| Year | 2023 | | | | | | | | | 2024 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 |
| **Cash Carry Forward** | 92,164.00 | 101,616.00 | 111,068.00 | 120,520.00 | 129,972.00 | 139,424.00 | 148,876.00 | 158,328.00 | 167,780.00 | 177,232.00 | 186,684.00 | 196,136.00 |
| Income | | | | | | | | | | | | |
| Notes Receivable Pmts | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 |
| **Gross Income + Cash Forward** | 147,164.00 | 156,616.00 | 166,068.00 | 175,520.00 | 184,972.00 | 194,424.00 | 203,876.00 | 213,328.00 | 222,780.00 | 232,232.00 | 241,684.00 | 251,136.00 |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Management Fees | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 |
| CPA Annual Tax Return | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 |
| Liability Insurance | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Property Taxes | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| **Plan** | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin (WKPZ + SubV Trustee) | - | - | - | - | - | - | - | - | - | - | - | - |
| Class 1 Investor Notes | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 |
| Class 2 SBA | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 |
| Class 3 General unsecured | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 |
| Total Operating Expenses + Plan | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | |
| | | | | | | | | | | | | |
| Net Cash | 101,616.00 | 111,068.00 | 120,520.00 | 129,972.00 | 139,424.00 | 148,876.00 | 158,328.00 | 167,780.00 | 177,232.00 | 186,684.00 | 196,136.00 | 205,588.00 |

DRAFT - NO ADDMISSION OF LIABILITY - SUBJECT TO REVISION

**EXHIBIT ANS304.01 -- PROJECTIONS - SCENARIO 1**

Anson Financial, Inc.  Projections

| Year | 2024 | | | | | | | | | 2025 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 |
| **Cash Carry Forward** | 205,588.00 | 215,040.00 | 224,492.00 | 233,944.00 | 243,396.00 | 252,848.00 | 262,300.00 | 271,752.00 | 281,204.00 | 290,656.00 | 300,108.00 | 309,560.00 |
| **Income** | | | | | | | | | | | | |
| Notes Receivable Pmts | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 |
| **Gross Income + Cash Forward** | 260,588.00 | 270,040.00 | 279,492.00 | 288,944.00 | 298,396.00 | 307,848.00 | 317,300.00 | 326,752.00 | 336,204.00 | 345,656.00 | 355,108.00 | 364,560.00 |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Management Fees | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 |
| CPA Annual Tax Return | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 |
| Liability Insurance | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Property Taxes | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| **Plan** | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin (WKPZ + SubV Trustee) | - | - | - | - | - | - | - | - | - | - | - | - |
| Class 1 Investor Notes | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 |
| Class 2 SBA | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 |
| Class 3 General unsecured | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 |
| Total Operating Expenses + Plan | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | |
| | | | | | | | | | | | | |
| Net Cash | 215,040.00 | 224,492.00 | 233,944.00 | 243,396.00 | 252,848.00 | 262,300.00 | 271,752.00 | 281,204.00 | 290,656.00 | 300,108.00 | 309,560.00 | 319,012.00 |

DRAFT - NO ADDMISSION OF LIABILITY - SUBJECT TO REVISION

**EXHIBIT ANS304.01 -- PROJECTIONS - SCENARIO 1**

Anson Financial, Inc. Projections

| Year | 2025 | | | | | | | | | 2026 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 |
| **Cash Carry Forward** | 319,012.00 | 328,464.00 | 337,916.00 | 347,368.00 | 356,820.00 | 366,272.00 | 375,724.00 | 385,176.00 | 394,628.00 | 404,080.00 | 413,532.00 | 422,984.00 |
| Income | | | | | | | | | | | | |
| Notes Receivable Pmts | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 |
| **Gross Income + Cash Forward** | 374,012.00 | 383,464.00 | 392,916.00 | 402,368.00 | 411,820.00 | 421,272.00 | 430,724.00 | 440,176.00 | 449,628.00 | 459,080.00 | 468,532.00 | 477,984.00 |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Management Fees | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 |
| CPA Annual Tax Return | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 |
| Liability Insurance | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Property Taxes | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| **Plan** | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin (WKPZ + SubV Trustee) | - | - | - | - | - | - | - | - | - | - | - | - |
| Class 1 Investor Notes | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 |
| Class 2 SBA | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 |
| Class 3 General unsecured | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 |
| Total Operating Expenses + Plan | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 |
| | | | | | | | | | | | | |
| Net Cash | 328,464.00 | 337,916.00 | 347,368.00 | 356,820.00 | 366,272.00 | 375,724.00 | 385,176.00 | 394,628.00 | 404,080.00 | 413,532.00 | 422,984.00 | 432,436.00 |

DRAFT - NO ADDMISSION OF LIABILITY - SUBJECT TO REVISION

**EXHIBIT ANS304.01 -- PROJECTIONS - SCENARIO 1**

Anson Financial, Inc. Projections

| Year | 2025 | | | | | | | | | 2026 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 |
| **Cash Carry Forward** | 432,436.00 | 441,888.00 | 451,340.00 | 460,792.00 | 470,244.00 | 479,696.00 | 489,148.00 | 498,600.00 | 508,052.00 | 517,504.00 | 526,956.00 | 536,408.00 |
| **Income** | | | | | | | | | | | | |
| Notes Receivable Pmts | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 |
| **Gross Income + Cash Forward** | 487,436.00 | 496,888.00 | 506,340.00 | 515,792.00 | 525,244.00 | 534,696.00 | 544,148.00 | 553,600.00 | 563,052.00 | 572,504.00 | 581,956.00 | 591,408.00 |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Management Fees | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 |
| CPA Annual Tax Return | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 |
| Liability Insurance | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Property Taxes | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| **Plan** | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin (WKPZ + SubV Trustee) | - | - | - | - | - | - | - | - | - | - | - | - |
| Class 1 Investor Notes | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 |
| Class 2 SBA | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 |
| Class 3 General unsecured | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 | 2,232.00 |
| Total Operating Expenses + Plan | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 | 45,548.00 |
| | | | | | | | | | | | | |
| Net Cash | 441,888.00 | 451,340.00 | 460,792.00 | 470,244.00 | 479,696.00 | 489,148.00 | 498,600.00 | 508,052.00 | 517,504.00 | 526,956.00 | 536,408.00 | 545,860.00 |

DRAFT - NO ADDMISSION OF LIABILITY - SUBJECT TO REVISION

### EXHIBIT ANS304.01 -- PROJECTIONS - SCENARIO 2

Anson Financial, Inc.  Projections

| Year | 2022 | | | | | | | | | 2023 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 |
| **Cash Carry Forward** | 38,740.00 | 40,424.00 | 32,108.00 | 26,292.00 | 20,476.00 | 15,160.00 | 11,844.00 | 8,528.00 | 5,212.00 | 1,896.00 | 2,580.00 | 3,264.00 |
| **Income** | | | | | | | | | | | | |
| Notes Receivable Pmts | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 |
| **Gross Income + Cash Forward** | 93,740.00 | 95,424.00 | 87,108.00 | 81,292.00 | 75,476.00 | 70,160.00 | 66,844.00 | 63,528.00 | 60,212.00 | 56,896.00 | 57,580.00 | 58,264.00 |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Management Fees | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 |
| CPA Annual Tax Return | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 |
| Liability Insurance | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Property Taxes | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| **Plan** | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin (WKPZ + SubVT) | | 10,000.00 | 7,500.00 | 7,500.00 | 7,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Class 1 Investor Notes | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 |
| Class 2 SBA | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 |
| Class 3 General unsecured | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Total Operating Expenses + Plan | 53,316.00 | 63,316.00 | 60,816.00 | 60,816.00 | 60,316.00 | 58,316.00 | 58,316.00 | 58,316.00 | 58,316.00 | 54,316.00 | 54,316.00 | 54,316.00 |
| | | | | | | | | | | | | |
| Net Cash | 40,424.00 | 32,108.00 | 26,292.00 | 20,476.00 | 15,160.00 | 11,844.00 | 8,528.00 | 5,212.00 | 1,896.00 | 2,580.00 | 3,264.00 | 3,948.00 |

DRAFT - NO ADDMISSION OF LIABILITY - SUBJECT TO REVISION

## EXHIBIT ANS304.01 -- PROJECTIONS - SCENARIO 2

Anson Financial, Inc.  Projections

| | Year | 2023 | | | | | | | | | 2024 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 |
| **Cash Carry Forward** | | 3,948.00 | 4,632.00 | 5,316.00 | 6,000.00 | 6,684.00 | 7,368.00 | 9,052.00 | 10,736.00 | 12,420.00 | 14,104.00 | 15,788.00 | 17,472.00 |
| **Income** | | | | | | | | | | | | | |
| Notes Receivable Pmts | | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 |
| **Gross Income + Cash Forward** | | 58,948.00 | 59,632.00 | 60,316.00 | 61,000.00 | 61,684.00 | 62,368.00 | 64,052.00 | 65,736.00 | 67,420.00 | 69,104.00 | 70,788.00 | 72,472.00 |
| | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | |
| Management Fees | | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 |
| CPA Annual Tax Return | | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 |
| Liability Insurance | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Property Taxes | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| **Plan** | | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin (WKPZ + SubVT) | | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | - | - | - | - | - | - | - |
| Class 1 Investor Notes | | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 |
| Class 2 SBA | | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 |
| Class 3 General unsecured | | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Total Operating Expenses + Plan | | 54,316.00 | 54,316.00 | 54,316.00 | 54,316.00 | 54,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 |
| | | | | | | | | | | | | | |
| Net Cash | | 4,632.00 | 5,316.00 | 6,000.00 | 6,684.00 | 7,368.00 | 9,052.00 | 10,736.00 | 12,420.00 | 14,104.00 | 15,788.00 | 17,472.00 | 19,156.00 |

DRAFT - NO ADDMISSION OF LIABILITY - SUBJECT TO REVISION

**EXHIBIT ANS304.01 -- PROJECTIONS - SCENARIO 2**

Anson Financial, Inc.  Projections

| Year | 2024 | | | | | | | | | 2025 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 |
| **Cash Carry Forward** | 19,156.00 | 20,840.00 | 22,524.00 | 24,208.00 | 25,892.00 | 27,576.00 | 29,260.00 | 30,944.00 | 32,628.00 | 34,312.00 | 35,996.00 | 37,680.00 |
| **Income** | | | | | | | | | | | | |
| Notes Receivable Pmts | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 |
| **Gross Income + Cash Forward** | 74,156.00 | 75,840.00 | 77,524.00 | 79,208.00 | 80,892.00 | 82,576.00 | 84,260.00 | 85,944.00 | 87,628.00 | 89,312.00 | 90,996.00 | 92,680.00 |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Management Fees | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 |
| CPA Annual Tax Return | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 |
| Liability Insurance | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Property Taxes | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| **Plan** | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin (WKPZ + SubVT) | - | - | - | - | - | - | - | - | - | - | - | - |
| Class 1 Investor Notes | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 |
| Class 2 SBA | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 |
| Class 3 General unsecured | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Total Operating Expenses + Plan | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 |
| | | | | | | | | | | | | |
| Net Cash | 20,840.00 | 22,524.00 | 24,208.00 | 25,892.00 | 27,576.00 | 29,260.00 | 30,944.00 | 32,628.00 | 34,312.00 | 35,996.00 | 37,680.00 | 39,364.00 |

DRAFT - NO ADDMISSION OF LIABILITY - SUBJECT TO REVISION

### EXHIBIT ANS304.01 -- PROJECTIONS - SCENARIO 2

Anson Financial, Inc.  Projections

| Year | 2025 | | | | | | | | | 2026 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 |
| **Cash Carry Forward** | 39,364.00 | 41,048.00 | 42,732.00 | 44,416.00 | 46,100.00 | 47,784.00 | 49,468.00 | 51,152.00 | 52,836.00 | 54,520.00 | 56,204.00 | 57,888.00 |
| Income | | | | | | | | | | | | |
| Notes Receivable Pmts | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 |
| **Gross Income + Cash Forward** | 94,364.00 | 96,048.00 | 97,732.00 | 99,416.00 | 101,100.00 | 102,784.00 | 104,468.00 | 106,152.00 | 107,836.00 | 109,520.00 | 111,204.00 | 112,888.00 |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Management Fees | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 |
| CPA Annual Tax Return | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 |
| Liability Insurance | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Property Taxes | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| **Plan** | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin (WKPZ + SubVT) | - | - | - | - | - | - | - | - | - | - | - | - |
| Class 1 Investor Notes | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 |
| Class 2 SBA | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 |
| Class 3 General unsecured | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Total Operating Expenses + Plan | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 |
| | | | | | | | | | | | | |
| Net Cash | 41,048.00 | 42,732.00 | 44,416.00 | 46,100.00 | 47,784.00 | 49,468.00 | 51,152.00 | 52,836.00 | 54,520.00 | 56,204.00 | 57,888.00 | 59,572.00 |

DRAFT - NO ADDMISSION OF LIABILITY - SUBJECT TO REVISION

## EXHIBIT ANS304.01 -- PROJECTIONS - SCENARIO 2

**Anson Financial, Inc.  Projections**

| Year | 2025 | | | | | | | | | 2026 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 |
| **Cash Carry Forward** | 59,572.00 | 61,256.00 | 62,940.00 | 64,624.00 | 66,308.00 | 67,992.00 | 69,676.00 | 71,360.00 | 73,044.00 | 74,728.00 | 76,412.00 | 78,096.00 |
| **Income** | | | | | | | | | | | | |
| Notes Receivable Pmts | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 | 55,000.00 |
| **Gross Income + Cash Forward** | 114,572.00 | 116,256.00 | 117,940.00 | 119,624.00 | 121,308.00 | 122,992.00 | 124,676.00 | 126,360.00 | 128,044.00 | 129,728.00 | 131,412.00 | 133,096.00 |
| | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | |
| Management Fees | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 | 3,430.00 |
| CPA Annual Tax Return | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 | 55.00 |
| Liability Insurance | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Property Taxes | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| **Plan** | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin (WKPZ + SubVT) | - | - | - | - | - | - | - | - | - | - | - | - |
| Class 1 Investor Notes | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 | 39,136.00 |
| Class 2 SBA | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 | 635.00 |
| Class 3 General unsecured | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Total Operating Expenses + Plan | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 | 53,316.00 |
| | | | | | | | | | | | | |
| Net Cash | 61,256.00 | 62,940.00 | 64,624.00 | 66,308.00 | 67,992.00 | 69,676.00 | 71,360.00 | 73,044.00 | 74,728.00 | 76,412.00 | 78,096.00 | 79,780.00 |

# EXHIBIT ANS305.01

## RETAINED CAUSES OF ACTION

Any and claim facts, claims, issues, rights, remedies, and/or defenses with respect to each of the Investor Notes and the obligations underling each of the Investors Notes.

Any and claim facts, claims, issues, rights, remedies, and/or defenses with respect to any lawsuit, civil action, contested matter, adversary proceeding, and/or any other proceeding pending as of the Petition Date, initiated after the Petition Date, and/or otherwise pending prior to or as of the Effective Date of the Plan with any other party and/or relating to any of the Investor Notes and/or the obligations underling each of the Investors Notes, and further including any facts, claims, issues, rights, remedies, and/or defenses in any of the actions pending as of the Petition Date that are referenced and described in the Schedules, Statement of Financial Affairs, this Plan, and/or any supplement to this Plan.

Any facts, claims, issues, rights, remedies, and/or defenses related to any claim or cause of action under Chapter 5 of the Bankruptcy Code, 11 U.S.C. § 101 et seq. and identified, referenced, and/or described in the Schedules, Statement of Financial Affairs, this Plan, and/or any supplement to this Plan.

Any and all facts, claims, issues, rights, remedies, and/or defenses of the Debtor asserted or which may be asserted in any pending lawsuit, civil action, contested matter, and/or adversary proceeding and/or any other proceedings referenced and described in the Plan and/or otherwise pending prior to or as of the Effective Date of the Plan.

Any facts, claims, issues, rights, remedies, and/or defenses of the Debtor referenced and/or described in Plan §1.8.3.