IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANSON FINANCIAL, INC., | § | CASE NO. 21-41517 |
| | § | |
| DEBTOR. | § | |

**NOTICE (I) OF HEARING TO CONSIDER CONFIRMATION OF SECOND AMENDED SUBCHAPTER V PLAN OF REORGANIZATION OF ANSON FINANCIAL, INC. DATED March 15, 2022 AND (II) RELATED DEADLINES**

The Court has set a hearing (the "*Confirmation Hearing*") as set forth below to consider the confirmation of the *Seconded Amended SubChapter V Plan of Reorganization of Anson Financial, Inc. Dated March 15, 2022* (Docket No. 262) (the "*Plan*"). Notice is hereby provided of the Confirmation Hearing and of the related dates and deadlines as set forth below.

1. **April 13, 2022 at 11:59 p.m. Central Time (CT)** (the "*Ballot Deadline*" as shown in the Plan) is provided as the last day for filing written acceptances or rejections of the Debtor's proposed Plan which must be received on that date at the offices of Jeff Carruth, Weycer, Kaplan, Pulaski & Zuber, P.C. 3030 Matlock Rd., Suite 201 Arlington, TX 76015, facsimile (866) 666-5322, email jcarruth@wkpz.com. Ballots may be accepted by mail, fax, and/or email but must arrive prior to the Ballot Deadline.

2. **April 17, 2022 at 11:59 p.m. Central Time (CT)** (the "*Objection Deadline*" as shown in the Plan) is provided as the last day for filing and serving written objections to confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1) and L.B.R. 3020-1.[1]

3. The Court will conduct an evidentiary hearing regarding confirmation of the Plan (the "*Confirmation Hearing*" as shown in the Plan) on **APRIL 21, 2022, at 9:30 A.M. Central Time (CT)**, which hearing may be adjourned or continued to a different date without further notice other than notice given in open court at such hearing.

4. The Confirmation Hearing will be conducted electronically before the Honorable Edward L. Morris at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102. **THE HEARING WILL BE IN PERSON AND ALSO BE CONDUCTED BY THE WEBEX VIDEO AND AUDIO FACILITIES OF THE COURT.**

---

[1] *L.B.R. 3020-1 Chapter 11 - Confirmation.* Unless the court orders otherwise, an objection to confirmation shall be filed and served no later than 4 days prior to the date set for hearing on confirmation of the plan.

NOTICE (I) OF HEARING TO CONSIDER CONFIRMATION OF SECOND AMENDED SUBCHAPTER V PLAN OF REORGANIZATION OF ANSON FINANCIAL, INC. DATED MARCH 15, 2022 AND (II) RELATED DEADLINES — Page 1

2107940.DOCX[1]

Webex information is available at the following link.

https://www.txnb.uscourts.gov/sites/txnb/files/hearings/WebEx%20Hearing%20Instructions%20for%20Judge%20Morris_1.pdf

**PLEASE CONTACT THE UNDERSIGNED IF YOU WOULD LIKE TO RECEIVE A COPY OF THE PLAN OR HAVE ANY QUESTIONS.**

Dated: March 15, 2022      Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: ___*/s/ Jeff Carruth*_____

     JEFF CARRUTH (TX SBN:. 24001846)
     3030 Matlock Rd., Suite 201
     Arlington, Texas 76105
     Telephone: (713) 341-1158
     Fax: (866) 666-5322
     E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
ANSON FINANCIAL, INC.
DEBTOR AND DEBTOR IN POSSESSION

## <u>CERTIFICATE OF SERVICE</u>

A separate certificate of service regarding the Plan solicitation set will be filed.

         ___*/s/ Jeff Carruth*_____
         JEFF CARRUTH