Amanda A. Catlin
State Bar No. 24036340
FIDELITY NATIONAL LAW GROUP
6900 Dallas Parkway, Suite 610
Plano, Texas 75024
(972) 812-6550
(972) 812-9408
ATTORNEY FOR STERLING BATES

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § | Chapter 11<br>Case No. 21-41517-11 |
| ANSON FINANCIAL, INC.,<br>    Debtor | | |

### THIRD AMENDED NOTICE OF HEARING ON MOTION OF STERLING BATES FOR RELIEF FROM THE AUTOMATIC STAY

Please take notice that a hearing on Movant Sterling Bates' Motion for Relief from the Automatic Stay has been moved from March 30, 2022, and reset in the above-styled bankruptcy proceeding for Wednesday, April 20, 2022, at 9:30 a.m. before the Honorable Edward L. Morris, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102, via WebEx means only.

**For WebEx Video Participation/Attendance**:
Link: https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance**:
Dial-In: 1.650.479.3207
Meeting ID: 473 581 124

Respectfully submitted,

*/s/ Amanda A. Catlin*
**AMANDA A. CATLIN**
Texas Bar No.: 24036340
Email: Amanda.Catlin@fnf.com
**GREGORY T. BREWER**
Texas Bar No.: 00792370
Email: Gregory.Brewer@fnf.com
FIDELITY NATIONAL LAW GROUP
6900 Dallas Parkway, Suite 610
Plano, Texas 75024
Direct: 972-812-6550
Facsimile: 972-812-9408

**ATTORNEYS FOR STERLING BATES**

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022, a true and correct copy of this document was served via electronic means as listed on the Court's ECF noticing system.

*/s/ Amanda A. Catlin*
Amanda A. Catlin