Jeff Carruth (TX SBN:. 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd., Suite 201
Arlington, TX 76015
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

Christopher M. Lee
State Bar No. 24041319
**LEE LAW FIRM, PLLC**
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

ATTORNEYS FOR
ANSON FINANCIAL INC.
DEBTOR AND DEBTOR IN POSSESSION

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **§** | |
| | **§** | |
| **ANSON FINANCIAL, INC.,** | **§** | **CASE NO. 21-41517-elm-11** |
| | **§** | |
| **DEBTOR.** | **§** | |

# MOTION OF DEBTOR FOR AN ORDER DIRECTING WELLS FARGO TO RELEASE FUNDS

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT THE ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., FORT WORTH, TX 76102-3643. BEFORE CLOSE OF BUSINESS ON APRIL 27, 2021, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:**

Anson Financial, Inc. ("Anson" or the "Debtor"), files this *Motion of Debtor for an Order directing Wells Fargo to Release Funds* (the "Motion") and in support thereof would show to the Court the following.

1. On June 25, 2021 (the "Petition Date"), Anson commenced the above-caption case by filing a voluntary petition under Chapter 11 of the Code. Anson is in possession of its assets and is proceeding in this case as a debtor-in-possession.

2. On June 28, 2021, Wells Fargo Bank N.A. froze funds of the Debtor held in bank account ending in 5257 in the amount of $10,789.88. This same date, Wells Fargo sent a letter to the Debtor indicating that they needed an Order from the Court in order to release said funds to the Debtor.

3. Accordingly, Debtor respectfully requests that the Court enter an Order directing Wells Fargo to release the funds held account ending in 5257 to the Debtor.

4. A proposed form of order accompanies this motion and is incorporated

WHEREFORE, Anson Financial, Inc., Debtor and Debtor in Possession, respectfully requests that the Court enter an Order directing Wells Fargo to Release the Debtor's funds, and grant such other and further relief to which the Debtor may be entitled at law or in equity.

Dated: April 6, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
JEFF CARRUTH (TX SBN 24001846)
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR ANSON FINANCIAL, INC.
DEBTOR AND DEBTOR IN POSSESSION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on April 6, 2022 (1) by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and (2) by regular mail to all parties appearing in the attached address list (i.e. mailing matrix) obtained from the Court's PACER facility. ***A copy of the service lists was not served with the regular mail service set but is available by contacting the undersigned.***

**In addition, a copy was mailed to:**

Wells Fargo Bank N.A.
Deposits Bankruptcy Department
P. O. Box 3908
Portland, OR 97208-3908

**ANY PARTY REQUESTING A FULL SIZED COPY OF THIS PLEADING OR COPIES OF ANY EXHIBITS SHOULD CONTACT THE UNDERSIGNED.**

*/s/ Jeff Carruth*
JEFF CARRUTH

**21-41517-elm11 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Debtor Anson Financial, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com; carruthjr87698@notify.bestcase.com

Jeffery D. Carruth on behalf of Defendant Anson Financial, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com; carruthjr87698@notify.bestcase.com

Jeffery D. Carruth on behalf of Plaintiff AFI Loan Servicing, LLC
jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com; carruthjr87698@notify.bestcase.com

Jeffery D. Carruth on behalf of Plaintiff Anson Financial, Inc.
jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com; carruthjr87698@notify.bestcase.com

Jeffery D. Carruth on behalf of Plaintiff J. Michael Ferguson P.C.
jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com; carruthjr87698@notify.bestcase.com

Jeffery D. Carruth on behalf of Plaintiff MBH Real Estate, LLC
jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com; carruthjr87698@notify.bestcase.com

Alonzo Zachary Casas on behalf of Creditor JPMORGAN CHASE BANK, N.A.
ecftxnb@aldridgepite.com, acasas@ecf.inforuptcy.com

Amanda Allison Catlin on behalf of Creditor Sterling Bates
Amanda.Catlin@fnf.com

Lawrence Chek on behalf of Creditor Wells Fargo Bank, National Association
lchek@pamlaw.com, mislas@pamlaw.com

Eboney D. Cobb on behalf of Creditor City of Colleyville
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Eboney D. Cobb on behalf of Creditor Grapevine-Colleyville ISD
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Ian D. Ghrist on behalf of Creditor Ghrist Law Firm PLLC
ian@ghristlaw.com, christian@ghristlaw.com;idghrist@gmail.com;sarah@ghristlaw.com

Ian D. Ghrist on behalf of Defendant Ghrist Law Firm PLLC
ian@ghristlaw.com, christian@ghristlaw.com;idghrist@gmail.com;sarah@ghristlaw.com

Ian D. Ghrist on behalf of Defendant Ian Ghrist
ian@ghristlaw.com, christian@ghristlaw.com;idghrist@gmail.com;sarah@ghristlaw.com

Kathryn Hernandez on behalf of Debtor Anson Financial, Inc.
k.magan@maganlawpllc.com

Kathryn Hernandez on behalf of Defendant Anson Financial, Inc.
k.magan@maganlawpllc.com

Kathryn Hernandez on behalf of Interested Party Joe Michael Ferguson
k.magan@maganlawpllc.com

Kathryn Hernandez on behalf of Plaintiff AFI Loan Servicing, LLC
k.magan@maganlawpllc.com

Kathryn Hernandez on behalf of Plaintiff Anson Financial, Inc.
k.magan@maganlawpllc.com

Kathryn Hernandez on behalf of Plaintiff J. Michael Ferguson P.C.
k.magan@maganlawpllc.com

Kathryn Hernandez on behalf of Plaintiff MBH Real Estate, LLC
k.magan@maganlawpllc.com

Areya Holder Aurzada (SBRA V)
trustee@holderlawpc.com,
aha@trustesolutions.net;caha11@trustesolutions.net

Christopher Marvin Lee on behalf of Debtor Anson Financial, Inc.
ecf@leebankruptcy.com,
clerk@leebankruptcy.com;LeeLawFirmPLLC@jubileebk.net

Craig C. Lesok on behalf of Creditor Jentex Financial, Inc.
craig@lesoklaw.com

Joyce W. Lindauer on behalf of Creditor Joseph I Yammine
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Mark Joseph Petrocchi on behalf of Creditor Leroy J. York Family Limited Partnership
mpetrocchi@lawgjm.com,
mkidd@lawgjm.com;mpetrocchi@yahoo.com

Laurie A. Spindler on behalf of Creditor Tarrant County
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Matthew Tillma on behalf of Creditor JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A.
Matthew.Tillma@BonialPC.com,
Notices.Bonial@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Lyndel Anne Vargas on behalf of Creditor B. Frazier Management, Inc.
LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel Anne Vargas on behalf of Creditor Brian Frazier
LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel Anne Vargas on behalf of Plaintiff B. Frazier Management, Inc.
LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel Anne Vargas on behalf of Plaintiff Brian H. Frazier
LVargas@chfirm.com,
chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

## REGULAR MAIL LIST / MATRIX

| SERVICE LIST | Case No. 21-41517 | In re: Anson Financial Inc. | | | | |
|---|---|---|---|---|---|---|
| Creditor list dowload date: | Feb. 9, 2022 | | | | | |
| Address1 | Address2 | Address3 | Address4 | Address5 | Comment on matrix | Method of Service |
| Ghrist Law Firm PLLC | 4016 Gateway Drive Suite 130 | Colleyville, TX 76034-5958 | | | | NOA-ECF |
| JPMORGAN CHASE BANK, N.A. | | | | | undeliverable | none |
| JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank | 14841 Dallas Parkway, Suite 425 | Dallas, TX 75254-8067 | | | | Regular mail |
| Leroy J. York Family Limited Partnership | | | | | undeliverable | none |
| Magan Law, PLLC | | | | | undeliverable | NOA-ECF |
| Wells Fargo Bank, National Association | c/o Larry Chek | Campbell Centre One | 8350 N. Central Expressway, Suite 1111 | Dallas, TX 75206-1625 | | none (claim withdraw) |
| 67th Judicial District Court of Tarrant Coun | 100 N Calhoun Street 4th Floor | Fort Worth, Texas 76196-0207 | | | | Regular mail |
| Anson Financial, Inc. | 62 Main Street, Suite 310 | Colleyville, TX 76034-2931 | | | | Direct email |
| Arvella Godbey | 568 Willowview Dr. | Saginaw, TX 76179-0965 | | | | Regular mail |
| B. Frazier Management, Inc. | | | | | undeliverable | none |
| B. Frazier Management, Inc. | CO Law Office of Caleb Moore | 2205 Martin Dr., Ste 200 | Bedford , TX 76021-6083 | | | Regular mail |
| B. Frazier Management, Inc. and Brian Frazie | c/o Lyndel Anne Vargas | Cavazos Hendricks Poirot, PC | 900 Jackson St., Suite 570 | Dallas, TX 75202-2413 | | NOA-ECF |
| Beall Private Investments, LP - Affirm | 5712 Colleyville Blvd., Suite 200 | Colleyville, TX 76034-6068 | | | | Regular mail |
| Carol Godbey | P.O. Box 136273 | Fort Worth , TX 76136-0273 | | | | Regular mail |
| City of Colleyville | % Perdue Brandon Fielder Et Al | 500 E. Border Street | Suite 640 | Arlington, TX 76010-7457 | | NOA-ECF |
| City of Colleyville | c/o Perdue Brandon Fielder et al | 500 East Border Street, Suite 640 | Arlington, TX 76010-7457 | | | NOA-ECF |
| G. Parker Eldridge | 9420 Capiland Rd. | Desert Hot Springs, CA 92240-1101 | | | | Regular mail |
| Ghrist Law Firm PLLC | CO Ian Ghrist | 4016 Gateway Drive Suite 130 | Colleyville, Texas 76034-5958 | | | NOA-ECF |
| Grapevine-Colleyville ISD | c/o Perdue Brandon Fielder et al | 500 E Border Street, Suite 640 | Arlington, TX 76010-7457 | | | NOA-ECF |
| Grapevine-Colleyville ISD | c/o Perdue Brandon Fielder et al | 500 East Border Street, Suite 640 | Arlington, TX 76010-7457 | | | NOA-ECF |
| Heritage Credit, LLC | 5712 Colleyville Blvd., Suite 200 | Colleyville, TX 76034-6068 | | | | Regular mail |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia, PA 19101-7346 | | | Regular mail |
| JPMORGAN CHASE BANK N A | BANKRUPTCY MAIL INTAKE TEAM | 700 KANSAS LANE FLOOR 01 | MONROE LA 71203-4774 | | preferred | Regular mail |
| JPMorgan Chase Bank, N.A. | s-b-m-t Chase Bank USA, N.A. | CO National Bankruptcy Services, LLC | P.O. Box 9013 | Addison, Texas 75001-9013 | | Regular mail |

| SERVICE LIST | Case No. 21-41517 | In re: Anson Financial Inc. | | | | |
|---|---|---|---|---|---|---|
| Creditor list dowload date: | Feb. 9, 2022 | | | | | |
| Address1 | Address2 | Address3 | Address4 | Address5 | Comment on matrix | Method of Service |
| Jentex Financial, Inc. | c/o: Cashmire Financial Services | 226 Bailey Ave, Ste 104 | Fort Worth, TX 76107-1260 | | | Regular mail |
| Jentex Financial, Inc. | 226 Bailey Ave., Suite 101 | Fort Worth , TX 76107-1260 | | | | Regular mail |
| Joseph Imad Yammine | PO Box 11781 | Fort Worth, TX 76110-0781 | | | | NOA-ECF |
| Larry Starks | 7045 Oakbluff Dr. | Dallas , TX 75254-2754 | | | | Regular mail |
| Leroy J. York Family Limited Partnership | 508 N. Havenwood Lane | Fort Worth, TX 76112-1013 | | | | Regular mail |
| Leroy York | 508 N. Havenwood | Fort Worth , TX 76112-1013 | | | | none (duplicate address) |
| Lorraine (Rainey) York Dukes | 1100 Elizabeth Blvd. | Fort Worth, TX 76110-2619 | | | | Regular mail |
| Simone Barron | PO Box 11781 | Fort Worth, TX 76110-0781 | | | | Regular mail |
| Small Business Administration | SBA Disaster Loan Service Center | 1545 Hawkins Blvd., Ste 202 | El Paso , TX 79925-2654 | | | Regular mail |
| Tarrant County | Linebarger, Goggan, Blair & Sampson, LLP | CO Laurie A. Spindler | 2777 N. Stemmons Fwy Suite 1000 | Dallas, TX 75207-2328 | | NOA-ECF |
| Tarrant County | Linebarger Goggan Blair & Sampson, LLP | c/o Laurie A. Spindler | 2777 N. Stemmons Fwy. Ste. 1000 | Dallas, TX 75207-2328 | | NOA-ECF |
| U.S. Small Business Administration | 200 W. Santa Ana Blvd, Ste 740 | Santa Ana, CA 92701-7534 | | | | Regular mail |
| United States Trustee | 1100 Commerce Street | Room 976 | Dallas, TX 75242-0996 | | | NOA-ECF |
| Wells Fargo Bank, National Association | Attn: Dan Kline, V.P. | 400 W. 15th Street, Suite 430 | Austin, TX 78701-1654 | | | none (claim withdraw) |
| York Family Partnership | 508 N. Havenwood | Fort Worth , TX 76112-1013 | | | | none (duplicate address) |
| Areya Holder Aurzada (SBRA V) | Law Office of Areya Holder, P.C. | 901 Main Street, Suite 5320 | Dallas, TX 75202-3700 | | | NOA-ECF |
| Brian Frazier | 3345 Western Center Blvd., #160 | Ft. Worth | | | undeliverable | none |
| Christopher Marvin Lee | Lee Law Firm, PLLC | 8701 Bedford Euless Road | Suite 510 | Hurst, TX 76053-3874 | | NOA-ECF |
| Jeffery D. Carruth | Weycer, Kaplan, Pulaski & Zuber, P.C. | 3030 Matlock Rd., Suite 201 | Arlington, TX 76015-2936 | | | NOA-ECF |
| Joe Michael Ferguson | | | | | undeliverable | none |
| Joseph I Yammine | | | | | undeliverable | none |
| Kathryn Hernandez | Magan Law, PLLC | 62 Main St. | Suite 310 | Colleyville, TX 76034-2931 | | NOA-ECF |
| Simone Barron | | | | | undeliverable | none |
| Sterling Bates | | | | | undeliverable | NOA-ECF |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **§** | |
| | **§** | |
| **ANSON FINANCIAL, INC.,** | **§** | **CASE NO. 21-41517-elm-11** |
| | **§** | |
| **DEBTOR.** | **§** | |

**ORDER GRANTING MOTION OF DEBTOR FOR ORDER DIRECTING WELLS FARGO TO RELEASE FUNDS**

On this day came on for consideration the *Motion of Debtor for an Order Directing Wells Fargo to Release Funds* (the "Motion") filed herein on April 6, 2022 by Anson Financial, Inc., Debtor and Debtor in Possession in the above-captioned case (the "Debtor").

The Court finds and concludes that the Motion contains the appropriate notices under the Local Bankruptcy Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Local Bankruptcy Rules;

no party in interest filed a response or objection to the Motion or any such response or objection is overruled by this Order; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

IT IS THEREFORE ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Wells Fargo Bank N.A. is directed to Release funds of the Debtor held in account ending in 5257 to the Debtor.

#### END OF ORDER ####