Jeff Carruth (TX SBN:. 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
3030 Matlock Rd., Suite 201
Arlington, TX 76015
Telephone: (713) 341158
Fax: (866) 666-5322
E-mail:  jcarruth@wkpz.com

Christopher M. Lee
State Bar No. 24041319
**LEE LAW FIRM, PLLC**
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694059 Fax

ATTORNEYS FOR
ANSON FINANCIAL INC.
DEBTOR AND DEBTOR IN POSSESSION

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANSON FINANCIAL, INC., | § | CASE NO. 21-41517 |
| | § | |
| DEBTOR. | § | |

**FIRST AMENDED OBJECTION TO PROOFS OF CLAIM NUMBER NOS. 8, 9, AND 10 FILED BY SIMONA BARRON ON AUGUST 13, 2021**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT THE ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., FORT WORTH, TX 76102-3643. BEFORE CLOSE OF BUSINESS ON <u>MAY 6 2022</u>, WHICH IS AT LEAST 30 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:**

Anson Financial, Inc. debtor and debtor in possession, ("Anson" or the "Debtor"), files this

*First Amended Objection to the Proofs of Claim Nos. 8, 9, and 10 filed on August 13, 2021 by*

*Simona Barron* ("Barron" or "Respondent") and would respectfully show to the Court the following.

## EXPLANATION OF AMENDMENT FOLLOWING "NOTICE OF DEATH"

1. This objection is amended and further service and notice are provided in light of the Notice of Death (Docket No. 258) filed herein by Joyce Lindauer, and additional service of this Objection is provided to the name(s) and/or addresses(s) provided in such Notice of Death, as well as to the claimant's former and/or apparent attorney, Ms. Lindauer.[1] Although the Debtor believes that notice was sufficient under the circumstances, in an abundance of caution the Debtor is providing additional notice of this claim objection to the parties listed in the Notice of Death.

## BACKGROUND

2. On June 25, 2021, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq (the "Code"). The Debtor continues to remain as the debtor-in-possession.

3. On August 13, 2021, Barron filed three proofs of claim against the Debtor. These claims consisted of the following:

   a. Proof of claim 8 in the amount of $38,000;
   b. Proof of claim 9 in the amount of $418,000; and
   c. Proof of claim 10 in the amount of $42,000.

4. None of these proofs of claim provides any supporting documentation.

## LEGAL AUTHORITY

5. Pursuant to Bankruptcy Rule 3001(b), proof of claims shall be executed by the creditor or the creditor's authorized agent except filing of claims by the Debtor or Trustee. *See*

---

[1] According to PACER, Ms. Lindauer has represented the claimant in Case No. 16-44816, as well as representing Joseph Yammine, the brother of the claimant and decedent, in this case as well as the Yammine adversary proceeding.

Fed. R. Bankr. P. 3001. properly filed proof of claim carries with it the presumption of validity. 11 U.S.C. § 502; Fed. R. Bankr. P. 3001(f). However, the presumption of a prima facie valid claim is not automatic for facially defective claims — the claim must be sufficiently detailed and substantial to allow it to be considered a prima facie evidence of its validity. *In re Armstrong,* 320 B.R. 97, 103-04 (Bankr.N.D.Tex. 2005).

6. If a party objects to the proof of claim, the objection becomes a contested matter under Fed. R. Bankr. P. 9014. The objecting party need only rebut the initial presumption of validity to disallow the claim. *Armstrong,* 320 B.R. at 103-04. The ultimate burden to prove the validity of the claim then re-vests upon the creditor. *Id.*

7. Pursuant to Bankruptcy Rule 3001(c), the creditor is required to attach supporting information to their claim. Fed. R. Bankr. P. 3001(c).

## OBJECTION TO CLAIM

8. Each of Barron's claims should be disallowed pursuant to Code § 502(b) on at least the following grounds.

   a. Claim 8 filed by Barron states "overpayment" as the basis for the claim and provides no other details. The claim doesn't state what the "overpayment" is, what "real estate" property the overpayment is for or attach any documentation showing ownership to such claim such as the deed, loan documents, pay history, or anything else in support of the claim.

   b. Claim 9 filed by Barron states "No Release of Lien" as the basis for the claim and provides no details about what real estate property the claim is regarding, or attach any documentation showing any documentation, loan documents, pay history, or anything else in support of the claim.

   c. Claim 10 filed by Barron states "Claim for Money owed" as the basis for the claim and again provides no details regarding what real estate property money is owed on or attaches any documentation showing ownership such as Deed of Trust, pay histories, loan documents, or judgments.

9. The proof of claims Barron filed each are clearly erroneous and should be disallowed.

10. Further, the Debtor has no business relationship with Barron and cannot determine what claim Barron is trying to assert against it or to what matters Barron refers.

11. Debtor reserves the right to amend, supplement, and/or re-file this Objection in the event that the Respondent amends and/or supplements any proof of claim.

12. A proposed form of order sustaining this claim objection accompanies this objection and is incorporated by reference herein.

WHEREFORE, Debtor respectfully requests that the Court disallow each of Proof of Claim Nos. 8, 9, and 10, in the entirety of each. Debtor requests such other and further relief to which Debtor is entitled at law or in equity.

Dated: April 6, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN:. 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341158
    Fax: (866) 666-5322
    E-mail: jcarruth@wkpz.com

ATTORNEY FOR
ANSON FINANCIAL, INC.
DEBTOR AND DEBTOR IN POSSESSION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on April 6, 2022 (1) by electronic notice to all ECF users who have appeared in this case to date, as set forth below and (2) by regular mail to the addresses identified on the applicable claims as shown below.

**ADDRESS ON PROOF OF CLAIM**
Simone Barron
PO Box 11781
Fort Worth, TX 76110

**ADDRESS ON NOTICE OF DEATH**
Johnny Mateo Barron
3718 Tulsa Way
Fort Worth, Texas 76107

**COUNSEL FOR CLAIMANT**
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202

**ALSO DIRECT EMAIL SERVICE TO:** skyprop9@gmail.com

*/s/ Jeff Carruth*
Jeff Carruth

**21-41517-elm11 Notice will be electronically mailed to:**

Jeffery D. Carruth on behalf of Debtor Anson Financial, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Jeffery D. Carruth on behalf of Defendant Anson Financial, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Jeffery D. Carruth on behalf of Plaintiff AFI Loan Servicing, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Jeffery D. Carruth on behalf of Plaintiff Anson Financial, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Jeffery D. Carruth on behalf of Plaintiff J. Michael Ferguson P.C.
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Jeffery D. Carruth on behalf of Plaintiff MBH Real Estate, LLC
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com

Alonzo Zachary Casas on behalf of Creditor JPMORGAN CHASE BANK, N.A.
ecftxnb@aldridgepite.com,
acasas@ecf.inforuptcy.com

Amanda Allison Catlin on behalf of Creditor Sterling Bates
Amanda.Catlin@fnf.com

Lawrence Chek on behalf of Creditor Wells Fargo Bank, National Association
lchek@pamlaw.com, mislas@pamlaw.com

Eboney D. Cobb on behalf of Creditor City of Colleyville
ecobb@pbfcm.com,
ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Eboney D. Cobb on behalf of Creditor Grapevine-Colleyville ISD
ecobb@pbfcm.com,
ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Ian D. Ghrist on behalf of Creditor Ghrist Law Firm PLLC
ian@ghristlaw.com,
christian@ghristlaw.com;idghrist@gmail.com;sarah@ghristlaw.com

Ian D. Ghrist on behalf of Defendant Ghrist Law Firm PLLC
ian@ghristlaw.com,
christian@ghristlaw.com;idghrist@gmail.com;sarah@ghristlaw.com

Ian D. Ghrist on behalf of Defendant Ian Ghrist
ian@ghristlaw.com,
christian@ghristlaw.com;idghrist@gmail.com;sarah@ghristlaw.com

Kathryn Hernandez on behalf of Debtor Anson Financial, Inc.
k.magan@maganlawpllc.com

Kathryn Hernandez on behalf of Defendant Anson Financial, Inc.
k.magan@maganlawpllc.com

Kathryn Hernandez on behalf of Interested Party Joe Michael Ferguson
k.magan@maganlawpllc.com

Kathryn Hernandez on behalf of Plaintiff AFI Loan Servicing, LLC
k.magan@maganlawpllc.com

Kathryn Hernandez on behalf of Plaintiff Anson Financial, Inc.
k.magan@maganlawpllc.com

Kathryn Hernandez on behalf of Plaintiff J. Michael Ferguson P.C.
k.magan@maganlawpllc.com

Kathryn Hernandez on behalf of Plaintiff MBH Real Estate, LLC
k.magan@maganlawpllc.com

Areya Holder Aurzada (SBRA V)
trustee@holderlawpc.com,
aha@trustesolutions.net;caha11@trustesolutions.net

Christopher Marvin Lee on behalf of Debtor Anson Financial, Inc.
ecf@leebankruptcy.com,
clerk@leebankruptcy.com;LeeLawFirmPLLC@jubileebk.net

Craig C. Lesok on behalf of Creditor Jentex Financial, Inc.
craig@lesoklaw.com

Joyce W. Lindauer on behalf of Creditor Joseph I Yammine
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Mark Joseph Petrocchi on behalf of Creditor Leroy J. York Family Limited Partnership
mpetrocchi@lawgjm.com,
mkidd@lawgjm.com;mpetrocchi@yahoo.com

Laurie A. Spindler on behalf of Creditor Tarrant County
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

Matthew Tillma on behalf of Creditor JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A.
Matthew.Tillma@BonialPC.com, Notices.Bonial@ecf.courtdrive.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Lyndel Anne Vargas on behalf of Creditor B. Frazier Management, Inc.
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel Anne Vargas on behalf of Creditor Brian Frazier
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel Anne Vargas on behalf of Plaintiff B. Frazier Management, Inc.
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

Lyndel Anne Vargas on behalf of Plaintiff Brian H. Frazier
LVargas@chfirm.com, chps.ecfnotices@ecf.courtdrive.com;kbeckton@ecf.courtdrive.com

## REGULAR MAIL LIST / MATRIX

| SERVICE LIST | Case No. 21-41517 | In re: Anson Financial Inc. | | | | |
|---|---|---|---|---|---|---|
| Creditor list dowload date: | Feb. 9, 2022 | | | | | |
| Address1 | Address2 | Address3 | Address4 | Address5 | Comment on matrix | Method of Service |
| Ghrist Law Firm PLLC | 4016 Gateway Drive Suite 130 | Colleyville, TX 76034-5958 | | | | NOA-ECF |
| JPMORGAN CHASE BANK, N.A. | | | | | undeliverable | none |
| JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank | 14841 Dallas Parkway, Suite 425 | Dallas, TX 75254-8067 | | | | Regular mail |
| Leroy J. York Family Limited Partnership | | | | | undeliverable | none |
| Magan Law, PLLC | | | | | undeliverable | NOA-ECF |
| Wells Fargo Bank, National Association | c/o Larry Chek | Campbell Centre One | 8350 N. Central Expressway, Suite 1111 | Dallas, TX 75206-1625 | | none (claim withdraw) |
| 67th Judicial District Court of Tarrant Coun | 100 N Calhoun Street 4th Floor | Fort Worth, Texas 76196-0207 | | | | Regular mail |
| Anson Financial, Inc. | 62 Main Street, Suite 310 | Colleyville, TX 76034-2931 | | | | Direct email |
| Arvella Godbey | 568 Willowview Dr. | Saginaw, TX 76179-0965 | | | | Regular mail |
| B. Frazier Management, Inc. | | | | | undeliverable | none |
| B. Frazier Management, Inc. | CO Law Office of Caleb Moore | 2205 Martin Dr., Ste 200 | Bedford , TX 76021-6083 | | | Regular mail |
| B. Frazier Management, Inc. and Brian Frazie | c/o Lyndel Anne Vargas | Cavazos Hendricks Poirot, PC | 900 Jackson St., Suite 570 | Dallas, TX 75202-2413 | | NOA-ECF |
| Beall Private Investments, LP - Affirm | 5712 Colleyville Blvd., Suite 200 | Colleyville, TX 76034-6068 | | | | Regular mail |
| Carol Godbey | P.O. Box 136273 | Fort Worth , TX 76136-0273 | | | | Regular mail |
| City of Colleyville | % Perdue Brandon Fielder Et Al | 500 E. Border Street | Suite 640 | Arlington, TX 76010-7457 | | NOA-ECF |
| City of Colleyville | c/o Perdue Brandon Fielder et al | 500 East Border Street, Suite 640 | Arlington, TX 76010-7457 | | | NOA-ECF |
| G. Parker Eldridge | 9420 Capiland Rd. | Desert Hot Springs, CA 92240-1101 | | | | Regular mail |
| Ghrist Law Firm PLLC | CO Ian Ghrist | 4016 Gateway Drive Suite 130 | Colleyville, Texas 76034-5958 | | | NOA-ECF |
| Grapevine-Colleyville ISD | c/o Perdue Brandon Fielder et al | 500 E Border Street, Suite 640 | Arlington, TX 76010-7457 | | | NOA-ECF |
| Grapevine-Colleyville ISD | c/o Perdue Brandon Fielder et al | 500 East Border Street, Suite 640 | Arlington, TX 76010-7457 | | | NOA-ECF |
| Heritage Credit, LLC | 5712 Colleyville Blvd., Suite 200 | Colleyville, TX 76034-6068 | | | | Regular mail |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia, PA 19101-7346 | | | Regular mail |
| JPMORGAN CHASE BANK N A | BANKRUPTCY MAIL INTAKE TEAM | 700 KANSAS LANE FLOOR 01 | MONROE LA 71203-4774 | | preferred | Regular mail |
| JPMorgan Chase Bank, N.A. | s-b-m-t Chase Bank USA, N.A. | CO National Bankruptcy Services, LLC | P.O. Box 9013 | Addison, Texas 75001-9013 | | Regular mail |

| SERVICE LIST | Case No. 21-41517 | In re: Anson Financial Inc. | | | | |
|---|---|---|---|---|---|---|
| Creditor list dowload date: | Feb. 9, 2022 | | | | | |
| Address1 | Address2 | Address3 | Address4 | Address5 | Comment on matrix | Method of Service |
| Jentex Financial, Inc. | c/o: Cashmire Financial Services | 226 Bailey Ave, Ste 104 | Fort Worth, TX 76107-1260 | | | Regular mail |
| Jentex Financial, Inc. | 226 Bailey Ave., Suite 101 | Fort Worth, TX 76107-1260 | | | | Regular mail |
| Joseph Imad Yammine | PO Box 11781 | Fort Worth, TX 76110-0781 | | | | NOA-ECF |
| Larry Starks | 7045 Oakbluff Dr. | Dallas, TX 75254-2754 | | | | Regular mail |
| Leroy J. York Family Limited Partnership | 508 N. Havenwood Lane | Fort Worth, TX 76112-1013 | | | | Regular mail |
| Leroy York | 508 N. Havenwood | Fort Worth, TX 76112-1013 | | | | none (duplicate address) |
| Lorraine (Rainey) York Dukes | 1100 Elizabeth Blvd. | Fort Worth, TX 76110-2619 | | | | Regular mail |
| Simone Barron | PO Box 11781 | Fort Worth, TX 76110-0781 | | | | Regular mail |
| Small Business Administration | SBA Disaster Loan Service Center | 1545 Hawkins Blvd., Ste 202 | El Paso, TX 79925-2654 | | | Regular mail |
| Tarrant County | Linebarger, Goggan, Blair & Sampson, LLP | CO Laurie A. Spindler | 2777 N. Stemmons Fwy Suite 1000 | Dallas, TX 75207-2328 | | NOA-ECF |
| Tarrant County | Linebarger Goggan Blair & Sampson, LLP | c/o Laurie A. Spindler | 2777 N. Stemmons Fwy. Ste. 1000 | Dallas, TX 75207-2328 | | NOA-ECF |
| U.S. Small Business Administration | 200 W. Santa Ana Blvd, Ste 740 | Santa Ana, CA 92701-7534 | | | | Regular mail |
| United States Trustee | 1100 Commerce Street | Room 976 | Dallas, TX 75242-0996 | | | NOA-ECF |
| Wells Fargo Bank, National Association | Attn: Dan Kline, V.P. | 400 W. 15th Street, Suite 430 | Austin, TX 78701-1654 | | | none (claim withdraw) |
| York Family Partnership | 508 N. Havenwood | Fort Worth, TX 76112-1013 | | | | none (duplicate address) |
| Areya Holder Aurzada (SBRA V) | Law Office of Areya Holder, P.C. | 901 Main Street, Suite 5320 | Dallas, TX 75202-3700 | | | NOA-ECF |
| Brian Frazier | 3345 Western Center Blvd., #160 | Ft. Worth | | | undeliverable | none |
| Christopher Marvin Lee | Lee Law Firm, PLLC | 8701 Bedford Euless Road | Suite 510 | Hurst, TX 76053-3874 | | NOA-ECF |
| Jeffery D. Carruth | Weycer, Kaplan, Pulaski & Zuber, P.C. | 3030 Matlock Rd., Suite 201 | Arlington, TX 76015-2936 | | | NOA-ECF |
| Joe Michael Ferguson | | | | | undeliverable | none |
| Joseph I Yammine | | | | | undeliverable | none |
| Kathryn Hernandez | Magan Law, PLLC | 62 Main St. | Suite 310 | Colleyville, TX 76034-2931 | | NOA-ECF |
| Simone Barron | | | | | undeliverable | none |
| Sterling Bates | | | | | undeliverable | NOA-ECF |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § § | |
| **ANSON FINANCIAL, INC.,** | § § | **CASE NO. 21-41517** |
| **DEBTOR.** | § § | |

**ORDER DISALLOWING PROOF OF CLAIM NOS. 8, 9, AND 10 FILED BY SIMONA BARRON ON AUGUST 13, 2021 (RE: DOCKET NO. \_\_\_)**

On this day came on for consideration *First Amended Objection to Proofs of Claim Number 8, 9, and 10 Filed By Simona Barron on August 13, 2021*. The Court finds and concludes that the Objection contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Objection, the Objection was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; no party in interest filed a response to the Objection or any such response or objection is overruled by this Order; and that upon review of the record of this case and with respect to the Objection that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT** Proof of Claim Nos. 8, 9, and 10 filed by Simone Barron on August 13, 2021 each is disallowed in its entirety and deemed to be expunged from the claims register of this case.

### END OF ORDER ###