**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANSON FINANCIAL, INC., | § | CASE NO. 21-41517 |
| | § | |
| DEBTOR. | § | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF DEBTOR TO APPROVE SETTLEMENT AGREEMENT WITH STERLING BATES (RE: DOCKET NO. 259)**

The undersigned certifies that as of the filing of this certificate that no responses, objections, and/or requests for hearing with respect to the *Motion of Debtor to Approve Settlement Agreement with Sterling Bates* (Docket No. 259) filed herein by Anson Financial, Inc., debtor and debtor in possession ("Anson" or the "Debtor") on March 9, 2022, have been filed on the docket of this case or otherwise received by the undersigned. The response deadline was March 30, 2022.

Dated: April 7, 2022                    Respectfully submitted:

                                       WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                       By:  */s/ Jeff Carruth*
                                          JEFF CARRUTH (TX SBN:. 24001846)
                                          3030 Matlock Rd., Suite 201
                                          Arlington, TX 76015
                                          Telephone: (713) 341-1158
                                          Fax: (866) 666-5322
                                          E-mail:  jcarruth@wkpz.com

                                       ATTORNEYS FOR
                                       ANSON FINANCIAL, INC.
                                       DEBTOR AND DEBTOR IN POSSESSION