

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 8, 2022**

_____
**United States Bankruptcy Judge**
_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANSON FINANCIAL, INC., | § | CASE NO. 21-41517-elm-11 |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING MOTION OF DEBTOR TO APPROVE SETTLEMENT AGREEMENT WITH STERLING BATES (RE: DOCKET NO. 259)**

On this day came on for consideration the *Motion of Debtor to Approve Settlement Agreement with Sterling Bates* (Docket No. 259) (the "Motion") filed herein on March 9, 2022 by Anson Financial, Inc., Debtor and Debtor in Possession in the above-captioned case (the "Debtor").

The Court finds and concludes that the Motion contains the appropriate notices under the Local Bankruptcy Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Local Bankruptcy Rules; no party in interest filed a response or objection to the Motion or any such response or objection is overruled

by this Order; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

IT IS THEREFORE ORDERED THAT:

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. The Debtor is authorized to execute the *Compromise, Settlement, and Release Agreement* (the "Settlement Agreement") that was presented to the Court at the hearing and which is attached to the Motion.

4. The Debtor is authorized to undertake the actions that are necessary to implement the actions required in the Settlement Agreement.

5. The Debtor is authorized to pay the $40,000 settlement proceeds to Southern Financial Group Mortgage, LLC in satisfaction of its interest in, to, and against the underlying note and deed of trust described in the Motion.

#### END OF ORDER ####